**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

INSTITUTIONAL SHAREHOLDER
SERVICES INC.,

          *Plaintiff*,

    v.

KRIS KOBACH, in his official capacity as the
Kansas Attorney General,

          *Defendant*.

Case No. 2:26-cv-02254-HLT-RES

**INDEX OF EXHIBITS TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
AND MEMORANDUM IN SUPPORT**

**Exhibit A:**  Kansas S.B. 375

**Exhibit B:**  Declaration of Marc Goldstein

**Exhibit C:**  Declaration of David M. Foster, attorney at Hogan Lovells US LLP and counsel for Plaintiff Institutional Shareholder Services Inc.

    **Foster Declaration Exhibit 1:**  ISS, redacted Benchmark Policy proxy analysis and voting recommendations for a shareholder meeting of Tesla, Inc. held on November 6, 2025.

    **Foster Declaration Exhibit 2:**  ISS, redacted Benchmark Policy proxy analysis and voting recommendations for a shareholder meeting of Exxon Mobil Corp. held on May 31, 2023.

    **Foster Declaration Exhibit 3:**  ISS, redacted Climate Specialty Policy proxy analysis and voting recommendations for a shareholder meeting of Exxon Mobil Corp. held on May 31, 2023.

    **Foster Declaration Exhibit 4:**  ISS, redacted Benchmark Policy proxy analysis and voting recommendations for a shareholder meeting of Exxon Mobil Corp. held on May 25, 2022.

    **Foster Declaration Exhibit 5:**  ISS, redacted Catholic Faith-Based Specialty Policy proxy analysis and voting recommendations for a shareholder meeting of Exxon Mobil Corp. held on May 25, 2022.

    **Foster Declaration Exhibit 6:**  Transcript of excerpts from the Kansas Senate Committee on Judiciary hearing on S.B. 375 held on February 10, 2026.  The transcript was prepared by

1

Veritext Legal Solutions at the request of Hogan Lovells US LLP.  The transcript is based on a video recording made publicly available by Kansas.  *See* https://www.youtube.com/watch?v=o0_HhFIBNws (timestamp 59:20-1:21:20).

**Foster Declaration Exhibit 7:**  Transcript of excerpts from the Kansas Senate proceedings on S.B. 375 on February 18, 2026.  The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP.  The transcript is based on a video recording made publicly available by Kansas.  *See* https://www.youtube.com/live/Xh3us-lPtZY (timestamp 4:02:30-4:11:25)*.*

**Foster Declaration Exhibit 8:**  Transcript of excerpts from the Kansas House Committee on Financial Institutions and Pensions hearing on S.B. 375 held on March 4, 2026.  The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP.  The transcript is based on a video recording made publicly available by Kansas.  *See* https://www.youtube.com/watch?v=QqiCsR_T_cU (timestamp 42:20-57:40).

**Foster Declaration Exhibit 9:**  Transcript of excerpts from the Kansas House proceedings on S.B. 375 on March 18, 2026.  The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP.  The transcript is based on a video recording made publicly available by Kansas.  *See* https://www.youtube.com/watch?v=eD9mrUCT6_Y (timestamp 24:53-30:27).

**Foster Declaration Exhibit 10:**  Transcript of excerpts from the Kansas Senate proceedings on S.B. 375 on March 25, 2026.  The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP.  The transcript is based on a video recording made publicly available by Kansas.  *See* https://www.youtube.com/watch?v=ozXIha43cJQ (timestamp 51:45-55:20).

**Foster Declaration Exhibit 11:**  Transcript of excerpts from the Kansas House proceedings on S.B. 375 on April 9, 2026.  The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP.  The transcript is based on a video recording made publicly available by Kansas.  *See* https://www.youtube.com/watch?v=NDaL0NhuiTc (timestamp 7:05:50-7:09:20).

**Foster Declaration Exhibit 12:**  Transcript of excerpts from the Kansas Senate proceedings on S.B. 375 on April 9, 2026.  The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP.  The transcript is based on a video recording made publicly available by Kansas.  *See* https://www.youtube.com/watch?v=CoUNhr81ez8 (timestamp 4:14:00-4:21:03).

**Foster Declaration Exhibit 13:**  Consumers Defense, *Proxy Advisor Transparency Act*, https://perma.cc/B3P3-FNAF.

**Foster Declaration Exhibit 14:**  Internet homepage of Consumers Defense, https://perma.cc/U97G-TW9M.

**Foster Declaration Exhibit 15:**  Matthew du Mee, Written Testimony in Support of Proxy Advisor Transparency Act, S.B. 375 (Feb. 10, 2026), https://perma.cc/52BQ-9H5V.

**Foster Declaration Exhibit 16:**  Noah Tabor, United Church Funds, Written Opposition to Proxy Advisor Transparency Act, S.B. 375 (Feb. 10, 2026), https://perma.cc/8GT7-W7NU.

**Foster Declaration Exhibit 17:**  Cathy Becker, Green America, Written Opposition to Proxy Advisor Transparency Act, S.B. 375 (Feb. 10, 2026), https://perma.cc/MCG9-VGGR.

**Foster Declaration Exhibit 18:**  David Williams, Taxpayers Protection Alliance, Written Opposition to Proxy Advisor Transparency Act, S.B. 375 (Feb. 10, 2026), https://perma.cc/LB5Z-WN5D.

**Foster Declaration Exhibit 19:**  Kelly VanZwoll, Kansas Bankers Association, Written Neutral Testimony on Proxy Advisor Transparency Act, S.B. 375 (Mar. 4, 2026), https://perma.cc/JWR5-A94G.

**Foster Declaration Exhibit 20:**  ISS, Part 2 Brochure (updated Mar. 31, 2026), https://perma.cc/MDL6-WDC4.

**Foster Declaration Exhibit 21:**  ISS, U.S. Proxy Voting Guidelines, 2026 Benchmark Policy Recommendations (Dec. 9, 2025), https://perma.cc/6E8F-ZSQC.

**Foster Declaration Exhibit 22:**  ISS, U.S. Climate Specialty Policy Proxy Voting Guidelines, 2026 Policy Recommendations (Dec. 31, 2025), https://perma.cc/W75X-DQRY.

**Foster Declaration Exhibit 23:**  ISS, A Look At AI-Related Shareholder Proposals At U.S. Companies, 2022-2025 (Dec. 2025), https://perma.cc/56ZH-8P4E.

**Foster Declaration Exhibit 24:**  Recommendation of the SEC Investor Advisory Committee Relating to SEC Guidance and Rule Proposals on Proxy Advisors and Shareholder Proposals (Jan. 24, 2020), https://perma.cc/HH22-AN8K.

**Foster Declaration Exhibit 25:**  New York State Common Retirement Fund, Comments on Proposed Rule "Amendments to Exemptions from the Proxy Rules for Proxy Voting Advice" (Feb. 3, 2020), https://perma.cc/2EH9-VZP4.

**Foster Declaration Exhibit 26:**  T. Rowe Price, Letter to SEC Re: Proxy Voting Roundtable (Dec. 13, 2018), https://perma.cc/F45A-7EYM.

**Foster Declaration Exhibit 27:**  Council of Institutional Investors, Letter Re: Proposed Legislation Relating to Proxy Advisory Firms and Institutional Investors (Feb. 27, 2018), https://perma.cc/VL7L-XH2M.

**Foster Declaration Exhibit 28:**  Elliott Management Corporation, Letter to SEC (Mar. 30, 2020), https://perma.cc/S2T5-KLLU.

**Foster Declaration Exhibit 29:**  Better Markets, Letter to SEC on Amendments to Exemptions From the Proxy Rules for Proxy Voting Advice (Feb. 3, 2020), https://perma.cc/E8SM-SV9N.

**Foster Declaration Exhibit 30:**  Ross Kerber, *Proxy Adviser ISS Expands Offerings for 'ESG Skeptic' Clients*, Reuters (Mar. 4, 2024), https://www.reuters.com/sustainability/boards-policy-regulation/proxy-adviser-iss-expands-offerings-esg-skeptic-clients-2024-03-04/ (https://tinyurl.com/38f7z776).

**Foster Declaration Exhibit 31:**  Bowyer Research, *Summary of Bowyer Research Proxy Voting Guidelines for States*, https://perma.cc/KM5Z-G2ZZ.

**Foster Declaration Exhibit 32:**  Matt Egan, *Corporate America Loves Deregulation.  Then Why Is It Pushing For These Rules?*, CNN (Mar. 29, 2019), https://www.cnn.com/2019/03/29/investing/regulation-proxy-advisory-reform-sec/index.html (https://tinyurl.com/5f7jpnr6).

**Foster Declaration Exhibit 33:**  *JPMorgan Pushes Back on ISS Recommendations on Severance, Independent Chair*, Reuters (May 14, 2024), https://www.reuters.com/business/finance/jpmorgan-pushes-back-iss-recommendations-severance-independent-chair-2024-05-13/ (https://tinyurl.com/58u7as2j).

**Foster Declaration Exhibit 34:**  Exxon Mobil Corporation, Letter to the SEC Re: No Action Request (Sept. 15, 2025), https://perma.cc/7JB5-9S4G.

**Foster Declaration Exhibit 35:**  National Center for Public Policy Research, Press Release, Conservative Group Launches Proxy Navigator Tool to Fight Woke Corporations (Mar. 7, 2024), https://perma.cc/MVB9-DNVV.

**Foster Declaration Exhibit 36:**  Michael Gennaro, *JPMorgan Chase Says AI Can Replace Proxy Advisers, But Others Have Their Doubts*, Law.com (Jan. 20, 2026), https://www.law.com/corpcounsel/2026/01/20/jpmorgan-chase-says-ai-can-replace-proxy-advisers-but-others-have-their-doubts/ (https://tinyurl.com/bdz9upw8).

**Foster Declaration Exhibit 37:**  Excerpts of Investment Policy Manual, Maryland State Retirement & Pension System (June 2025), and the full version is available at https://perma.cc/UT4B-M4J7.

**Foster Declaration Exhibit 38:**  Excerpts of Office of the Illinois State Treasurer, 2026 Proxy Voting Policy Statement (Apr. 2026), and the full version is available at https://perma.cc/QNM7-LCL9.

**Foster Declaration Exhibit 39:**  Marco Quiroz-Gutierrez, *With $1 Trillion Pay Package on the Line, Elon Musk Blasts Influential Firms Telling Shareholders to Reject It: 'Those Guys Are Corporate Terrorists'*, Fortune Mag. (Oct. 23, 2025),

https://fortune.com/2025/10/23/elon-musk-tesla-shareholders-ceo-1-trillion-dollar-pay-package-corporate-terrorists-glass-lewis-iss/ (https://tinyurl.com/3kd77puw).

**Foster Declaration Exhibit 40:**  Elizabeth Harris, Advisory Group Opposes Re-election of Most of Target's Board, N.Y. Times (May 28, 2014), https://www.nytimes.com/2014/05/29/business/advisory-group-opposes-re-election-of-most-of-targets-board.html (https://tinyurl.com/wp4brkmt).

**Foster Declaration Exhibit 41:**  Tom Joyce, *Kansas AG Kobach Honored for Defending Consumers, Fighting ESG Policies*, The Center Square Kansas (Oct. 7, 2025), https://perma.cc/JNU9-MGVN.

**Foster Declaration Exhibit 42:**  Letter from State Attorneys General to ISS and Glass Lewis (Jan. 17, 2023), https://perma.cc/NNW4-64B4.

**Foster Declaration Exhibit 43:**  Letter from State Attorneys General to ISS and Glass Lewis (Nov. 29, 2023), https://perma.cc/8UUU-DWWV.

**Foster Declaration Exhibit 44:**  Letter from State Attorneys General to Asset Managers (Aug. 29, 2024), https://perma.cc/H5GD-JD7E.

**Foster Declaration Exhibit 45:**  Letter from State Attorneys General to Congress (Feb. 14, 2023), https://perma.cc/D7XF-AU98.