# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

INSTITUTIONAL SHAREHOLDER SERVICES INC.,

*Plaintiff*,

v.

KRIS KOBACH, in his official capacity as the Kansas
Attorney General,

*Defendant*.

Case No. 2:26-cv-02254

Hon. Holly L. Teeter

## DECLARATION OF DAVID M. FOSTER

1.      My name is David M. Foster.  I am an attorney at Hogan Lovells US LLP and serve as counsel for Plaintiff Institutional Shareholder Services Inc. ("ISS") in the above-captioned case.  I am competent to make this declaration and have personal knowledge that the following facts are true and correct.

2.      This declaration is made in support of ISS' Motion for a Preliminary Injunction.

3.      **Exhibit 1** is a true and correct copy of a redacted Benchmark Policy proxy analysis and voting recommendations for a shareholder meeting of Tesla, Inc. held on November 6, 2025.  Pursuant to D. Kan. Rule 5.4.2, ISS will file a Notice of Proposed Sealed Record and will email these exhibits to Judge Teeter's Chambers and opposing counsel with ISS' proposed redactions highlighted in yellow.

4.      **Exhibit 2** is a true and correct copy of a redacted Benchmark Policy proxy analysis and voting recommendations for a shareholder meeting of Exxon Mobil Corp. held on May 31, 2023.  Pursuant to D. Kan. Rule 5.4.2, ISS will file a Notice of Proposed Sealed Record and will

1

email these exhibits to Judge Teeter's Chambers and opposing counsel with ISS' proposed redactions highlighted in yellow.

5.      **Exhibit 3** is a true and correct copy of a redacted Climate Specialty Policy proxy analysis and voting recommendations for a shareholder meeting of Exxon Mobil Corp. held on May 31, 2023.  Pursuant to D. Kan. Rule 5.4.2, ISS will file a Notice of Proposed Sealed Record and will email these exhibits to Judge Teeter's Chambers and opposing counsel with ISS' proposed redactions highlighted in yellow.

6.      **Exhibit 4** is a true and correct copy of a redacted Benchmark Policy proxy analysis and voting recommendations for a shareholder meeting of Exxon Mobil Corp. held on May 25, 2022.  Pursuant to D. Kan. Rule 5.4.2, ISS will file a Notice of Proposed Sealed Record and will email these exhibits to Judge Teeter's Chambers and opposing counsel with ISS' proposed redactions highlighted in yellow.

7.      **Exhibit 5** is a true and correct copy of a redacted Catholic Faith-Based Specialty Policy proxy analysis and voting recommendations for a shareholder meeting of Exxon Mobil Corp. held on May 25, 2022.  Pursuant to D. Kan. Rule 5.4.2, ISS will file a Notice of Proposed Sealed Record and will email these exhibits to Judge Teeter's Chambers and opposing counsel with ISS' proposed redactions highlighted in yellow.

8.      **Exhibit 6** is a true and correct copy of a transcript of excerpts from the Kansas Senate Committee on Judiciary hearing on S.B. 375 held on February 10, 2026.  The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP.  The transcript is based on a video recording made publicly available by Kansas.  *See* https://www.youtube.com/watch?v=o0_HhFIBNws (timestamp 59:20-1:21:20).  The transcriber

certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability." Ex. 6 at 24.

9.      **Exhibit 7** is a true and correct copy of a transcript of excerpts from the Kansas Senate proceedings on S.B. 375 on February 18, 2026. The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP. The transcript is based on a video recording made publicly available by Kansas. *See* https://www.youtube.com/live/Xh3us-lPtZY (timestamp 4:02:30-4:11:25). The transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability." Ex. 7 at 11.

10.      **Exhibit 8** is a true and correct copy of a transcript of excerpts from the Kansas House Committee on Financial Institutions and Pensions hearing on S.B. 375 held on March 4, 2026. The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP. The transcript is based on a video recording made publicly available by Kansas. *See* https://www.youtube.com/watch?v=QqiCsR_T_cU (timestamp 42:20-57:40). The transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability." Ex. 8 at 19.

11.      **Exhibit 9** is a true and correct copy of a transcript of excerpts from the Kansas House proceedings on S.B. 375 on March 18, 2026. The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP. The transcript is based on a video recording made publicly available by Kansas. *See* https://www.youtube.com/watch?v=eD9mrUCT6_Y (timestamp 24:53-30:27). The transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability." Ex. 9 at 7.

12.     **Exhibit 10** is a true and correct copy of a transcript of excerpts from the Kansas Senate proceedings on S.B. 375 on March 25, 2026.  The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP.  The transcript is based on a video recording made publicly available by Kansas.  *See* https://www.youtube.com/watch?v=ozXIha43cJQ (timestamp 51:45-55:20).  The transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability."  Ex. 10 at 6.

13.     **Exhibit 11** is a true and correct copy of a transcript of excerpts from the Kansas House proceedings on S.B. 375 on April 9, 2026.  The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP.  The transcript is based on a video recording made publicly available by Kansas.  *See* https://www.youtube.com/watch?v=NDaL0NhuiTc (timestamp 7:05:50-7:09:20).  The transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability."  Ex. 11 at 7.

14.     **Exhibit 12** is a true and correct copy of a transcript of excerpts from the Kansas Senate proceedings on S.B. 375 on April 9, 2026.  The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells US LLP.  The transcript is based on a video recording made publicly available by Kansas.  *See* https://www.youtube.com/watch?v=CoUNhr81ez8 (timestamp 4:14:00-4:21:03).  The transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability."  Ex. 12 at 10.

15.     **Exhibit 13** is a screen capture of Consumers Defense, *Proxy Advisor Transparency Act*, https://perma.cc/B3P3-FNAF.

16.     **Exhibit 14** is a screen capture of the internet homepage of Consumers Defense, https://perma.cc/U97G-TW9M.

17.     **Exhibit 15** is a true and correct copy of Matthew du Mee, Written Testimony in Support of Proxy Advisor Transparency Act, S.B. 375 (Feb. 10, 2026), https://perma.cc/52BQ-9H5V.

18.     **Exhibit 16** is a true and correct copy of Noah Tabor, United Church Funds, Written Opposition to Proxy Advisor Transparency Act, S.B. 375 (Feb. 10, 2026), https://perma.cc/8GT7-W7NU.

19.     **Exhibit 17** is a true and correct copy of Cathy Becker, Green America, Written Opposition to Proxy Advisor Transparency Act, S.B. 375 (Feb. 10, 2026), https://perma.cc/MCG9-VGGR.

20.     **Exhibit 18** is a true and correct copy of David Williams, Taxpayers Protection Alliance, Written Opposition to Proxy Advisor Transparency Act, S.B. 375, Proxy Advisor Rules Put Bureaucrats Ahead of Investors (Feb. 10, 2026), https://perma.cc/LB5Z-WN5D.

21.     **Exhibit 19** is a true and correct copy of Kelly VanZwoll, Kansas Bankers Association, Written Neutral Testimony on Proxy Advisor Transparency Act, S.B. 375 (Mar. 4, 2026), https://perma.cc/JWR5-A94G.

22.     **Exhibit 20** is a true and correct copy of ISS, Part 2 Brochure, filed with the SEC (updated Mar. 31, 2026), https://perma.cc/MDL6-WDC4.

23.     **Exhibit 21** is a true and correct copy of ISS, U.S. Proxy Voting Guidelines, 2026 Benchmark Policy Recommendations (Dec. 9, 2025), https://perma.cc/6E8F-ZSQC.

24.     **Exhibit 22** is a true and correct copy of ISS, U.S. Climate Specialty Policy Proxy Voting Guidelines, 2026 Policy Recommendations (Dec. 31, 2025), https://perma.cc/W75X-DQRY.

5

25.     **Exhibit 23** is a true and correct copy of ISS, A Look At AI-Related Shareholder Proposals At U.S. Companies, 2022-2025 (Dec. 2025), https://perma.cc/56ZH-8P4E.

26.     **Exhibit 24** is a true and correct copy of Recommendation of the SEC Investor Advisory Committee Relating to SEC Guidance and Rule Proposals on Proxy Advisors and Shareholder Proposals (Jan. 24, 2020), https://perma.cc/HH22-AN8K.

27.     **Exhibit 25** is a true and correct copy of New York State Common Retirement Fund, Comments on Proposed Rule "Amendments to Exemptions from the Proxy Rules for Proxy Voting Advice" (Feb. 3, 2020), https://perma.cc/2EH9-VZP4.

28.     **Exhibit 26** is a true and correct copy of T. Rowe Price, Letter to SEC Re: Proxy Voting Roundtable (Dec. 13, 2018), https://perma.cc/F45A-7EYM.

29.     **Exhibit 27** is a true and correct copy of Council of Institutional Investors, Letter Re: Proposed Legislation Relating to Proxy Advisory Firms and Institutional Investors (Feb. 27, 2018), https://perma.cc/VL7L-XH2M.

30.     **Exhibit 28** is a true and correct copy of Elliott Management Corporation, Letter to SEC (Mar. 30, 2020), https://perma.cc/S2T5-KLLU.

31.     **Exhibit 29** is a true and correct copy of Better Markets, Letter to SEC on Amendments to Exemptions From the Proxy Rules for Proxy Voting Advice (Feb. 3, 2020), https://perma.cc/E8SM-SV9N.

32.     **Exhibit 30** is a screen capture of Ross Kerber, *Proxy Adviser ISS Expands Offerings for 'ESG Skeptic' Clients*, Reuters (Mar. 4, 2024), https://www.reuters.com/sustainability/boards-policy-regulation/proxy-adviser-iss-expands-offerings-esg-skeptic-clients-2024-03-04/ (https://tinyurl.com/38f7z776).

6

33.     **Exhibit 31** is a screen capture of Bowyer Research, *Summary of Bowyer Research Proxy Voting Guidelines for States*, https://perma.cc/KM5Z-G2ZZ.

34.     **Exhibit 32** is a screen capture of Matt Egan, *Corporate America Loves Deregulation.  Then Why Is It Pushing For These Rules?*, CNN (Mar. 29, 2019), https://www.cnn.com/2019/03/29/investing/regulation-proxy-advisory-reform-sec/index.html (https://tinyurl.com/5f7jpnr6).

35.     **Exhibit 33** is a screen capture of *JPMorgan Pushes Back on ISS Recommendations on Severance, Independent Chair*, Reuters (May 14, 2024), https://www.reuters.com/business/finance/jpmorgan-pushes-back-iss-recommendations-severance-independent-chair-2024-05-13/ (https://tinyurl.com/58u7as2j).

36.     **Exhibit 34** is a true and correct copy of Exxon Mobil Corporation, Letter to the SEC Re: No Action Request (Sept. 15, 2025), https://perma.cc/7JB5-9S4G.

37.     **Exhibit 35** is a screen capture of National Center for Public Policy Research, Press Release, Conservative Group Launches Proxy Navigator Tool to Fight Woke Corporations (Mar. 7, 2024), https://perma.cc/MVB9-DNVV.

38.     **Exhibit 36** is a screen capture of Michael Gennaro, *JPMorgan Chase Says AI Can Replace Proxy Advisers, But Others Have Their Doubts*, Law.com (Jan. 20, 2026), https://www.law.com/corpcounsel/2026/01/20/jpmorgan-chase-says-ai-can-replace-proxy-advisers-but-others-have-their-doubts/ (https://tinyurl.com/bdz9upw8).

39.     **Exhibit 37** is a true and correct copy of excerpts of Investment Policy Manual, Maryland State Retirement & Pension System (June 2025), and the full version is available at https://perma.cc/UT4B-M4J7.

40.     **Exhibit 38** is a true and correct copy of excerpts of Office of the Illinois State Treasurer, 2026 Proxy Voting Policy Statement (Apr. 2026), and the full version is available at https://perma.cc/QNM7-LCL9.

41.     **Exhibit 39** is a screen capture of Marco Quiroz-Gutierrez, *With $1 Trillion Pay Package on the Line, Elon Musk Blasts Influential Firms Telling Shareholders to Reject It: 'Those Guys Are Corporate Terrorists'*, Fortune Mag. (Oct. 23, 2025), https://fortune.com/2025/10/23/elon-musk-tesla-shareholders-ceo-1-trillion-dollar-pay-package-corporate-terrorists-glass-lewis-iss/ (https://tinyurl.com/3kd77puw).

42.     **Exhibit 40** is a screen capture of Elizabeth Harris, Advisory Group Opposes Re-election of Most of Target's Board, N.Y. Times (May 28, 2014), https://www.nytimes.com/2014/05/29/business/advisory-group-opposes-re-election-of-most-of-targets-board.html (https://tinyurl.com/wp4brkmt).

43.     **Exhibit 41** is a screen capture of Tom Joyce, *Kansas AG Kobach Honored for Defending Consumers, Fighting ESG Policies*, The Center Square Kansas (Oct. 7, 2025), https://perma.cc/JNU9-MGVN.

44.     **Exhibit 42** is a true and correct copy of Letter from State Attorneys General to ISS and Glass Lewis (Jan. 17, 2023), https://perma.cc/NNW4-64B4.

45.     **Exhibit 43** is a true and correct copy of Letter from State Attorneys General to ISS and Glass Lewis (Nov. 29, 2023), https://perma.cc/8UUU-DWWV.

46.     **Exhibit 44** is a true and correct copy of Letter from State Attorneys General to Asset Managers (Aug. 29, 2024), https://perma.cc/H5GD-JD7E.

47.     **Exhibit 45** is a true and correct copy of Letter from State Attorneys General to Congress (Feb. 14, 2023), https://perma.cc/D7XF-AU98.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 7, 2026, in Washington, D.C.

/s/ David M. Foster
David M. Foster

9