# Foster Declaration Exhibit 2



ISS Proxy Analysis & Benchmark Policy Voting Recommendations

# Exxon Mobil Corporation

## Key Takeaways



| | |
|---|---|
| **Meeting Type:** Annual (Virtual) | |
| **Meeting Date:** 31 May 2023 | |
| **Record Date:** 5 April 2023 | |
| **Meeting ID:** 1743652 | |

**New York Stock Exchange**: XOM
**Index:** S&P 500
**Sector:** Integrated Oil & Gas
**GICS:** 10102010

**Primary Contacts**
Marc Goldstein, JD
Rachel Hedrick – Items 3 & 6
U.S. Research Help Center

---

## Agenda & Recommendations

**Policy: United States**
**Incorporated:** New Jersey, USA

| Item | Code | Proposal | Board Rec. | ISS Rec. |
|---|---|---|---|---|
| **MANAGEMENT PROPOSALS** | | | | |
| 1.1 | M0201 | Elect Director Michael J. Angelakis | FOR | FOR |
| 1.2 | M0201 | Elect Director Susan K. Avery | FOR | FOR |
| 1.3 | M0201 | Elect Director Angela F. Braly | FOR | FOR |
| 1.4 | M0201 | Elect Director Gregory J. Goff | FOR | FOR |
| 1.5 | M0201 | Elect Director John D. Harris, II | FOR | FOR |
| 1.6 | M0201 | Elect Director Kaisa H. Hietala | FOR | FOR |
| 1.7 | M0201 | Elect Director Joseph L. Hooley | FOR | FOR |
| 1.8 | M0201 | Elect Director Steven A. Kandarian | FOR | FOR |
| 1.9 | M0201 | Elect Director Alexander A. Karsner | FOR | FOR |
| 1.10 | M0201 | Elect Director Lawrence W. Kellner | FOR | FOR |
| 1.11 | M0201 | Elect Director Jeffrey W. Ubben | FOR | FOR |
| 1.12 | M0201 | Elect Director Darren W. Woods | FOR | FOR |
| 2 | M0101 | Ratify PricewaterhouseCoopers LLP as Auditors | FOR | FOR |

## Report Contents

| | | | | |
|---|---|---|---|---|
| ISS-Company Dialogue | 3 | Compensation Profile | 9 |
| Financial Highlights | 5 | QualityScore | 11 |
| Ownership and Control Overview | 6 | Vote Results | 15 |
| Corporate Governance Profile | 6 | Meeting Agenda and Proposals | 16 |
| Board Profile | 8 | Additional Information | 65 |

© 2023 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not b e reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our  Policy Gateway.

**Exxon Mobil Corporation (XOM)**

**Meeting Date: 31 May 2023**

POLICY: United States

Meeting ID: 1743652

| | | | | |
|---|---|---|---|---|
| ▶3 | M0550 | Advisory Vote to Ratify Named Executive Officers' Compensation | FOR | FOR |
| 4 | M0552 | Advisory Vote on Say on Pay Frequency | ONE YEAR | ONE YEAR |
| **SHAREHOLDER PROPOSALS** | | | | |
| 5 | S0746 | Establish Board Committee on Decarbonization Risk | AGAINST | AGAINST |
| 6 | S0500 | Reduce Executive Stock Holding Period | AGAINST | AGAINST |
| 7 | S0742 | Report on Carbon Capture and Storage | AGAINST | AGAINST |
| 8 | S0743 | Report on Methane Emission Disclosure Reliability | AGAINST | FOR |
| 9 | S0743 | Adopt Medium-Term Scope 3 GHG Reduction Target | AGAINST | AGAINST |
| 10 | S0731 | Issue a Report on Worst-Case Impacts of Oil Spills from Operations Offshore of Guyana | AGAINST | AGAINST |
| 11 | S0730 | Recalculate GHG Emissions Baseline to Exclude Emissions from Material Divestitures | AGAINST | AGAINST |
| 12 | S0730 | Report on Asset Retirement Obligations Under IEA NZE Scenario | AGAINST | AGAINST |
| 13 | S0781 | Commission Audited Report on Reduced Plastics Demand | AGAINST | FOR |
| 14 | S0742 | Report on Potential Costs of Environmental Litigation | AGAINST | AGAINST |
| 15 | S0429 | Publish a Tax Transparency Report | AGAINST | AGAINST |
| 16 | S0742 | Report on Social Impact From Plant Closure or Energy Transition | AGAINST | AGAINST |
| 17 | S0741 | Report on Benefits and Risks of Commitment to Not Develop Projects in the Arctic *Withdrawn Resolution* | NONE | NONE |

Shading indicates that ISS recommendation differs from Board recommendation

▶ Items deserving attention due to contentious issues or controversy

Publication Date: 18 May 2023

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                                     **Meeting Date: 31 May 2023**
POLICY: United States                                                   Meeting ID: 1743652

## ISS-Company Dialogue

| Dates | Topic(s) | Initiated By | Notes |
|---|---|---|---|
| Jan 10 & March 21, 2023 | ESG | Issuer | The company discussed its views of certain shareholder proposals and its plans to expand disclosure regarding shareholder engagement and various climate-related matters. Company also discussed new board and executive appointments. |

**Note:** ISS engages in ongoing dialogue with issuers in order to ask for additional information or clarifica tion, but not to engage on behalf of its clients. Any draft review which may occur as part of this process is done for purposes of data verification only. All ISS rec ommendations are based solely upon publicly disclosed information.

## Material Company Updates

| Item | Summary |
|---|---|
| **Board Updates** | John D. Harris II and Lawrence W. Kellner were appointed to the board effective Jan. 1, 2023. |
| | Ursula M. Burns will not stand for re-election to the board at the 2023 annual meeting. |
| **Notable Vote Result** | At the last annual meeting, the following shareholder proposal received the support of a majority of votes cast (excluding abstentions): Report on Scenario Analysis Consistent with International Energy Agency's Net Zero by 2050. See *Board Responsiveness* section of ***Elect Directors*** below. |
| **Climate and Environmental Legal Proceedings** | In April 2021, authorities in Anne Arundel County, Maryland filed suit in local circuit court against a number of fossil fuel companies, including Exxon Mobil, accusing the defendants of acting to mislead the public about the contributions of their products to climate change, and seeking to recover costs incurred by the county to "survive the consequences of climate change." The case was subsequently removed to the U.S. District Court for the District of Maryland; however, the federal court issued an order remanding the case to state court. That order has been temporarily stayed due to the Supreme Court's consideration of a similar case brought by local governments in Colorado. |
| | On Aug. 4, 2022, Exxon Mobil subsidiary XTO Energy, Inc. received a letter from the U.S. Department of Justice notifying XTO of the U.S. Environmental Protection Agency's request to initiate a potential civil action against XTO regarding the Schnegg well in Powhatan Point, Ohio. The letter did not quantify an associated civil penalty potentially sought by the DOJ. The EPA alleges XTO breached its duty under the General Duty Clause of the Clean Air Act for the Schnegg well, and such breaches resulted in a 2018 well blowout. Neither a civil action has been filed nor a draft consent decree has been provided by the DOJ. XTO is assessing the factual basis of the allegation and any associated penalties. In discussions in January 2023, the DOJ indicated it may seek a potential penalty substantially in excess of $1 million. XTO strongly disagrees with DOJ's initial position. |
| | On Jan. 3, 2022, the State of Texas, on behalf of the Texas Commission on Environmental Quality, filed a lawsuit against Exxon Mobil in Travis County District Court for alleged violations of the Texas Clean Air Act, ExxonMobil's permits and promulgated regulations. The original complaint alleged that from Dec. 21-23, 2021, a pipeline containing vaporized naphtha at the Baytown Refinery leaked, and that a spark in the course of repairs caused an explosion. In August 2022, the State amended its petition to seek additional penalties for additional alleged permit and regulatory violations in connection with unrelated subsequent emission events at the refinery, for an aggregate amount in excess of $1 million. On Nov. 21, 2022, the State of Texas filed a complaint against Exxon Mobil in Travis County District Court for alleged violations of the Texas Clean Air Act at the Baytown Olefins Plant located in Baytown, Texas. The complaint seeks civil penalties for alleged unauthorized air pollution, |

Copyright © 2023 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

|  | unauthorized outdoor burning, nuisance, and unauthorized visible emissions associated with multiple alleged air emissions events between 2018 and 2022 in an amount in excess of $1 million and injunctive relief against the company to enjoin a violation or threatened violation of any Texas Commission on Environmental Quality statute. The State also seeks to recover its fees and costs of litigation. |
| **Amendment to Bylaws** | On Oct. 25, 2022, the company amended its bylaws to update certain aspects of the advance notice provisions following the promulgation of new SEC rules on universal proxy cards, as well as to remove a requirement that the board elect a general tax counsel as an officer of the company. |

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

## Financial Highlights

**Company Description:** Exxon Mobil Corporation engages in the exploration and production of crude oil and natural gas in the United States and internationally. It operates through Upstream, Energy Products, Chemical Products, and Specialty Products segments.

### STOCK PRICE PERFORMANCE



Exxon Mobil Corporation
MSCI ACWI: Oil, Gas & Consumable Fuels (GICS: 101020)
S&P 500

### TOTAL SHAREHOLDER RETURNS (ANNUALIZED)

|  | 1 Yr | 3 Yr | 5 Yr |
|---|---|---|---|
| Company TSR (%) | 87.16 | 23.63 | 11.49 |
| GICS 1010 TSR (%) | 52.29 | 17.12 | 3.82 |
| S&P500 TSR (%) | -18.11 | 7.66 | 9.42 |

Source: Compustat. As of last day of company FY end month: 12/31/2022

### COMPANY SNAPSHOT (AS OF RECORD DATE)

| | |
|---|---|
| Market Cap (M) | 476,264.5 |
| Closing Price | 116.99 |
| Dividends Paid (LTM) | 3.58 |
| 52-Week High | 119.63 |
| 52-Week Low | 79.29 |
| Shares Outstanding (M) | 4070.99 |
| Average daily trading volume (prior mo)* | 18,958.53 |

Source: Compustat. As of April 5, 2023 (All currency in  USD)
* Trading Volume in thousands of shares

### FINANCIAL & OPERATIONAL PERFORMANCE

| | Historical Performance (FY ending) | | | | | Compared to Peers (Compustat FY*) − 2022 | | |
|---|---|---|---|---|---|---|---|---|
| **All currency in USD** | 12/2018 | 12/2019 | 12/2020 | 12/2021 | 12/2022 | | | |
| **Earnings** | | | | | | | | |
| Revenue (M) | 279,332 | 255,583 | 178,574 | 276,692 | 398,675 | | | |
| Net Income (M) | 20,840 | 14,340 | -22,440 | 23,040 | 55,740 | | | |
| EBITDA (M) | 40,869 | 31,764 | -8,889 | 43,484 | 86,168 | | | |
| EPS (USD) | 4.88 | 3.36 | -5.25 | 5.39 | 13.26 | | | |
| EPS Y/Y Growth (%) | 5 | -31 | N/A | N/A | 146 | | | |
| **Profitability** | | | | | | | | |
| Pretax Net Margin (%) | 11 | 8 | -16 | 11 | 20 | | | |
| EBITDA Margin (%) | 15 | 12 | -5 | 16 | 22 | | | |
| Return on Equity (%) | 11 | 7 | -14 | 14 | 29 | | | |
| Return on Assets (%) | 6 | 4 | -7 | 7 | 15 | | | |
| ROIC (%) | 10 | 6 | -10 | 10 | 23 | | | |
| **Leverage** | | | | | | | | |
| Debt/Assets | 11 | 15 | 22 | 16 | 13 | | | |
| Debt/Equity | 20 | 28 | 46 | 31 | 24 | | | |
| **Cash Flows** | | | | | | | | |
| Operating (M) | 36,014 | 29,716 | 14,668 | 48,129 | 76,797 | | | |
| Investing (M) | -16,446 | -23,084 | -18,459 | -10,235 | -14,742 | | | |
| Financing (M) | -19,446 | -6,618 | 5,285 | -35,423 | -39,114 | | | |
| Net Change (M) | -135 | 47 | 1,275 | 2,438 | 22,863 | | | |
| **Valuation & Performance** | | | | | | | | |
| Price/Earnings | 13.97 | 20.77 | N/A | 11.35 | 8.32 | | | |
| Annual TSR (%) | -15.09 | 7.35 | -36.02 | 57.80 | 87.16 | | | |

Source: Compustat. *Note: Compustat standardizes financial data and fiscal year designations to allow for meaningful comparis on across companies.  Compustat data may differ from companies' disclosed financials and does not incorporate non -trading equity units. Peers shown here represent closest industry peers drawn from those peers used in ISS' pay-for-performance analysis. See www.issgovernance.com/policy-gateway/company-financials-faq/ for more information.

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

## Ownership & Control Overview

| Stock Type | Votes per Share | Outstanding |
|---|---|---|
| Common Stock | 1 | 4,059,294,340 |

| Top Holders - Ownership & Control | % of Stock | % of Votes |
|---|---|---|
| The Vanguard Group | 9.0 | 9.0 |
| BlackRock, Inc. | 7.2 | 7.2 |
| State Street Corporation | 5.5 | 5.5 |
| ▶D.W. Woods | <0.1 | <0.1 |

Proxy Statement, © 2023 Factset Research Systems, Inc. All Rights Reserved. As of: 28 Feb 2023



Percentages rounded down to 1 decimal. "▶" identifies shareholders considered strategic under ISS' definition.

to Detailed Ownership Profile

ISS' definition of strategic shareholders may include, but is not limited to, shareholders with board representation, State-controlled entities, insiders/executives, and employee funds.

## Corporate Governance Profile

### BOARD SUMMARY

| | |
|---|---|
| Chairman classification | Executive Director |
| Separate chair/CEO | No |
| Independent lead director | Yes |
| Voting standard | Majority |
| Plurality carveout for contested elections | Yes |
| Resignation policy | Yes |
| Total director ownership (000 shares) | 1,623 |
| Total director ownership (%) | < 1 |
| Percentage of directors owning stock | 100% |
| Number of directors attending < 75% of meetings | 0 |
| Average director age | 62 years |
| Average director tenure | 3 years |
| Percentage of women on board | 25% |

### SHAREHOLDER RIGHTS SUMMARY

| | |
|---|---|
| Controlled company | No |
| Classified board | No |
| Multi-class common stock w/ unequal voting rights | No |
| Vote standard for mergers/acquisitions | Majority |
| Vote standard for charter amendment | Majority |
| Vote standard for bylaw amendment | Majority |
| Shareholder right to call special meetings | Yes, 15% |
| Material restrictions on right to call special meetings | Yes |
| Shareholder right to act by written consent | Yes |
| Cumulative voting | No |
| Board authorized to issue blank-check preferred stock | Yes |
| Poison pill | No |
| Proxy Access | Yes |
| -    Ownership requirement (%) | 3 |
| -    Time requirement (years) | 3 |
| -    Nomination limit (% of seats) | 20 |
| -    Nomination limit (# of nominees) | 2 |
| -    Aggregation cap (# of nominators) | 20 |

Copyright © 2023 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

## Board & Committee Composition

The information provided in the charts and tables below is based on ISS data records, which rely on disclosures in proxy materials and other public sources available as of the date set forth below (for the general meeting under review) and, with respect to information from prior years, information that was available ahead of each year's annual general meeting at the time of ISS' report for that meeting. As such, these charts and tables might not reflect changes to the board composition and/or other covered elements subsequently disclosed by the issuer after ISS' publications or between general meetings.

Independence values refer to ISS Independence classifications ("Exec": Executive Director; "N-Ind.": Non-Independent Director; "Ind.": Independent Director).

### Board

Ind.: 92%, 11
Exec.: 8%, 1

Meetings last FY:9

### as of May 31, 2023

**Audit**

Ind.: 100%, 4

Meetings last FY:10

**Comp**

Ind.: 100%, 4

Meetings last FY:6

**Nom**

Ind.: 100%, 5

Meetings last FY:8

■ **Exec**    ■ **N-Ind.**    ■ **Ind.**

### Independence History

|  | 2019 | 2020 | 2021 | 2022 | After Meeting |
|---|---|---|---|---|---|
| Board | 90% | 90% | 92% | 91% | 92% |
| Audit Com | 100% | 100% | 100% | 100% | 100% |
| Comp Com | 100% | 100% | 100% | 100% | 100% |
| Nom Com | 100% | 100% | 100% | 100% | 100% |

### Gender Diversity Trend

|  | 2019 | 2020 | 2021 | 2022 | After Meeting |
|---|---|---|---|---|---|
| male | 70% | 70% | 75% | 64% | 75% |
| female | 30% | 30% | 25% | 36% | 25% |

### Director Tenure



0    1    2    3    4    5    6    7    8    9

Publication Date: 18 May 2023

Copyright © 2023 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**  
POLICY: United States

**Meeting Date: 31 May 2023**  
Meeting ID: 1743652

## Board Profile (after upcoming meeting)

| Item # | Executive Directors | Affiliation | Independence | | Leadership | Gender | Age | Tenure | Term Ends | Committee | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Co. | ISS | | | | | | Audit | Comp | Nom | Gov |
| 1.12 | Darren Woods | | Exec | Exec | CEO, Chair | M | 58 | 7 | 2024 | | | | |
| | **Non-Executive Directors** | | | | | | | | | | | | |
| 1.7 | Joseph (Jay) Hooley | | Ind. | Ind. | Lead Dir | M | 66 | 3 | 2024 | | M | C | C |
| 1.1 | Michael (Mike) Angelakis | | Ind. | Ind. | | M | 59 | 2 | 2024 | F | | | |
| 1.2 | Susan Avery | | Ind. | Ind. | | F | 73 | 6 | 2024 | | | M | M |
| 1.3 | Angela Braly | | Ind. | Ind. | | F | 61 | 7 | 2024 | | C | | |
| 1.4 | Gregory (Greg) Goff | | Ind. | Ind. | | M | 66 | 1 | 2024 | F | | | |
| 1.5 | John Harris II | | Ind. | Ind. | | M | 62 | 0* | 2024 | F | M | | |
| 1.6 | Kaisa Hietala | | Ind. | Ind. | | F | 52 | 1 | 2024 | F | | | |
| 1.8 | Steven Kandarian | | Ind. | Ind. | | M | 71 | 5 | 2024 | | M | M | M |
| 1.9 | Alexander Karsner | | Ind. | Ind. | | M | 56 | 1 | 2024 | | | M | M |
| 1.10 | Lawrence (Larry) Kellner | | Ind. | Ind. | | M | 64 | 0* | 2024 | | | M | M |
| 1.11 | Jeffrey (Jeff) Ubben | | Ind. | Ind. | | M | 61 | 2 | 2024 | | | | |
| | | | 92% Ind. | 92% Ind. | | 25% F | Ave: 62 | Ave: 3 | Ave: 1 | 100% Ind. | 100% Ind. | 100% Ind. | 100% Ind. |

Committee Membership: M = Member | C = Chair | **F = Member and Financial Expert**  
*Indicates director not previously submitted to shareholders for election.

## COMMITMENTS AT PUBLIC COMPANIES

| Item # | Director Name | # of boards* | Company Name | Mandate Type | CEO | Board Chair | Committee | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Audit | Comp | Nom |
| 1.12 | Darren Woods | 1 | *Exxon Mobil Corporation* | Executive Director | ☐ | ☐ | | | |
| 1.7 | Joseph (Jay) Hooley | 2 | *Exxon Mobil Corporation* | Non-Executive Director | | | | M | C |
| | | | Aptiv Plc | Non-Executive Director | | | F | C | |
| 1.1 | Michael (Mike) Angelakis | 4 | *Exxon Mobil Corporation* | Non-Executive Director | | | F | | |
| | | | Bowlero Corp. | Non-Executive Director | | | | | C |
| | | | TriNet Group, Inc. | Non-Executive Director | | | | M | M |
| | | | Clarivate Plc | Non-Executive Director | | | | | M |
| 1.2 | Susan Avery | 1 | *Exxon Mobil Corporation* | Non-Executive Director | | | | | M |
| 1.3 | Angela Braly | 3 | *Exxon Mobil Corporation* | Non-Executive Director | | | | C | |
| | | | The Procter & Gamble Company | Non-Executive Director | | | M | | C |
| | | | Brookfield Corporation | Non-Executive Director | | | M | | |
| 1.4 | Gregory (Greg) Goff | 2 | *Exxon Mobil Corporation* | Non-Executive Director | | | F | | |
| | | | Avient Corporation | Non-Executive Director | | | | | M |
| 1.5 | John Harris II | 4 | *Exxon Mobil Corporation* | Non-Executive Director | | | F | M | |
| | | | Flex Ltd. | Non-Executive Director | | | | M | |
| | | | Kyndryl Holdings, Inc. | Non-Executive Director | | | | | M |
| | | | Cisco Systems, Inc. | Non-Executive Director | | | | | |
| 1.6 | Kaisa Hietala | 3 | *Exxon Mobil Corporation* | Non-Executive Director | | | F | | |
| | | | Smurfit Kappa Group Plc | Non-Executive Director | | | M | | M |
| | | | Rio Tinto Limited | Non-Executive Director | | | | | |
| | | | Rio Tinto Plc | Non-Executive Director | | | | | |
| 1.8 | Steven Kandarian | 2 | *Exxon Mobil Corporation* | Non-Executive Director | | | | M | M |
| | | | Jackson Financial Inc. | Non-Executive Director | | ☐ | | M | C |
| 1.9 | Alexander Karsner | 2 | *Exxon Mobil Corporation* | Non-Executive Director | | | | | M |
| | | | Applied Materials, Inc. | Non-Executive Director | | | | M | M |
| | | | Alphabet Inc. | Executive Officer (non-director) | | | | | |

Publication Date: 18 May 2023

Copyright © 2023 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

| Item # | Director Name | # of boards* | Company Name | Mandate Type | CEO | Board Chair | Audit | Comp | Nom |
|--------|---------------|--------------|--------------|--------------|-----|-------------|-------|------|-----|
| 1.10 | Lawrence (Larry) Kellner | 2 | *Exxon Mobil Corporation* | Non-Executive Director | | | | | M |
| | | | The Boeing Company | Non-Executive Director | | ☐ | | | M |
| 1.11 | Jeffrey (Jeff) Ubben | 3 | *Exxon Mobil Corporation* | Non-Executive Director | | | | | |
| | | | Enviva, Inc. | Non-Executive Director | | | | M | |
| | | | Vistry Group Plc | Non-Executive Director | | | | | |

*The number of boards for each director is the total of executive director and/ or non-executive director mandates. Companies highlighted in blue are considered belonging to the same group and count as 1 for ISS board count calculations.

## DIRECTOR PAY, ATTENDANCE AND EQUITY OWNERSHIP OVERVIEW MOST RECENT FY

| Item # | Director Name | Board Position | Attendance (in %) | Total Compensation | Ownership # | % stock | % votes |
|--------|---------------|----------------|-------------------|--------------------|-------------|---------|---------|
| 1.12 | Darren Woods | ED, CEO, Chair | ≥75% | ** | 210,173 | <0.1 | <0.1 |
| 1.7 | Joseph (Jay) Hooley | NED, Comp (M), Nom (C) | ≥75% | USD 296,205 | 15,500 | <0.1 | <0.1 |
| 1.1 | Michael (Mike) Angelakis | NED, Audit (M) | ≥75% | USD 266,260 | 53,792 | <0.1 | <0.1 |
| 1.2 | Susan Avery | NED, Nom (M) | ≥75% | USD 266,260 | 23,000 | <0.1 | <0.1 |
| 1.3 | Angela Braly | NED, Comp (C) | ≥75% | USD 276,260 | 27,575 | <0.1 | <0.1 |
| 1.4 | Gregory (Greg) Goff | NED, Audit (M) | ≥75% | USD 266,260 | 23,462 | <0.1 | <0.1 |
| 1.5 | John Harris II | NED, Audit (M), Comp (M) | N/A | N/A | 8,250 | <0.1 | <0.1 |
| 1.6 | Kaisa Hietala | NED, Audit (M) | ≥75% | USD 266,260 | 13,000 | <0.1 | <0.1 |
| 1.8 | Steven Kandarian | NED, Comp (M), Nom (M) | ≥75% | USD 266,260 | 20,500 | <0.1 | <0.1 |
| 1.9 | Alexander Karsner | NED, Nom (M) | ≥75% | USD 266,260 | 30,000 | <0.1 | <0.1 |
| 1.10 | Lawrence (Larry) Kellner | NED, Nom (M) | N/A | N/A | 8,000 | <0.1 | <0.1 |
| 1.11 | Jeffrey (Jeff) Ubben | NED | ≥75% | USD 266,260 | 1,190,000 | <0.1 | <0.1 |
| **Total** | | | | USD 2,436,285 | | | |

Attendance rates take into account board and committee meetings.
ED for Executive Directors, NED for Non-Executive Directors
**For executive director data, please refer to Executive Pay Overview.
Ownership values include shares held, stock awards that vest within 60 days of the disclosure date, and deferred stock units (DSUs). Stock options are excluded.

# Compensation Profile

## EXECUTIVE PAY OVERVIEW

| Executive | Title | Base Salary | Change in Pension, Deferred Comp, All Other Comp | Bonus & Non-equity Incentives | Restricted Stock | Option Grant | Total |
|-----------|-------|-------------|--------------------------------------------------|-------------------------------|------------------|--------------|-------|
| D. Woods | Chairman and CEO | 1,703 | 2,885 | 6,382 | 25,052 | 0 | 36,022 |
| J. Williams Jr. | Senior Vice President | 1,100 | 3,859 | 4,206 | 13,116 | 0 | 22,281 |
| N. Chapman | Senior Vice President | 1,100 | 3,680 | 4,035 | 12,426 | 0 | 21,240 |
| K. Mikells | Senior Vice President; CFO | 1,100 | 794 | 4,376 | 13,806 | 0 | 20,076 |
| K. McKee | President, ExxonMobil Product Solutions | 909 | 4,224 | 3,617 | 11,256 | 0 | 20,006 |
| **Median CEO Pay** | ISS Selected Peer Group | 1,690 | 662 | 3,900 | 10,274 | 3,122 | **23,397** |
| | Company Defined Peers | 1,673 | 650 | 3,690 | 9,785 | 3,520 | **22,424** |

Source: ISS. Pay in $thousands. Total pay is sum of all reported pay elements, using ISS' Black-Scholes estimate for option grant-date values. Median total pay will not equal sum of pay elements medians. Company Defined Peers are as disclosed. More information on ISS' peer group methodology is available at www.issgovernance.com/policy-gateway/us-compensation-policy-guidance/.

---

Publication Date: 18 May 2023

Copyright © 2023 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

Meeting Date: **31 May 2023**
Meeting ID: 1743652

## OPTION VALUATION ASSUMPTIONS

| For CEO's last FY Grant | Company | ISS |
|---|---|---|
| Volatility (%)* | N/A | N/A |
| Dividend Yield (%)* | N/A | N/A |
| Term (yrs)* | N/A | N/A |
| Risk-free Rate (%)* | N/A | N/A |
| Grant date fair value per option* | N/A | N/A |
| Grant Date Fair Value ($ in 000)** | N/A | N/A |

The CEO did not receive stock options in the most recent fiscal year.

## CEO PAY MULTIPLES

| Compared to | Multiple |
|---|---|
| 2nd highest active executive | 1.62 |
| Average active NEO | 1.72 |
| ISS peer median | 1.54 |
| Company peer median | 1.61 |
| Median employee/CEO Pay Ratio* (FY22, FY21) | 210, 125 |

*As disclosed by the company. The company disclosed the median compensation of all employees to be $171,582.

## CEO TALLY SHEET

| CEO | D. Woods |
|---|---|
| CEO tenure at FYE: | 6 years |
| Present value of all accumulated pension: | $35,015,801 |
| Value of CEO stock owned (excluding options): | $24,588,139 |
| **Potential Termination Payments** | |
| Involuntary termination without cause: | N/A |
| Termination after a change in control: | $0 |

Source: DEF14A

### 3-YEAR GRANTED VS. REALIZABLE CEO PAY

3-year TSR: 23.63%



Source: DEF14A and ISS ($ in thousands)

Granted pay equals the sum of all CEO pay, as disclosed in the proxy statement for the applicable fiscal years, except that equity grant values may be based on ISS' valuation. Realizable pay equals the sum of all cash paid (as disclosed) during the same period, plus the value of all equity grants at the end of the period (based on earned value, if applicable, or re-calculated FV of target level equity awards not yet earned/vested). For periods that include multiple CEOs, values include pay to all CEOs during the period. For additional information, please visit www.issgovernance.com/policy-gateway/us-compensation-policy-guidance/.

## CEO PAY VERSUS PERFORMANCE

| Year | SCT Total | Compensation Actually Paid | Value of $100 Investment (TSR) | | CFOAS* |
|---|---|---|---|---|---|
| | | | Company | Peers | |
| 1 | $35,909 | $89,748 | $188 | $136 | $82,044,000,000 |
| 2 | $23,572 | $40,080 | $101 | $94 | $51,305,000,000 |
| 3 | $15,639 | ($7,692) | $64 | $69 | $15,667,000,000 |

**Important Metrics*:** TSR, Earnings, Cash Flow From Operations And Asset Sales, Return On Capital Employed, Safety Performance, Environmental Performance, Corporate-wide Operated Asset GHG Emissions Intensity

Source: DEF14A. CEO Pay in $thousands. Year 1 = most recent fiscal year. SCT = Summary Compensation Table. TSR peers are as disclosed and may differ from pay peers. *The company disclosed these metrics as the most important for determining CEO pay.

Publication Date: 18 May 2023

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

## Dilution & Burn Rate

### DILUTION

| | Dilution (%) |
|---|---|
| Exxon Mobil Corporation | 2.53 |
| 4-digit GICS median | 6.04 |
| 4-digit GICS weighted average | 6.01 |
| 4-digit GICS 75th percentile | 10.34 |

Dilution is the sum of the total amount of shares available for grant and outstanding under options and other equity awards (vested and unvested) expressed as a percentage of total basic common shares outstanding as of the record date. The dilution figure typically excludes employee stock purchase plans and 401(k) shares. The underlying information is based on the company's equity compensation table in the most recent proxy statement or 10-K.

### BURN RATE

| | Unadjusted (%) | Value-Adjusted (%) |
|---|---|---|
| 1-year | 0.20 | 0.20 |
| 3-year average | 0.20 | 0.20 |

Burn rate equals the number of shares granted in each fiscal year, including stock options, restricted stock (units), actual performance shares delivered under the long-term incentive plan or earned deferred shares, to employees and directors divided by weighted average common shares outstanding.
The value-adjusted burn rate uses stock price to value full-value awards and Black Scholes to value stock options. For more information on these burn rate methodologies, please visit www.issgovernance.com/policy-gateway/voting-policies/.

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**    **Meeting Date: 31 May 2023**
POLICY: United States    Meeting ID: 1743652

# QualityScore



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

## Climate Awareness Scorecard



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                                   **Meeting Date: 31 May 2023**
POLICY: United States                                                      Meeting ID: 1743652

## Vote Results

### ANNUAL MEETING 25 MAY 2022

| Proposal | Board Rec | ISS Rec | Disclosed Result | Support Including Abstains (%)[1] | Support Excluding Abstains (%)[2] |
|---|---|---|---|---|---|
| 1.1 Elect Director Michael J. Angelakis | For | For | Pass | 97.2 | 97.9 |
| 1.2 Elect Director Susan K. Avery | For | For | Pass | 94.5 | 95.4 |
| 1.3 Elect Director Angela F. Braly | For | For | Pass | 95.9 | 96.6 |
| 1.4 Elect Director Ursula M. Burns | For | For | Pass | 88.8 | 89.1 |
| 1.5 Elect Director Gregory J. Goff | For | For | Pass | 97.7 | 98.1 |
| 1.6 Elect Director Kaisa H. Hietala | For | For | Pass | 97.9 | 98.3 |
| 1.7 Elect Director Joseph L. Hooley | For | For | Pass | 94.5 | 94.9 |
| 1.8 Elect Director Steven A. Kandarian | For | For | Pass | 98.1 | 98.5 |
| 1.9 Elect Director Alexander A. Karsner | For | For | Pass | 96.6 | 97.0 |
| 1.10 Elect Director Jeffrey W. Ubben | For | For | Pass | 97.6 | 98.4 |
| 1.11 Elect Director Darren W. Woods | For | For | Pass | 91.3 | 91.6 |
| 2 Ratify PricewaterhouseCoopers LLP as Auditors | For | For | Pass | 96.5 | 96.8 |
| 3 Advisory Vote to Ratify Named Executive Officers' Compensation | For | For | Pass | 90.0 | 91.0 |
| 4 Remove Executive Perquisites | Against | For | Fail | 21.2 | 21.8 |
| 5 Amend Bylaws to Limit Shareholder Rights for Proposal Submission | Against | Against | Fail | 1.4 | 1.5 |
| 6 Set GHG Emissions Reduction targets Consistent With Paris Agreement Goal | Against | For | Fail | 24.2 | 27.1 |
| 7 Report on Low Carbon Business Planning | Against | Against | Fail | 10.3 | 10.5 |
| 8 Report on Scenario Analysis Consistent with International Energy Agency's Net Zero by 2050 | Against | For | Pass | 46.3 | 51.0 |
| 9 Report on Reducing Plastic Pollution | Against | For | Fail | 35.9 | 36.5 |
| 10 Report on Political Contributions and Expenditures | Against | For | Fail | 26.5 | 26.7 |

Shaded results reflect a majority of votes cast FOR shareholder proposal or AGAINST management proposal or director election
[1]Support Including Abstains is defined as %FOR/(For + Against + Abstain), as expressed as a percentage.
[2]Support Excluding Abstains is defined as %FOR/(For + Against), as expressed as a percentage, provided if different from For + Against + Abstain.

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

## Meeting Agenda & Proposals

| Items 1.1-1.12. Elect Directors | FOR |
|---|---|

**VOTE RECOMMENDATION**

A vote FOR, with caution, is recommended for Susan Avery, Chair of the Environment, Safety and Public Policy Committee ████████████████████████████

Votes FOR the other director nominees are warranted.

**BACKGROUND INFORMATION**

Policies: Board Accountability | Board Responsiveness | Director Competence | Director Independence | Election of Directors | ISS Categorization of Directors | Vote No campaigns

**Vote Requirement:** The company has adopted a majority vote standard (of shares cast) for the election of directors with a plurality carve-out for contested elections, and has a director resignation policy in its governance guidelines.

## Discussion

Please see the Board Profile section above for more information on director nominees.

**ELECTION SUMMARY**

The company proposes the following (re)elections:

| Type of election | Nominees |
|---|---|
| Incumbent board members to be reelected | Darren Woods, Joseph (Jay) Hooley, Michael (Mike) Angelakis, Susan Avery, Angela Braly, Gregory (Greg) Goff, Kaisa Hietala, Steven Kandarian, Alexander Karsner, and Jeffrey (Jeff) Ubben |
| New board nominees to be elected by shareholders | John Harris II and Lawrence (Larry) Kellner |

| Terms of candidates | Nominees |
|---|---|
| One-year term | All nominees |

**INFORMATION ON NEW NOMINEES**

| | John Harris II | Lawrence (Larry) Kellner |
|---|---|---|
| # Shares held | 8,250 | 8,000 |
| Voting power | Less than 1% | Less than 1% |
| CEO or Chair positions | N/A | Chair of The Boeing Company |

**ISS POLICY COMPLIANCE TABLE**

| | Company-level | Nominee impact |
|---|---|---|
| **Disclosure** | | |
| Names of new nominee(s) | Disclosed | |

Copyright © 2023 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

| Biographies of new nominee(s) | Disclosed | |
|---|---|---|
| **Independence** | | |
| Board | 92% | |
| Audit committee | 100% | |
| Compensation committee | 100% | |
| Nominating committee | 100% | |
| **Composition** | | |
| Poor attendance | No concerns | |
| Overboarding | No concerns | |
| Executive on a key committee | No concerns | |
| Combined Chair/CEO | N/A | |
| Length of term | N/A | |

| | N/A in this market | | No concerns | | No impacted nominees | | Impacted nominees are on ballot |
|---|---|---|---|---|---|---|---|



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



| Item 2. Ratify PricewaterhouseCoopers LLP as Auditors | FOR |
|---|---|

**VOTE RECOMMENDATION**

A vote FOR this proposal to ratify the auditor is warranted.

**BACKGROUND INFORMATION**

Policies: Auditor Ratification

**Vote Requirement:** Majority of votes cast (abstentions not counted)

## Discussion

### AUDIT FIRM INFORMATION

The board recommends that PricewaterhouseCoopers LLP be reappointed as the company's independent audit firm.

| Audit firm name | PricewaterhouseCoopers LLP |
|---|---|
| Audit firm since (as disclosed) | 1934 |
| Audit opinion for the last fiscal year | Unqualified |

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

| Term to serve if reappointed | 1 year |
|---|---|

### FEES PAID DURING THE LAST FISCAL YEAR

| Audit firm name | PricewaterhouseCoopers LLP |
|---|---|
| Fees currency | USD |
| Total fees paid to the audit firm | 41,900,000 |
| **Audit fees** | **35,400,000** |
| **Audit-related fees** | **5,800,000** |
| Total transaction-related fees | 0 |
| Total tax fees | 700,000 |
| Other fees | 0 |
| **Total non-audit fees\*** | **700,000** |
| Total non-audit fees as a percentage of total fees | 1.67% |

*\*Total non-audit fees include other fees, tax advice fees, and certain transaction-related fees. Non-audit fees will also include any tax-related fees not identified as tax compliance or tax preparation.*

The auditor's report contained in the annual report is unqualified, meaning that in the opinion of the auditor, the company's financial statements are fairly presented in accordance with generally accepted accounting principles.

### Analysis

| Item 3. Advisory Vote to Ratify Named Executive Officers' Compensation | FOR |
|---|---|

**VOTE RECOMMENDATION**

A vote FOR this proposal is warranted, with caution.

**BACKGROUND INFORMATION**

Policies: Advisory Votes on Executive Compensation

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

### Executive Compensation Analysis

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

**COMPONENTS OF PAY**

| ($ in thousands) | CEO | | | | | CEO Peer Median | Other NEOs |
|---|---|---|---|---|---|---|---|
| | D. Woods | | D. Woods | D. Woods | | | |
| | **2022** | **Change** | **2021** | **2020** | | **2022** | **2022** |
| Base salary | 1,703 | 5.4% | 1,615 | 1,615 | | 1,690 | 4,208 |
| Deferred comp & pension | 2,506 | | 5,137 | 5,349 | | 0 | 12,177 |
| All other comp | 379 | 118.9% | 173 | 241 | | 639 | 380 |
| Bonus | 6,382 | 103.1% | 3,142 | 0 | | 0 | 16,234 |
| Non-equity incentives | 0 | | 0 | 0 | | 3,419 | 0 |
| Restricted stock | 25,052 | 84.6% | 13,573 | 8,606 | | 10,274 | 50,604 |
| Option grant | 0 | | 0 | 0 | | 3,122 | 0 |
| **Total** | **36,022** | **52.4%** | **23,640** | **15,810** | | **23,397** | **83,603** |
| % of Net Income | 0.1% | | | | | | 0.1% |
| % of Revenue | N/A | | | | | | - |

## Non-Performance-Based Pay Elements (CEO)

| | |
|---|---|
| *Key perquisites ($)* | Personal aircraft use: 158,286; Personal/home security: 58,167; Auto: 30,804; Financial Planning: 12,401 |
| *Tax gross-ups on key perks ($)* | None |
| *Value of accumulated NQDC* ($)* | 772,678 |
| *Present value of all pensions ($)* | 35,015,801 |
| *Years of actual plan service* | 30.3 |
| *Additional years credited service* | None |

*Non-qualified Deferred Compensation

## Disclosed Benchmarking Targets

| | |
|---|---|
| *Base salary* | None Disclosed |
| *Target short-term incentive* | None Disclosed |
| *Target long-term incentive (equity)* | None Disclosed |
| *Target total compensation* | 50th Percentile |

## Severance/Change-in-Control Arrangements (CEO unless noted)

| | |
|---|---|
| *Contractual severance arrangement* | None |
| *Non-CIC estimated severance ($)* | N/A |

*Change-in-Control Severance Arrangement*

| | |
|---|---|
| *Cash severance trigger** | No Agreement |
| *Cash severance multiple* | N/A |
| *Cash severance basis* | N/A |
| *Treatment of equity* | Not disclosed |
| *Excise tax gross-up** | No |

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States                                      **Meeting Date: 31 May 2023**
Meeting ID: 1743652

| | |
|---|---|
| *Estimated CIC severance ($)* | Not disclosed |

*All NEOs considered

## Compensation Committee Communication & Responsiveness

### Disclosure of Metrics/Goals

| | |
|---|---|
| *Annual incentives* | Partial |
| *Long-term incentives* | N/A |

### Pay Riskiness Discussion

| | |
|---|---|
| *Process discussed?* | Yes |
| *Material risks found?* | No |

### Risk Mitigators

| | |
|---|---|
| *Clawback policy** | Yes |
| *CEO stock ownership guideline* | No stock ownership guidelines or guidelines include unvested or unearned awards |
| *Stock holding period requirements* | Stock options: No disclosure / Restricted Stock: Holding period until end of employment |

 *Must apply to cash as well as equity incentives and at least all NEOs.

### Pledging/Hedging of Shares

| | |
|---|---|
| *Anti-hedging policy* | Company has a robust policy |
| *Anti-pledging policy* | The proxy statement does not disclose a robust policy |

### Compensation Committee Responsiveness

| | |
|---|---|
| *MSOP vote results (F/F+A)* | 2022: 91.0%; 2021: 88.6%; 2020: 91.5% |
| *Frequency approved by shareholders* | Annual with 88.2% support |
| *Frequency adopted by company* | Annual (most recent frequency vote: 2017) |

### Repricing History

| | |
|---|---|
| *Repriced/exchanged underwater options last FY?* | No |

## Pay for Performance Evaluation

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                                    **Meeting Date: 31 May 2023**
POLICY: United States                                                 Meeting ID: 1743652

## Short-Term Cash Incentives

| CEO STI Opportunities | FY 2022 (D. Woods) | | FY 2021 (D. Woods) | |
|---|---|---|---|---|
| | **Target** | **Maximum** | **Target** | **Maximum** |
| *STI targets ($)* | N/A | N/A | N/A | N/A |
| *STI targets (calculated)* | N/A | N/A | N/A | N/A |
| *STI targets (as disclosed)* | ND | | | |
| *ISS peer median* | 200% of base salary | | | |
| *Company peer median* | 200% of base salary | | | |

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

| Actual Payouts ($) | FY 2022 (D. Woods) | | FY 2021 (D. Woods) | |
| --- | --- | --- | --- | --- |
| | Amount | % of base salary | Amount | % of base salary |
| *Bonus* | 6,382,000 | 375 | 3,142,000 | 195 |
| *Non-equity incentive* | 0 | 0 | 0 | 0 |
| *Total Bonus + Non-equity* | 6,382,000 | 375 | 3,142,000 | 195 |

*STI performance metrics/goals*

| Metric | Form | Weight | Threshold | Target | Maximum | Actual |
| --- | --- | --- | --- | --- | --- | --- |
| Year-over-year change in earnings | Absolute | 100% | ND | ND | ND | ND |

### Other Short-Term Incentive Factors

| | |
| --- | --- |
| *Performance results adjusted?* | N/A |
| *Discretionary component?* | Yes, award sizes are determined using committee discretion, though guided by an assessment of performance. |
| *Discretionary bonus?** | Yes |
| *Future performance metrics* | Not disclosed |

*Based on the Bonus column in the SCT; per SEC rules, amounts disclosed in this column were not based on pre-set goals.

## Long-Term Incentives

| | |
| --- | --- |
| *CEO's last FY LTI target (%)* | None disclosed |
| *NEOs' last FY award type(s)* | Time-based stock |
| *Last FY performance metrics/goals* | N/A (awards do not maintain performance vesting criteria); however, the committee does consider the metrics below in determining award size: |

| | Threshold | Target | Maximum |
| --- | --- | --- | --- |
| Personnel Safety | ND | ND | ND |
| Environmental | ND | ND | ND |
| GHG Emissions | ND | ND | ND |
| ROCE | ND | ND | ND |
| Cash Flow from Operations and Asset Sales | ND | ND | ND |
| TSR | ND | ND | ND |
| Strategic Objectives | ND | ND | ND |

*Performance charts are provided for each metric (either compared to peers or based on Exxon's absolute performance) on page 57 of the proxy.

### Long-Term Equity Grants

| CEO Equity Awards | FY 2022 | | | | FY 2021 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares (#) | % shares* | Value ($)* | % value | Shares (#) | % shares* | Value ($)* | % value |
| *Time-based shares* | 225,000 | 100 | 25,051,500 | 100 | 215,000 | 100 | 13,572,950 | 100 |
| *Time-based options* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Publication Date: 18 May 2023

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Performance shares* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Performance options* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Total equity* | 225,000 | | 25,051,500 | | 215,000 | | 13,572,950 | |

| | |
|---|---|
| *Time-based equity vesting* | RSUs: Vest 50 percent after five years and 50 percent ten years after grant |
| *Perf. measurement period* | N/A, awards do not have forward-looking performance vesting criteria |
| *CEO one-time equity award* | N/A |
| *CEO equity pay mix (by value)\** | Performance-conditioned: 0%; Time-based: 100% |

\*Performance shares, if any, are counted and valued at target.

*Other Long-Term Incentive Factors*

| | |
|---|---|
| *Performance results adjusted?* | Not disclosed |
| *Discretionary component?* | Yes, while the size of the award is determined using compensation committee discretion, award determinations are informed by prior 10-year performance, progress against strategic objectives, and compensation benchmarking. |

## Executive Summary



## Analysis

Publication Date: 18 May 2023

Page 25

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



## Item 4. Advisory Vote on Say on Pay Frequency                    **ONE YEAR**

### VOTE RECOMMENDATION

A vote for the adoption of an ANNUAL say-on-pay frequency is warranted. ███████████████
████████████████████████████████████████████████████████████

### BACKGROUND INFORMATION

Policies: [Frequency of Advisory Vote on Executive Compensation](#)

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

## Discussion

SEC rules implementing the Dodd-Frank Wall Street Reform & Consumer Protection Act require U.S. issuers to provide shareholders with an advisory vote on the preferred frequency of say-on-pay. The frequency choices are every year, every two years, or every three years. Each covered issuer was required to offer a say-on-pay

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our [Policy Gateway](#).

frequency vote at their first annual meeting after January 2011. After this initial vote, another say-on-pay frequency vote must be offered at least once every six years.

███████████████████████████████████████████████████████████ In this case, management recommends a say-on-pay frequency of every one year.

## Analysis



| Item 5. Establish Board Committee on Decarbonization Risk | AGAINST |
|---|---|

**VOTE RECOMMENDATION**

A vote AGAINST this resolution is warranted, ████████████████████████
████████████████████████████████████████████████████████████████

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

## Discussion

### PROPOSAL

The Bahnsen Family Trust has submitted a precatory proposal requesting that ExxonMobil (Exxon) create a committee to evaluate the risks of decarbonization.

The "resolved clause" of the proposal specifically reads:

"**Be It Resolved**: Shareholders request the Board of Directors charter a new Board Committee on Decarbonization Risk to evaluate ExxonMobil's strategic vision and responses to calls for ExxonMobil decarbonization on activist-established timelines. The charter should require the committee to engage in formal review and oversight of corporate strategy, above and beyond matters of legal compliance, to assess the company's responses to demands for such decarbonization schedules, including the potential impacts on the Company from flaws in activists' climate models, the possibility that the U.S. will not force decarbonization according to such schedules, thus obviating 'stranded asset' calculations, the possibility that other countries will not adopt similar targets, thus making

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Company efforts meaningless, concerns about technological or economic infeasibility, and other relevant considerations."

## PROPONENT'S STATEMENT

In its supporting statement (p. 78), the proponent writes that Exxon has committed to reaching net zero carbon emissions by 2050 without fully considering the risks. Specifically, the proponent contends that claims about the necessity of decarbonization are based on faulty assumptions, and decarbonization will be meaningless if other countries do not follow the same schedule, and evidence suggests they will not. It argues that the lack of a federal net zero statute "contravenes the assumptions of 'stranded asset' analysis." It claims that if decarbonization is neither required nor technologically feasible, then Exxon will lose market share and revenues to less-clean competitors, thus harming shareholders and the environment.

## BOARD'S STATEMENT

In its opposing statement (p. 79), the board asserts that the full board and several of its committees actively oversee the development of the Company's strategy, including all matters related to [its] decarbonization efforts." It argues that creating a new committee for this specific purpose when the board and several committees already spend time overseeing related risk, would be "unnecessary and redundant." The board says it understands that the proponent's primary concern is disclosure of risks it may face if it over-invests in the energy transition. The board says there are risks in pursuing and foregoing investments. It says decarbonization risk is incorporated into its rigorous oversight framework and process which are overseen by the board and its relevant committees.

For more information on climate change, see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism on environmental and social issues, refer to ISS' 2022 US Environmental & Social Issue Proxy Voting Review (requires login to ISS Link).

This is the first year that Exxon has received this proposal.

## Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



| Item 6. Reduce Executive Stock Holding Period | AGAINST |
| --- | --- |

**VOTE RECOMMENDATION**

A vote AGAINST this proposal is warranted ███████████████████████████
████████████████████████████████████████████████████████████

**BACKGROUND INFORMATION**

Policies: Hold Equity Past Retirement or for a Significant Period of Time

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

PROPOSAL

Kenneth Steiner, beneficial owner of at least 500 shares of Exxon Mobil's common stock has proposed the adoption of the following resolution:

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                    **Meeting Date: 31 May 2023**
POLICY: United States                                      Meeting ID: 1743652

"Shareholders urge that our executive pay committee adopt a policy requiring senior executives to retain 50% of stock acquired through equity pay programs until reaching normal retirement age and to report to shareholders regarding the policy in our Company's next annual meeting proxy. For the purpose of this policy, normal retirement age would be an age of at least 60 and be determined by our executive pay committee."

## SHAREHOLDER'S SUPPORTING STATEMENT

The proponent recommends that the company adopt a policy that requires executives to retain at least 50 percent of shares acquired through the long-term incentive program though retirement age, which should be set at 60 years of age or older. The proponent believes that requiring executives to hold a significant portion of stock will focus them on the company's long-term success. The proponent's supporting statements propose that the policy will supplement other share ownership requirements, should be implemented without violating the company's other policies and contracts, and should prohibit hedging transactions.

## BOARD'S STATEMENT

The board recognizes the important of tying executive compensation to the long-term success of the company, which is why the executive compensation program is designed with longer-than-typical vesting periods. Exxon's long-term incentive program requires that half of the shares granted vest five years after the grant date, with the remainder vesting ten years after grant. Vesting is not accelerated at retirement. The proxy notes that most equity remains unvested at retirement, based on the company's average CEO retirement age. The board states that they attempted to engage with the proponent but that the proponent declined to engage. However, the board is concerned that the proposal would reduce the company's current holding periods and result in accelerated vesting, as compared to the current practice. The board notes that the company's policies already prohibit hedging awards granted under long-term incentive programs.

## Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

███████████████████████████

| Item 7. Report on Carbon Capture and Storage | AGAINST |
|---|---|

**VOTE RECOMMENDATION**

A vote AGAINST this proposal is warranted ██████████████████████
████████████████████████████████████████████

**BACKGROUND INFORMATION**

Policies: Climate Change/Greenhouse Gas (GHG) Emissions

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted

## Discussion

### PROPOSAL

Steve Milloy has filed a precatory proposal requesting that ExxonMobil (Exxon) report the net amount of carbon dioxide stored underground as a result of its enhanced oil recovery activities.

The "resolved clause" of the resolution specifically reads:

**"Resolved**:

Shareholders request that, beginning in 2023, ExxonMobil report annually to shareholders, omitting any confidential business information, the net amount of carbon dioxide ($CO_2$) stored underground as a result of the company's enhanced oil recovery (EOR) activities, including:

1. The total amount (in tons) of captured $CO_2$ stored underground during EOR for the year;
2. The total amount of oil (in barrels) produced through $CO_2$-based EOR for the year; and
3. The difference (in tons) between the $CO_2$ stored underground during EOR and the expected $CO_2$ emissions produced by the burning of the oil produced by EOR, as calculated using EPA greenhouse gas equivalencies (i.e., 0.43 tons of $CO_2$ per barrel of oil, https://www.epa.gov/energy/greenhouse-gases-equivalencies-calculator-calculations-and-references) or other reasonable means."

### PROPONENT'S STATEMENT

In his supporting statement, the proponent argues that it is not clear Exxon's carbon dioxide ($CO_2$) capture as a result of its enhanced oil recovery (EOR) activities results in net $CO_2$ storage. He says, "After all, the produced oil will be burned by consumers and the amount of $CO_2$ emitted thereby may in fact be greater than the amount of $CO_2$ stored." He argues that if more $CO_2$ is emitted as a result of EOR than stored, it would be "false and misleading" to imply EOR reduces $CO_2$ in the atmosphere. He says such a statement could lead to government enforcement actions, lawsuits, and reputational harm. He asserts that shareholders have a right to know if the company is making claims that are not supported by facts.

### BOARD'S STATEMENT

In its opposition statement, the board asserts that the proposal is based on "an incomplete understanding of our widespread and well-funded efforts to advance carbon capture and storage technology, and the effectiveness of these initiatives." It argues that the proposal does not recognize that the company already provides carbon capture and storage (CCS) metrics in Exxon's Advancing Climate Solutions Progress Report and other

Copyright © 2023 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

communications. The board discusses several of the company's CCS related initiatives and metrics. The board states that carbon dioxide capture from its enhanced oil recovery activities "is broadly recognized for its economic and GHG benefits through the use of a closed loop CO2 injection system." It argues that the proponent's assertion that there is no emissions benefit associated with $CO_2$ injection for enhanced oil recovery is based on a 2016 article that does not take into account a full lifecycle analysis. Citing a Clean Air Task Force factsheet it argues, "On a life cycle basis, which includes global oil market impacts, 63 percent of all $CO_2$ stored through EOR is a net reduction in $CO_2$ emissions. Compared to conventional oil, every barrel of $CO_2$-EOR oil emits 37 percent less $CO_2$." The board states that Exxon plans to invest "approximately $17 billion from 2022 through 2027 on initiatives to lower GHG emissions," which includes "advancing commercialization of emission-reduction and emission-storage technologies." The board argues that the requested disclosures by the proposal are unwarranted, would provide no meaningful insight into the company's efforts to reduce its emissions intensity, and that shareholders already have access to extensive reporting related to its decarbonization efforts.

### BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For more information on climate change related issues, see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism around this issue, view ISS 2022 US Environmental & Social Issues Proxy Voting Review (requires login to ISS Link).

This is the first year that ExxonMobil has received this proposal.

### Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Exxon Mobil Corporation (XOM)
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

| Item 8. Report on Methane Emission Disclosure Reliability | FOR |
|---|---|

**VOTE RECOMMENDATION**

A vote FOR this proposal is warranted ███████████████████

████████████████████████████████████████████████████████

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

## Discussion

### PROPOSAL

The Sisters of St. Francis Charitable Trust has submitted a precatory proposal asking Exxon Mobil Corporation (Exxon) to issue a report that assesses the reliability of its methane emission disclosure.

Specifically, the "resolved clause" of the resolution states:

"**Resolved,** shareholders request that ExxonMobil issue a report analyzing the reliability of its methane emission disclosures. The report should:

- Be made public, omit proprietary information, and be prepared expeditiously at reasonable cost; and

- Summarize the outcome of efforts to directly measure methane emissions, using recognized frameworks such as OGMP; and whether those outcomes suggest a need to alter the Company's actions to achieve its climate targets."

### PROPONENT'S STATEMENT

In its statement supporting the proposal, the proponent states that methane is a greenhouse gas that is 80 percent more potent than carbon dioxide over a 20-year period, and it cites a news article published by the Harvard University School of Engineering and Applied Sciences which states that the EPA underestimates methane emissions from oil and gas production. Furthermore, methane emissions may be 50 to 100 percent higher than they are currently reported to be. The filer argues that companies that do not adequately manage their methane emissions face reputational risk.

At management's discretion, the proponent recommends that the board 1) describe the types of source- and site-level measurements it uses, 2) describe any material difference between its own or third-party direct measurement results and the company's methane emissions, 3) explain its plans to validate its emissions estimates and disclose them through a third-party audit or evaluation; and 4) describe its plans to improve emission estimates over time, consistent with frameworks such as the Oil and Gas Methane Partnership 2.0 (OGMP).

### BOARD'S STATEMENT

In its opposing statement, the board asserts that the requested initiatives are duplicative to what the company is already doing to reduce methane emissions and disclose its progress. The board states that it has reported its methane emissions annually since 2014, and that it uses internationally recognized methodologies to report its data. Additionally, the board states that its emissions are measured at each asset the company operates. Furthermore, the board argues that its efforts to improve the reliability of its methane emissions reporting have been disclosed in its Advancing Climate Solutions 2023 Progress Report.

### BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For more information on methane emissions, see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism around this issue, view ISS' 2022 US Environmental & Social Issues Proxy Voting Review (requires login to ISS Link).

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

This is the first time Exxon has received a proposal requesting that the company assess the reliability of its methane emissions reporting. In 2017, the company received a proposal asking it to report on its methane emissions management. That proposal received 38.7 percent shareholder support.

The Environmental Defense Fund and other scientists have conducted a series of studies showing that the EPA's methodology for calculating methane emissions does not match direct measurements of emissions. The International Energy Agency (IEA) reports that global methane emissions from the energy sector are 70 percent higher than the amount reported by national governments.

The EPA is aiming to aggressively cut U.S. methane emissions through a new rule proposed in November 2021 and a fee on methane that was included in the Inflation Reduction Act. In a Supplemental Proposal to the proposed rule that was published in 2022, the EPA laid out stronger requirements around monitoring and mitigating methane emissions, such as requiring monitoring at sites based on the equipment at the site rather than the estimated emissions and strengthening the rules for emissions from unplugged wells.

The Oil and Gas Methane Partnership 2.0 is a partnership of the UN Environment Programme, European Commission, Environmental Defense Fund, Climate and Clean Air Coalition, and Clean Air Task Force, along with 100 oil and gas companies. The partnership aims to improve the accuracy and transparency of methane emissions reporting.

OGMP lays out five levels of reporting, with level 1 being the lowest and 5 the highest. Companies that join the initiative commit to reaching the 'gold standard' within three years of joining for their operated ventures and five years for non-operated ventures. The gold standard is achieved when all assets with material emissions where there are no restrictions on reporting report at level 4 and demonstrate efforts to move to level 5. Level 4 requires companies to report on emissions by detailed source type and using specific emission factors (EF) and activity factors (AFs). To establish these factors, source-level measurement and sampling, along with simulation tools and detailed engineering calculations may be used. Level 5 requires site-level measurements. Companies report to the partnership and much of the data is aggregated. OGMP has published guidance for member companies, including on implementing level 4 and 5 methods and reconciling uncertainty in methane emissions estimates.

The UNEP publishes a report that details where member companies are as part of this commitment. According to the 2022 report, most reported emissions are not yet at level 5, but companies are making progress toward moving to levels 3 and 4.

## Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                                                                           **Meeting Date: 31 May 2023**
POLICY: United States                                                                                      Meeting ID: 1743652

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

## Item 9. Adopt Medium-Term Scope 3 GHG Reduction Target — AGAINST

**VOTE RECOMMENDATION**

A vote AGAINST this proposal is warranted, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

Discussion

**PROPOSAL**

Follow This has submitted a precatory proposal asking the company to adopt a medium-term Scope 3 greenhouse gas emissions target aligned with the goals of the Paris Agreement.

The resolution specifically reads:

"RESOLVED: Shareholders request the Company to set a medium-term reduction target covering the greenhouse gas (GHG) emissions of the use of its energy products (Scope 3) consistent with the goal of the Paris Climate Agreement: to limit global warming to well below 2°C above pre-industrial levels and to pursue efforts to limit the temperature increase to 1.5°C.

The strategy for how to achieve this target is entirely up to the board.

You have our support."

**PROPONENT'S STATEMENT**

In its supporting statement, the proponent states that Exxon is one of the few oil majors that has not set a Scope 3 target. Additionally, it states that this proposal will support the long-term interest of the company because it will protect its assets from the effects of climate change. Additionally, the proponent states that limiting global warming is essential for risk management and responsible stewardship of the economy.

**BOARD'S STATEMENT**

In its opposing statement, the board states it is working toward becoming a leader in the energy transition. It states that from 2022 to 2027, it will invest approximately $17 billion in initiatives to reduce GHG emissions within its operations and to help other companies reduce theirs. The board states that in making its recommendation, it notes that the proposal does not acknowledge the company's work and commitment to reducing emissions. Additionally, it argues that existing frameworks for establishing Scope 3 emissions targets are flawed, and that adopting a Scope 3 target would have unintended consequences for society. Furthermore, the board argues that the proponent is an anti-oil and gas activist group that is using ESG to diminish the important role the company plays in the energy industry.

**BACKGROUND AND RECENT SHAREHOLDER ACTIVISM**

For more information on climate change, see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism around this issue, view ISS' 2022 U.S. Environmental & Social Issues Proxy Season Review (requires login to ISS Link).

This is the first year ExxonMobil Corporation has received a proposal asking it to establish a medium-term Scope 3 emissions target. Last year the company received a proposal asking it to adopt medium and long-term GHG emissions targets that received 27.1 percent shareholder support. In 2021, a proposal asking for greater disclosure around its climate lobbying received 63.8 percent and a proposal asking for the company to issue an audited report on the financial impacts of IEA's Net Zero 2050 scenario received 48.9 percent support. In 2017, a proposal

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

asking for the company to assess the portfolio impacts of policies to meet a scenario to limit warming to under 2 degrees received majority support, with 62.1 percent of shareholders voting for it. In 2021, three board members backed by an activist group won seats on the board, at least in part on the strength of an argument that the company's strategy to mitigate climate change was inadequate.

While there is no universal definition of the timeline for a medium-term target, Climate Action 100+ currently defines a medium-term target as between 2026-2035.

*Regulations*

California's Advanced Clean Cars II rule requires zero-emissions to represent 35 percent of new cars and light trucks sold by 2026, 68 percent by 2030, and 100 percent by 2035. Six states have announced plans to follow California's rule and a total of 17 states will need to decide whether they intend to follow the rule. In April 2023, the EPA proposed rules that could mean up to 67 percent of new vehicles sold in 2032 may need to be electric. The EU member states gave final approval for a rule to require all new cars sold to be zero-emission vehicles starting in 2035.

In May, the EPA proposed new regulations on emissions from fossil fuel power plants. Starting in 2030, the rule would set out various requirements for fossil fuel power plants to control carbon emissions.

## Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

| **Item 10. Issue a Report on Worst-Case Impacts of Oil Spills from Operations Offshore of Guyana** | **AGAINST** |
| --- | --- |

VOTE RECOMMENDATION

A vote AGAINST this proposal is warranted ██████████████████████████
████████████████████████████████████████████████████████████████████

BACKGROUND INFORMATION

Policies: General Environmental and Community Impact Proposals | Water Issues

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

## Discussion

### PROPOSAL

Mercy Investment Services has submitted a precatory proposal requesting that the company produce a report evaluating the impacts of a significant oil spill in its operations off the shore of Guyana.

Specifically, the "resolved clause" states:

"RESOLVED: Shareholders request that the Company issue a report evaluating the economic, human, and environmental impacts of a worst-case oil spill from its operations offshore of Guyana. The report should be prepared at reasonable expense, omit proprietary or privileged information, and clarify the extent of the Company's cleanup response commitments given the potential for severe impact on Caribbean economies."

### PROPONENTS' STATEMENT

In its statement supporting the proposal, the proponent states that it is concerned that the company is not fully accounting for its potential liability if a large accident were to occur. The filer states that the company is operating above its listed peak production safety threshold in its projects off the shore of Guyana, which is being criticized by a local expert. It states that the most severe spill scenario in ExxonMobil's Environmental Impact Assessment accounts for a 30-day spill, but a peer company operating a deep-water drilling project in the Gulf of Mexico had a spill that lasted 87 days. The proponent would like to see the company use for its most severe spill scenario an extended duration of an uncontrolled release similar to the 87-day spill, severe weather conditions, risks from operating beyond the production thresholds in the EIA, and potential harm to marine ecosystems and public health.

### BOARD'S STATEMENT

In its opposing statement, the board argues that the information requested by the proposal is already publicly available in published reports prepared by the company and credible third-party experts. The company has prepared multiple Environmental Impact Assessments (EIAs), the Oil Spill Response Plan for Guyana Operations (OSRP), and other publications and filings that are available on its website and the website of the Guyana Environmental Protection Agency (EPA) as part of the legally required permitting process. The company states that capping technology has improved since 2010, when the large spill referenced in the supporting statement took place. It also states that "above design capacity" means "that the volume is above the investment basis, meaning its performance is exceeding expectations. The actual volume that is safe to produce is well above the design capacity. It in no way indicates that the asset is producing at an unsafe level."

Copyright © 2023 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

### BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For an update on the most recent shareholder activism around environmental and social issues, view ISS'2022 US Environmental & Social Issues Proxy Season Review (requires login to ISS Link).

## Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



| Item 11. Recalculate GHG Emissions Baseline to Exclude Emissions from Material Divestitures | AGAINST |
|---|---|

VOTE RECOMMENDATION

A vote AGAINST this proposal is warranted ████████████████████████████████
████████████████████████████████████████████████████████████████

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

## Discussion

### PROPOSAL

Andy Behar has submitted a precatory proposal requesting that the company recalculate its emissions baseline to not include asset divestitures.

Specifically, the "resolved clause" states:

"RESOLVED: Shareholders request that ExxonMobil, at reasonable cost and omitting proprietary information, disclose a recalculated emissions baseline that excludes the aggregated GHG emissions from material asset divestitures occurring since 2016, the year ExxonMobil uses to baseline its emissions."

### PROPONENTS' STATEMENT

In its statement supporting the proposal, the proponent asserts that the Glasgow Financial Alliance for Net Zero contends that divestments of carbon-intensive assets should not be counted as emissions reductions because a divestment is probably not leading to a decrease in emissions. The Greenhouse Gas Protocol and the International

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Petroleum Industry Environmental Conservation Association (IPIECA) state that companies should recalculate base year emissions when they sell emissions generating assets. The proponent highlights that ExxonMobil reports Scope 1 and 2 emissions reductions of roughly 10 percent since 2016 and has sold more assets than most American oil and gas companies, so shareholders cannot determine whether emissions reductions are the result of operational improvements or "transferring assets off its books." The proponent suggests that the report include the emissions associated with ExxonMobil's material asset divestments since 2016; what portion, if any, of ExxonMobil's current emissions reduction targets relies on accounting for asset transfers as emissions reductions; and a base year emissions recalculation policy establishing a threshold for future recalculations related to divestitures.

BOARD'S STATEMENT

In its opposing statement, the board states that it agrees with the proponent that GHG accounting methods should not incentivize divesting to manipulate company-specific absolute emissions. That is why, according to the statement, the company advocates for the use of an economy-wide emissions accounting method that uses a life-cycle approach and counts intensity of emissions instead of absolute emissions. The board notes that the accounting method that the company uses, which is consistent with the U.S. Environmental Protection Agency Greenhouse Gas Reporting Program regulations, does not adjust the emissions baseline for divestments or for acquisitions or added capacity. The board also says that the proponent of this proposal and the proponent of another proposal are directly affiliated with As You Sow, violating the intent of the SEC's limit of one proposal each year from one organization.

BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For more information on climate change, see ISS' Climate Change Issue Background Report. For an update on the most recent shareholder activism around this issue, view ISS' 2022 US Environmental & Social Issues Proxy Season Review (requires login to ISS Link).

This is the first year that Exxon has received a proposal requesting it to recalculate its GHG emissions baseline to not include reductions from asset divestitures.

The EPA's Greenhouse Gas Reporting Program (GHGRP) requires the reporting of GHG emissions data from large emissions sources, fuel and industrial gas suppliers, and $CO_2$ injection sites in the U.S. Facilities are generally required to submit an annual report if their GHG emissions from covered sources exceed 25,000 metric tons of $CO_2e$ emissions per year, of if the supply of certain products would result in over 25,000 metric tons of $CO_2e$ GHG emissions if they were released, combusted, or oxidized. It does not appear that the EPA suggests that companies adjust their emissions baseline for divestments.

Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



| Item 12. Report on Asset Retirement Obligations Under IEA NZE Scenario | AGAINST |
|---|---|

**VOTE RECOMMENDATION**

A vote AGAINST this proposal is warranted ███████████████████████████████
████████████████████████████████████████████████████████████████

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

Discussion

PROPOSAL

Legal & General Investment Management America, Inc., as the lead proponent for a filing group, has submitted a proposal asking Exxon to issue an audited report estimating the quantitative impacts of the IEA NZE scenario on asset retirement obligations.

Specifically, the resolution requests:

"**Resolved:** Shareholders request that the Board provide an audited report estimating the quantitative impacts of the IEA NZE scenario on all asset retirement obligations. The report should disclose, as the Board deems appropriate, the estimated undiscounted costs to settle, in aggregate, related upstream and downstream AROs, and separately, identify both recognized and unrecognized amounts, as applicable. The Board should publish the

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

report by February 2024 at reasonable cost and omitting proprietary information. Alternately this information could be disclosed in the 2023 consolidated financial statements."

## PROPONENT'S STATEMENT

In its supporting statement, the proponent says that in 2022, 51 percent of the company's shareholders supported a proposal asking for an audited report on how the International Energy Agency Net Zero by 2050 pathway (IEA NZE) would affect the assumptions underlying its financial statements, including Asset Retirement Obligations (AROs). It argues that investors continue to lack the requested transparency. The proponent writes, despite a legal obligation to decommission long-lived tangible assets at the end of their useful lives, oil and gas companies have mostly only recognized upstream AROs due to the uncertainty around the lives of midstream and downstream segments. It contends that investors have limited insight into the estimates of reported AROs. It claims that peers have provided more disclosure, stating that BP has disclosed the estimated undiscounted ARO amounts and estimated timing, and Shell has recognized previously unrecognized AROs. In creating the report, the proponent recommends that it disclose quantitative key assumptions used to estimate the AROs and whether it is reasonably possible that the assumptions will change in the near term.

## BOARD'S STATEMENT

In its opposing statement, the board references its Advancing Climate Solutions 2023 Progress Report which reportedly includes an account of its most recent resiliency modeling, making this proposal unnecessary. It argues that the proposal's request is unreasonable given that the IEA acknowledges that society is not on an IEA NZE pathway. In the company's most recent resiliency modeling, which was subject to a quality-assurance audit by an independent third-party, oil and natural gas remain an important part of the supply mix at least through 2050. It says that market conditions described in IEA NZE do not necessarily make an individual asset obsolete, and the future value and flexibility of these assets vary based on a variety of factors. The board writes that select assets can be repurposed, and the company is investing in technology to change its product mix as the market changes.

## BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For more information on Climate Change/GHG Emissions see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism related to environmental and social issues, see ISS' Review 2022 U.S. - Environmental and Social Issues in Proxy Voting (requires login to ISS Link).

In 2022, Exxon received a related proposal asking the company to report on the potential financial impacts to the company of the IEA Net Zero (NZE) 2050 scenario which garnered 51 percent of shareholder support. However, this is the first year that companies have specifically been asked to issue an audited report with expected costs to settle asset retirement obligations. For an assessment of the company's responsiveness on last year's majority-supported proposal, see the Elect Directors Item.

The SEC has allowed Phillips 66 and Valero to omit similar proposals filed this year on the grounds that the proposals micromanaged the companies.

The International Accounting Standards Board (IASB), which governs international accounting standards, has been developing guidelines for how to prepare financial reports using assumptions consistent with the Paris Agreement. A paper entitled "Effects of climate-related matters on financial statements" was published in November 2020. Key areas for consideration in that guidance document included presentation of financial statements; inventories; property, plant, and equipment; impairment of assets; provisions, contingent liabilities and contingent assets; fair value measurement; and insurance contracts. In an article in Forbes, Robert Eccles quotes David Pitt-Watson on the importance of accounting standards:

> The reason companies invest in climate-destroying assets is because they look profitable. The rules by which that profitability is calculated are determined by the accounting standards bodies. Those bodies are now clear that climate must be taken into account, and assumptions shown. Then investors are demanding that those assumptions should be sustainable ones. If that is done, it puts an end to investment in stranded assets those which are valued in a way which is incompatible with climate

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

sustainability. It also makes sure that our financial system is not fooled into believing companies are solvent and profitable when they are not.

The Financial Accounting Standards Board, which controls U.S. GAAP standards, issued an Invitation to Comment in June 2021 on a number of topics including standard setting on climate-related issues. In its February 2022 summary of those comments, the organization stated, "we believe there may be opportunities for the FASB to take thoughtful action on targeted areas of accounting, disclosure, and financial reporting that are consistent with the objective of general purpose financial statements, in response to the evolving business environment, transactions, and investor needs regarding climate-related issues."

The U.S. Securities and Exchange Commission announced in March 2022 a proposed rule on climate-related disclosures that would standardize disclosure on many climate-related financial assumptions. The final rule is expected to be published this year but is not yet out at this time. The proposal includes new requirements that would require companies to disclose the impact of climate change in financial statement metrics.

Flying Blind: The glaring absence of climate risk in financial reporting is a report by Carbon Tracker coordinated with the Climate Accounting Project (CAP) and the PRI. For the report, the authors reviewed the 2020 financial reports of 107 companies deemed crucial to the energy transition and assessed whether the companies appeared to have considered climate in the audited financial statements and whether the auditors appeared to assess risks related to climate change when auditing those companies. One of the metrics examined was whether climate was mentioned in the auditor's Critical Audit Matter or Key Audit Matter section.

## Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



| Item 13. Commission Audited Report on Reduced Plastics Demand | FOR |
|---|---|

**VOTE RECOMMENDATION**

A vote FOR this proposal is warranted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**BACKGROUND INFORMATION**

Policies: Recycling

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

## Discussion

### PROPOSAL

Meyer Memorial Trust has submitted a precatory proposal requesting that the company produce an audited report analyzing potential future reduction of demand for virgin plastics and the resulting financial repercussions.

Specifically, the "resolved clause" states:

"RESOLVED: Shareholders request the Board issue an audited report addressing, at reasonable cost and omitting proprietary information, whether and how a significant reduction in virgin plastic demand, as set forth in Breaking the Plastic Wave's System Change Scenario for reducing ocean plastic pollution, would affect the Company's financial position and assumptions underlying its financial statements."

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Exxon Mobil Corporation (XOM)                                                    Meeting Date: 31 May 2023
POLICY: United States                                                                     Meeting ID: 1743652

## PROPONENTS' STATEMENT

In its statement supporting the proposal, the proponent explains the problems caused to the environment by plastic waste, with particular concern for single-use plastics (SUPs). It states that countries and major packaging brands are beginning to drive reductions in virgin plastic use. The filer cites a reduction pathway, called the System Change Scenario (SCS), presented in the *Breaking the Plastic Wave* report, which explores ways to reduce ocean plastic infiltration by 80 percent. The proponent contends that the implications of the SCS are at odds with the company's planned investments. The proponent asserts that the company is the largest global producer of polymers used for single-use plastics. It argues that ExxonMobil faces risks from its investment in virgin plastic production infrastructure. The proponent suggests that the report include a quantification of the company's polymer production for SUP markets, a summary of the company's investments that could be materialy impacted by the SCS, and plans or goals to shift its business model to recycled plastics such as through recycling technologies.

## BOARD'S STATEMENT

In its opposing statement, the board argues that "The proponent has wrongly concluded that developing solutions to the plastic waste challenge requires the elimination or reduced use of plastics, thereby using a flawed scenario to support a flawed conclusion." The board states that it agrees with the report that waste collection infrastructure should be developed and that plastic waste recycling rates should be increased. However, it does not agree with the report's assertions that paper-based or compostable materials can be substituted for plastics without consequences and that advanced recycling does not have great potential to alleviate pollution. The company discloses its efforts to address the problem of plastic waste in the environment in its Sustainability Report, its Advancing Climate Solutions Progress Report, and other communications. The company's efforts include manufacturing without plastic pellet loss, "advanced recycling solutions," and collaborations to increase plastic recycling.

## BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For more information on extended producer responsibility, see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism around this issue, view ISS' 2022 US Environmental & Social Issues Proxy Season Review (requires login to ISS Link).

### *Regulatory Developments*

At a United Nations Environment Assembly in February of 2022, 175 nations agreed to develop an international, legally binding instrument on plastic pollution by 2024 due to the increased severity of plastic pollution and its associated effects worldwide. According to the UN, if business as normal were to continue, the amount of plastic waste entering aquatic ecosystems could nearly triple from some 9-14 million tonnes per year in 2016 to a projected 23-37 million tons per year by 2040. The Intergovernmental negotiating committee set forth by the UN stated that a proper resolution would focus on the lifecycle of plastic, looking to address the concern from all angles.

In January 2018, the European Commission released a plastics strategy as part of its action plan for a circular economy, and in 2019 it followed up with a report on the implementation of the Circular Economy Action Plan. The strategy's main objective is to have all plastic packaging in the EU market be reusable or recyclable and to have more than half of the plastic waste generated in Europe recycled by 2030. The 2019 report shows how this can be accomplished across entire value chains. EU regulators proposed additional rules to further reduce plastic pollution in November 2022. The UK has outlined a plastic waste plan focused on improving plastic's recyclability and decreasing the amount of plastic in circulation. The UK has also instituted a tax on plastic packaging manufactured or imported into the UK that does not contain at least 30 percent recycled materials.

In July 2022, California passed new legislation to require a 25 percent reduction of plastics in single-use products by 2032, 40 percent of plastic to be recycled by 2028 and 65 percent by 2032, and the shifting of costs of recycling

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

from consumers to producers. In British Columbia, the EPR's Blue Box program will start collecting "packaging-like" and "single-use" products in 2023.

*Breaking the Plastic Wave*

The Breaking the Plastic Wave report that the proponent references is a model of the global plastics system. The report finds that if current government commitments are met, along with new industry regulation, the world would only see a 7 percent reduction in annual rates of plastic pollution. To more comprehensively solve the plastics pollution problem, the report finds, the world would need an overhaul of legislation, regulation, and business and consumer practices. Under the SCS Scenario, there could be a 55 percent decline in virgin plastic demand by 2040.

ExxonMobil received a similar proposal last year. In 2022, the company received a proposal asking it to produce a report on how it would shift its plastic resin business model from virgin to recycled polymer production. The proposal received 36.5 shareholder support.

## Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Exxon Mobil Corporation (XOM)
POLICY: United States

Meeting Date: **31 May 2023**
Meeting ID: 1743652

███████████████████████████████████████

| Item 14. Report on Potential Costs of Environmental Litigation | AGAINST |
|---|---|

**VOTE RECOMMENDATION**

A vote AGAINST this proposal is warranted ██████████████████████████
████████████

**BACKGROUND INFORMATION**

Policies: Climate Change/Greenhouse Gas (GHG) Emissions

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

## Discussion

### PROPOSAL

Anna Marie Lyles has filed a precatory proposal requesting that ExxonMobil present an assessment of the potential cumulative risk from environment-related litigation.

The "resolved clause" of the resolution specifically reads:

"PROPOSAL

RESOLVED: Shareholders request an actuarial assessment, omitting confidential information and prepared at a reasonable cost, of the potential cumulative risk to Exxon Mobil Corporation ('ExxonMobil' or the 'Company') from current environment-related litigation against the Company and its affiliates."

### PROPONENT'S STATEMENT

In its supporting statement, the proponent argues that ExxonMobil is insufficiently disclosing its risks related to environmental legislation. The filer points to several trends that it believes are increasing the risk to the company: courts have ruled against other oil and gas development companies on dimate-related grounds; ExxonMobil faces several environment-related lawsuits, and courts may use as a point of reference the fact that the International Energy Agency has stated that no new oil, gas, or thermal coal plants are needed to meet Paris Agreement goals.

### BOARD'S STATEMENT

In its opposition statement, the board states that the company already discloses material litigation risks and, where appropriate, financial contingencies related to such litigation. The board states that reporting information beyond what is required by legal and accounting disclosure rules unnecessarily risks public disclosure of information that could jeopardize operations or limit the company's ability to effectively defend itself in current and future litigation. The board states that it believes that the proceedings referred to by the proponent "do not meet the materiality standard for disclosure under applicable accounting rules and regulations." The board also says that the proponent of this proposal and the proponent of another proposal are directly affiliated with As You Sow, and so violated the intent of the SEC's limit of one proposal each year from one organization.

### BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

For an update on the most recent shareholder activism around this environmental and social issues, view ISS2022 US Environmental & Social Issues Proxy Voting Review (requires login to ISS Link).

This is the first year that ExxonMobil has received this proposal.

## Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



| Item 15. Publish a Tax Transparency Report | AGAINST |
|---|---|

**VOTE RECOMMENDATION**

A vote AGAINST this proposal is warranted ███████████████████████████████
█████████████████

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

## Discussion

### PROPOSAL

Oxfam has filed a precatory proposal requesting that ExxonMobil report its tax payments in accordance with the GRI Tax Standard.

The "resolved clause" of the resolution specifically reads:

"RESOLVED: Shareholders request that the Board of Directors issue a tax transparency report to shareholders, at reasonable expense and excluding confidential information, prepared in consideration of the indicators and guidelines set forth in the Global Reporting Initiative's (GRI) Tax Standard.

### PROPONENT'S STATEMENT

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                                    **Meeting Date: 31 May 2023**
POLICY: United States                                                        Meeting ID: 1743652

In its supporting statement, the proponent argues that investors are increasingly interested in tax transparency aligned with the GRI Tax Standard. The GRI Tax Standard is the first comprehensive, global standard for public tax disclosure and requires public reporting of a company's business activities, including governance, control, risk management, and country-by-country reporting of revenues, profits and losses, and tax payments. The proponent asserts that ExxonMobil does not disclose revenues, profits or tax payments in non-U.S. markets, challenging investors' ability to evaluate the risks to the company of taxation reforms, or assess whether ExxonMobil is engaged in responsible tax practices that ensure long term value creation for the company and the communities in which it operates. The proponent argues that this proposal would bring ExxonMobil's disclosures in lne with leading companies that already report using the standard.

### BOARD'S STATEMENT

In its opposition statement, the board states that it would be risky to report financial information that is not required by regulation because it would be unevenly applied and may require the disclosure of competitively sensitive information. That said, the company will be complying for the 2023 financial year with the newly implemented rules for reporting of payments to governments, including taxes, for extractive activities on a country or project basis, as applicable, under Section 1504 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. Section 1504 of Dodd-Frank is only applicable to public companies in the extractive sectors, and will provide shareholders, policymakers, civil society, and the public country-by-country tax payment information. Additionally, beginning no later than for the 2025 financial year, ExxonMobil will be disclosing country-by-country data in the European Union as applicable under rules to be adopted by each jurisdiction. In general, the board states that it cannot jurisdiction shop because energy demand and the location of natural resources dictate where it does business. It states that ExxonMobil's worldwide effective income tax rate, including equity companies, was 31 percent for 2021, and increased to 33 percent for 2022.

### BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For an update on the most recent shareholder activism around this issue, view ISS 2022 US Environmental & Social Issues Proxy Voting Review (requires login to ISS Link).

This is the first year that ExxonMobil has received this proposal.

### *Windfall Tax in Europe*

ExxonMobil's subsidiaries in Germany and the Netherlands have sued the European Commission contesting the use of the EU Treaty's Article 122 to levy a temporary minimum 33 percent tax on profits for fossil fuel and refinery companies that exceed a four-year historical average by 20 percent, known as the windfall tax.

## Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

## Item 16. Report on Social Impact From Plant Closure or Energy Transition

AGAINST

### VOTE RECOMMENDATION

A vote AGAINST this proposal is warranted ███████████████████████████████
████████████████████████████████████████████████████████████████████

### BACKGROUND INFORMATION

Policies: Climate Change/Greenhouse Gas (GHG) Emissions

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

## Discussion

### PROPOSAL

United Steelworkers has submitted a precatory proposal requesting that the company report on the social impact of the energy transition of the company's facilities on workers and communities.

The "resolved clause" of the resolution specifically states:

> **"RESOLVED:** The shareholders of Exxon Mobil Corporation (the 'Company'), hereby request that the Board of Directors create a report regarding the social impact on workers and communities from closure or energy transition of the Company's facilities, and alternatives that can be developed to help mitigate the social impact of such closures or energy transitions. The report should be prepared at reasonable cost, omitting proprietary information, and be available on the Company's website by the 2024 Annual Meeting of Shareholders."

### PROPONENT'S STATEMENT

In its statement supporting the proposal, the proponent writes that the company should play a role in helping provide security for impacted workers and communities as it prepares for and participates in a transitioning energy economy. Additionally, the filer states that the company did not address the impact on workers and communities when a refining, petrochemical, or production facility is transitioned or closed down in its Advancing Climate Solutions 2022 Progress Report. However, the report did discuss the company's investments over the next few years to reduce its GHG emissions. The filer states that the proposed report will improve understanding of the impact future plant closings will have on workers and communities.

### BOARD'S STATEMENT

In its statement opposing the proposal, the board asserts that the requested report is not necessary due to the company's existing disclosure within its publications, including its sustainability report. The board elaborates by stating that its Advancing Climate Solutions Progress Report and its Sustainability Report lay out how the company addresses the issues the proponent is raising. These documents outline the company's environmental and socioeconomic management approach, which serves as a framework for managing the impacts to local communities. Furthermore, the company asserts that its people are its greatest competitive advantage, and that it invests in and supports employees in developing long-term careers.

### BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For more information on Climate Change/GHG Emissions, see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism around this issue, view ISS 2022 US Environmental & Social Issues Proxy Voting Review (requires login to ISS Link).

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States                                    **Meeting Date: 31 May 2023**
Meeting ID: 1743652

This is the first year that Exxon has received a proposal asking it to report on the social impact of plant closures or energy transitions.

*Just Transition Disclosure Industry Guidance*

The International Labour Organization (ILO)'s Guidelines document lays out seven principles to guide the transition toward environmentally sustainable economies and societies.

The World Benchmarking Alliance (WBA) released a 2021 Just Transition Benchmark Assessment, comparing 180 oil and gas companies, electric utility companies, and automotive manufacturers on their just and equitable low-carbon transition. The Benchmark found that only 23 percent of the companies that were assessed had commitments in place to upskill or reskill their workers who will be displaced by the low-carbon transition. Out of 16 possible points in the assessment, Exxon scored 2.

## Analysis



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: United States

**Meeting Date: 31 May 2023**
Meeting ID: 1743652

## Item 17. Report on Benefits and Risks of Commitment to Not Develop Projects in the Arctic *Withdrawn Resolution*

**NONE**

### VOTE RECOMMENDATION

The proponent has withdrawn this proposal. Therefore, it will not bepresented or voted upon at the meeting, nor will any votes cast on this item be tabulated or reported. Accordingly, no votes are called for, and the recommendation is "NONE".

### BACKGROUND INFORMATION

Policies: Operations in Protected Areas

**Vote Requirement:** N/A

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                                                    **Meeting Date: 31 May 2023**
POLICY: United States                                                                  Meeting ID: 1743652

## Detailed Ownership Profile                              back to Ownership and Control Overview

Percentages rounded down to 1 decimal. "▶" identifies shareholders considered strategic under ISS' definition.

| Type | Votes per Share | Outstanding |
|---|---|---|
| Common Stock | 1 | 4,059,294,340 |
| **Ownership - Common Stock** | **Number of Shares** | **% of Class** |
| The Vanguard Group | 368,671,214 | 9.0 |
| BlackRock, Inc. | 292,132,859 | 7.2 |
| State Street Corporation | 223,630,483 | 5.5 |
| Fidelity Management & Research Co. LLC | 104,171,896 | 2.5 |
| Geode Capital Management LLC | 73,350,328 | 1.8 |
| Norges Bank Investment Management | 47,383,406 | 1.1 |
| Northern Trust Investments, Inc.(Investment Management) | 42,200,431 | 1.0 |
| T. Rowe Price Associates, Inc. (Investment Management) | 41,011,875 | 1.0 |
| JPMorgan Investment Management, Inc. | 36,693,792 | 0.9 |
| GQG Partners LLC | 32,917,561 | 0.8 |
| State Farm Investment Management Corp. | 30,520,300 | 0.7 |
| Dimensional Fund Advisors LP | 29,023,605 | 0.7 |
| Charles Schwab Investment Management, Inc. | 28,976,733 | 0.7 |
| Morgan Stanley Smith Barney LLC (Investment Management) | 26,551,841 | 0.6 |
| Mellon Investments Corp. | 23,020,788 | 0.5 |
| Strategic Advisers LLC | 22,758,039 | 0.5 |
| The Bank of New York Mellon Corp. (Investment Management) | 22,461,277 | 0.5 |
| Columbia Management Investment Advisers LLC | 20,159,476 | 0.5 |
| ▶D.W. Woods | 210,173 | <0.1 |
| ▶N.A. Chapman | 151,536 | <0.1 |
| ▶J.P. Williams, Jr. | 151,384 | <0.1 |
| ▶K.T. McKee | 79,447 | <0.1 |
| ▶K.A. Mikells | 10,050 | <0.1 |

Source(s): Proxy Statement,  © 2023 Factset Research Systems, Inc. All Rights Reserved. As of: 28 Feb 2023

## Additional Information

| | |
|---|---|
| Meeting Location | Virtual Meeting Only: www.virtualshareholdermeeting.com/XOM2023 |
| Meeting Time | 09:30 Central Time |
| Shareholder Proposal Deadline | December 15, 2023 |
| Security IDs | 30231G102(CUSIP), U30266107(CINS) |

Copyright © 2023 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

ISS' experienced research team provides comprehensive proxy analysis and complete vote recommendations for over 48,000 meetings annually and around 115 markets worldwide. With over 300 research professionals, ISS aims to cover every holding within a client's portfolio in both developed and emerging markets.

Our Research Analysts are located in offices worldwide, offering local insight and global breadth. Research office locations include Berlin, Brussels, London, Manila, Mumbai, Norman, Paris, Rockville, Singapore, Stockholm, Sydney, Tokyo, and Toronto.

ISS has long been committed to engagement and transparency. For information on the policies applied in this research report, please see our Policy Gateway. Please use the ISS Help Center for questions on research reports, policy, and for requests for engagements.



*The issuer that is the subject of this analysis may have purchased self-assessment tools and publications from ISS Corporate Solutions, Inc. (formerly known as ISS Corporate Services, Inc. and referred to as "ICS"), a wholly-owned subsidiary of ISS, or ICS may have provided advisory or analytical services to the issuer in connection with the proxies described in this report. These tools and services may have utilized preliminary peer groups generated by ISS' institutional research group. No employee of ICS played a role in the preparation of this report. If you are an ISS institutional client, you may inquire about any issuer's use of products and services from ICS by emailing disclosure@issgovernance.com.*

This proxy analysis and vote recommendation has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. While ISS exercised due care in compiling this analysis, it makes no warranty, express or implied, regarding the accuracy, completeness or usefulness of this information and assumes no liability with respect to the consequences of relying on this information for investment or other purposes. In particular, the research and voting recommendations provided are not intended to constitute an offer, solicitation or advice to buy or sell securities nor are they intended to solicit votes or proxies.

In February 2021, Deutsche Börse AG ("DB") completed a transaction pursuant to which it acquired an approximate 80% stake in ISS HoldCo Inc., the holding company which owns ISS. The remainder of ISS HoldCo Inc. is held by a combination of Genstar Capital ("Genstar") and ISS management. Policies on non-interference and potential conflicts of interest related to DB and Genstar are available at https://www.issgovernance.com/compliance/due-diligence-materials.

The issuer that is the subject of this proxy analysis may be a client of ISS or ICS, or the parent of, or affiliated with, a client of ISS or ICS.

One or more of the proponents of a shareholder proposal at an upcoming meeting may be a client of ISS or ICS, or the parent of, or affiliated with, a client of ISS or ICS. None of the sponsors of any shareholder proposal(s) played a role in preparing this report.

ISS may in some circumstances afford issuers, whether or not they are clients of ICS, the right to review draft research analyses so that factual inaccuracies may be corrected before the report and recommendations are finalized. Control of research analyses and voting recommendations remains, at all times, with ISS.

ISS makes its proxy voting policy formation process and summary proxy voting policies readily available to issuers, investors and others on its public website: http://www.issgovernance.com/policy.

Copyright © 2023 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part.

Copyright © 2023 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.