# Foster Declaration Exhibit 5



Catholic Advisory Services' Policy Voting Recommendations

# Exxon Mobil Corporation

## Key Takeaways

QualityScore

**Meeting Type:** Annual (Virtual)
**Meeting Date:** 25 May 2022
**Record Date:** 1 April 2022
**Meeting ID:** 1632904

**New York Stock Exchange:** XOM
**Index:** S&P 500
**Sector:** Integrated Oil & Gas
**GICS:** 10102010

**Primary Contacts**
Brenna Fitzpatrick
Catholic Advisory Services Help Center

## Report Contents

| | | | |
|---|---|---|---|
| Financial Highlights | 4 | QualityScore | 11 |
| Ownership and Control Overview | 5 | Vote Results | 16 |
| Corporate Governance Profile | 6 | Meeting Agenda and Proposals | 18 |
| Board Profile | 8 | Additional Information | 56 |
| Compensation Profile | 9 | | |

© 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not b e reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

## Agenda & Recommendations

Policy: Catholic  
**Incorporated:** New Jersey, USA

| Item | Code | Proposal | Board Rec. | Catholic Rec. |
|------|------|----------|------------|---------------|
| **MANAGEMENT PROPOSALS** | | | | |
| 1.1 | M0201 | Elect Director Michael J. Angelakis | FOR | AGAINST |
| 1.2 | M0201 | Elect Director Susan K. Avery | FOR | AGAINST |
| 1.3 | M0201 | Elect Director Angela F. Braly | FOR | AGAINST |
| 1.4 | M0201 | Elect Director Ursula M. Burns | FOR | AGAINST |
| 1.5 | M0201 | Elect Director Gregory J. Goff | FOR | AGAINST |
| 1.6 | M0201 | Elect Director Kaisa H. Hietala | FOR | AGAINST |
| 1.7 | M0201 | Elect Director Joseph L. Hooley | FOR | AGAINST |
| 1.8 | M0201 | Elect Director Steven A. Kandarian | FOR | AGAINST |
| 1.9 | M0201 | Elect Director Alexander A. Karsner | FOR | AGAINST |
| 1.10 | M0201 | Elect Director Jeffrey W. Ubben | FOR | AGAINST |
| 1.11 | M0201 | Elect Director Darren W. Woods | FOR | AGAINST |
| 2 | M0101 | Ratify PricewaterhouseCoopers LLP as Auditors | FOR | FOR |
| ▶3 | M0550 | Advisory Vote to Ratify Named Executive Officers' Compensation | FOR | FOR |
| **SHAREHOLDER PROPOSALS** | | | | |
| 4 | S0511 | Remove Executive Perquisites | AGAINST | FOR |
| 5 | S0126 | Amend Bylaws to Limit Shareholder Rights for Proposal Submission | AGAINST | AGAINST |
| 6 | S0743 | Set GHG Emissions Reduction targets Consistent With Paris Agreement Goal | AGAINST | FOR |
| 7 | S0742 | Report on Low Carbon Business Planning | AGAINST | FOR |
| 8 | S0742 | Report on Scenario Analysis Consistent with International Energy Agency's Net Zero by 2050 | AGAINST | FOR |
| 9 | S0781 | Report on Reducing Plastic Pollution | AGAINST | FOR |
| 10 | S0807 | Report on Political Contributions and Expenditures | AGAINST | FOR |

Shading indicates that Catholic Advisory Services recommendation differs from Board recommendation

▶ Items deserving attention due to contentious issues or controversy

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

## Material Company Updates

| Item | Summary |
|------|---------|
| **Board and Executive Updates** | Lead independent director Kenneth C. Frazier will not stand for re-election at this year's annual meeting. The independent directors have selected Joseph L. Hooley to serve as lead director following the annual meeting. |
| | SVP and principal financial officer Andrew Swiger retired from the company effective Sept. 1, 2021. Kathryn Mikells was appointed as SVP and Chief Financial Officer effective Aug. 9, 2021. |
| **Notable Vote Results** | At the last annual meeting, shareholder proposals seeking a Report on Corporate Climate Lobbying Aligned with Paris Agreement and a Report on Lobbying Payments and Policy received the support of a majority of votes cast. See *Board Responsiveness* section of ***Elect Directors*** below. |
| **Climate Litigation** | In April 2021, authorities in Anne Arundel County, Maryland filed suit in local circuit court against a number of fossil fuel companies, including ExxonMobil, accusing the defendants of acting to mislead the public about the contributions of their products to climate change, and seeking to recover costs incurred by the county to "survive the consequences of climate change." The case was subsequently removed to the U.S. District Court for the District of Maryland where it remains pending. |

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

## Financial Highlights

**Company Description:** Exxon Mobil Corporation explores for and produces crude oil and natural gas in the United States and internationally. It operates through Upstream, Downstream, and Chemical segments.

### STOCK PRICE PERFORMANCE



Exxon Mobil Corporation
MSCI ACWI: Oil, Gas & Consumable Fuels (GICS: 101020)
S&P 500

### TOTAL SHAREHOLDER RETURNS (ANNUALIZED)

|  | 1 Yr | 3 Yr | 5 Yr |
|---|---|---|---|
| Company TSR (%) | 57.80 | 2.72 | -2.40 |
| GICS 1010 TSR (%) | 46.05 | 2.95 | -3.50 |
| S&P500 TSR (%) | 28.71 | 26.07 | 18.47 |

Source: Compustat. As of last day of company FY end month: 12/31/2021

### COMPANY SNAPSHOT (AS OF RECORD DATE)

| | |
|---|---|
| Market Cap (M) | 351,896.2 |
| Closing Price | 83.12 |
| Dividends Paid (LTM) | 3.50 |
| 52-Week High | 91.51 |
| 52-Week Low | 52.10 |
| Shares Outstanding (M) | 4233.59 |
| Average daily trading volume (prior mo)* | 36,148.29 |

Source: Compustat. As of April 1, 2022 (All currency in USD)
* Trading Volume in thousands of shares

### FINANCIAL & OPERATIONAL PERFORMANCE

| All currency in USD | Historical Performance (FY ending) | | | | | Compared to Peers (Compustat FY*) – 2021 |
|---|---|---|---|---|---|---|
|  | 12/2017 | 12/2018 | 12/2019 | 12/2020 | 12/2021 | |
| **Earnings** | | | | | | |
| Revenue (M) | 237,162 | 279,332 | 255,583 | 178,574 | 276,692 | |
| Net Income (M) | 19,710 | 20,840 | 14,340 | -22,440 | 23,040 | |
| EBITDA (M) | 31,967 | 40,869 | 31,764 | -8,889 | 43,484 | |
| EPS (USD) | 4.63 | 4.88 | 3.36 | -5.25 | 5.39 | |
| EPS Y/Y Growth (%) | 146 | 5 | -31 | N/A | N/A | |
| **Profitability** | | | | | | |
| Pretax Net Margin (%) | 8 | 11 | 8 | -16 | 11 | |
| EBITDA Margin (%) | 13 | 15 | 12 | -5 | 16 | |
| Return on Equity (%) | 11 | 11 | 7 | -14 | 14 | |
| Return on Assets (%) | 6 | 6 | 4 | -7 | 7 | |
| ROIC (%) | 9 | 10 | 6 | -10 | 10 | |
| **Leverage** | | | | | | |
| Debt/Assets | 12 | 11 | 15 | 22 | 16 | |
| Debt/Equity | 23 | 20 | 28 | 46 | 31 | |
| **Cash Flows** | | | | | | |
| Operating (M) | 30,066 | 36,014 | 29,716 | 14,668 | 48,129 | |
| Investing (M) | -15,730 | -16,446 | -23,084 | -18,459 | -10,235 | |
| Financing (M) | -15,130 | -19,446 | -6,618 | 5,285 | -35,423 | |
| Net Change (M) | -480 | -135 | 47 | 1,275 | 2,438 | |
| **Valuation & Performance** | | | | | | |
| Price/Earnings | 18.06 | 13.97 | 20.77 | N/A | 11.35 | |
| Annual TSR (%) | -3.75 | -15.09 | 7.35 | -36.02 | 57.80 | |

Source: Compustat. *Note: Compustat standardizes financial data and fiscal year designations to allow for meaningful comparison across companies. Compustat data may differ from companies' disclosed financials and does not incorporate non-trading equity units. Peers shown here represent closest industry peers drawn from those peers used in ISS' pay-for-performance analysis. See www.issgovernance.com/policy-gateway/company-financials-faq/ for more information.

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                                      **Meeting Date: 25 May 2022**
POLICY: Catholic                                                          Meeting ID: 1632904

## Ownership & Control Overview

| Stock Type | Votes per Share | Outstanding | |
|---|---|---|---|
| Common Stock | 1 | 4,225,673,726 | |
| **Top Holders - Ownership & Control** | | **% of Stock** | **% of Votes** |
| The Vanguard Group | | 8.4 | 8.4 |
| BlackRock, Inc. | | 6.2 | 6.2 |
| State Street Corporation | | 5.9 | 5.9 |

Proxy Statement, © 2022 Factset Research Systems, Inc. All Rights Reserved. As of: 28 Feb 2022



Percentages rounded down to 1 decimal. "▶" identifies shareholders considered strategic under ISS' definition.

to Detailed Ownership Profile

ISS' definition of strategic shareholders may include, but is not limited to, shareholders with board representation, State-controlled entities, insiders/executives, and employee funds.

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

# Corporate Governance Profile

### BOARD SUMMARY

| | |
|---|---|
| Chairman classification | Executive Director |
| Separate chair/CEO | No |
| Independent lead director | Yes |
| Voting standard | Majority |
| Plurality carveout for contested elections | Yes |
| Resignation policy | Yes |
| Total director ownership (000 shares) | 577 |
| Total director ownership (%) | < 1 |
| Percentage of directors owning stock | 100% |
| Number of directors attending < 75% of meetings | 0 |
| Average director age | 61 years |
| Average director tenure | 3 years |
| Percentage of women on board | 36% |

### SHAREHOLDER RIGHTS SUMMARY

| | |
|---|---|
| Controlled company | No |
| Classified board | No |
| Multi-class common stock w/ unequal voting rights | No |
| Vote standard for mergers/acquisitions | Majority |
| Vote standard for charter amendment | Majority |
| Vote standard for bylaw amendment | Majority |
| Shareholder right to call special meetings | Yes, 15% |
| Material restrictions on right to call special meetings | Yes |
| Shareholder right to act by written consent | Yes |
| Cumulative voting | No |
| Board authorized to issue blank-check preferred stock | Yes |
| Poison pill | No |
| Proxy Access | Yes |
| - Ownership requirement (%) | 3 |
| - Time requirement (years) | 3 |
| - Nomination limit (% of seats) | 20 |
| - Nomination limit (# of nominees) | 2 |
| - Aggregation cap (# of nominators) | 20 |

Publication Date: 12 May 2022

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

## Board & Committee Composition

The information provided in the charts and tables below is based on Catholic Advisory Services data records, which rely on disclosures in proxy materials and other public sources available as of the date set forth below (for the general meeting under review) and, with respect to information from prior years, information that was available ahead of each year's annual general meeting at the time of Catholic Advisory Services' report for that meeting. As such, these charts and tables might not reflect changes to the board composition and/or other covered elements subsequently disclosed by the issuer after Catholic Advisory Services' publications or between general meetings.

Independence values refer to Catholic Advisory Services Independence classifications ( "Exec": Executive Director; "N-Ind.": Non-Independent Director; "Ind.": Independent Director).

### Board

Ind.: 91%, 10
Exec.: 9%, 1

Meetings last FY:13

### as of May 25, 2022

**Audit** — Ind.: 100%, 4 — Meetings last FY:10

**Comp** — Ind.: 100%, 3 — Meetings last FY:5

**Nom** — Ind.: 100%, 3 — Meetings last FY:8

■ **Exec**      ■ **N-Ind.**      ■ **Ind.**

### Independence History

|                | 2018 | 2019 | 2020 | 2021 | After AGM |
|----------------|------|------|------|------|-----------|
| Board          | 90%  | 90%  | 90%  | 94%  | 91%       |
| Audit Com      | 100% | 100% | 100% | 100% | 100%      |
| Comp Com       | 100% | 100% | 100% | 100% | 100%      |
| Nom Com        | 100% | 100% | 100% | 100% | 100%      |

### Gender Diversity Trend

|        | 2018 | 2019 | 2020 | 2021 | After AGM |
|--------|------|------|------|------|-----------|
| male   | 70%  | 70%  | 70%  | 75%  | 64%       |
| female | 30%  | 30%  | 30%  | 25%  | 36%       |

### Director tenure



0    2    4    6    8    10    12

---

Publication Date: 12 May 2022

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

## Board Profile (after upcoming meeting)

| Item # | Executive Directors | Affiliation | Independence | | Leadership | Gender | Age | Tenure | Term Ends | Committee | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Co. | Catholic Advisory Services | | | | | | Audit | Comp | Nom | Gov |
| **1.11** | **Darren Woods** | | Exec | Exec | CEO, Chair | M | 57 | 6 | 2023 | | | | |
| | Non-Executive Directors | | | | | | | | | | | | |
| **1.7** | **Joseph (Jay) Hooley** | | Ind. | Ind. | Lead Dir | M | 65 | 2 | 2023 | F | | | |
| **1.1** | **Michael (Mike) Angelakis** | | Ind. | Ind. | | M | 57 | 1 | 2023 | F | | | |
| **1.2** | **Susan Avery** | | Ind. | Ind. | | F | 72 | 5 | 2023 | | | M | M |
| **1.3** | **Angela Braly** | | Ind. | Ind. | | F | 60 | 6 | 2023 | | C | | |
| **1.4** | **Ursula Burns** | | Ind. | Ind. | | F | 63 | 9 | 2023 | C F | | | |
| **1.5** | **Gregory (Greg) Goff** | | Ind. | Ind. | | M | 65 | 1 | 2023 | | M | M | M |
| **1.6** | **Kaisa Hietala** | | Ind. | Ind. | | F | 51 | 1 | 2023 | F | | | |
| **1.8** | **Steven Kandarian** | | Ind. | Ind. | | M | 70 | 4 | 2023 | | M | | |
| **1.9** | **Alexander Karsner** | | Ind. | Ind. | | M | 55 | 1 | 2023 | | | M | M |
| **1.10** | **Jeffrey Ubben** | | Ind. | Ind. | | M | 60 | 1 | 2023 | | | | |
| | | | 91% Ind. | 91% Ind. | | 36% F | Ave: 61 | Ave: 3 | Ave: 1 | 100% Ind. | 100% Ind. | 100% Ind. | 100% Ind. |

Committee Membership: M = Member | C = Chair | **F = Financial Expert**

### COMMITMENTS AT PUBLIC COMPANIES

| Item # | Director Name | # of boards* | Company Name | Mandate Type | CEO | Board Chair | Committee | | | Ownership | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Audit | Comp | Nom | # | % stock | % votes |
| 1.11 | Darren Woods | 1 | *Exxon Mobil Corporation* | Executive Director | ☑ | ☑ | | | | 169,496 | <0.1 | <0.1 |
| 1.7 | Joseph (Jay) Hooley | 2 | *Exxon Mobil Corporation* | Non-Executive Director | | | F | | | 13,000 | <0.1 | <0.1 |
| | | | Aptiv Plc | Non-Executive Director | | | F | C | | | | |
| 1.1 | Michael (Mike) Angelakis | 4 | *Exxon Mobil Corporation* | Non-Executive Director | | | F | | | 51,292 | <0.1 | <0.1 |
| | | | Bowlero Corp. | Non-Executive Director | | | | | C | | | |
| | | | TriNet Group, Inc. | Non-Executive Director | | | | M | M | | | |
| | | | Clarivate Plc | Non-Executive Director | | | | | | | | |
| 1.2 | Susan Avery | 1 | *Exxon Mobil Corporation* | Non-Executive Director | | | | | M | 20,500 | <0.1 | <0.1 |
| 1.3 | Angela Braly | 3 | *Exxon Mobil Corporation* | Non-Executive Director | | | | C | | 25,075 | <0.1 | <0.1 |
| | | | The Procter & Gamble Company | Non-Executive Director | | | M | C | | | | |
| | | | Brookfield Asset Management Inc. | Non-Executive Director | | | M | | | | | |
| 1.4 | Ursula Burns | 5 | *Exxon Mobil Corporation* | Non-Executive Director | | | C F | | | 33,206 | <0.1 | <0.1 |
| | | | Plum Acquisition Corp. I | Executive Director | ☑ | | | | | | | |
| | | | Uber Technologies, Inc. | Non-Executive Director | | | F | M | | | | |
| | | | Endeavor Group Holdings, Inc. | Non-Executive Director | | | | | | | | |
| | | | IHS Holding Ltd. | Non-Executive Director | | | | | | | | |
| 1.5 | Gregory (Greg) Goff | 2 | *Exxon Mobil Corporation* | Non-Executive Director | | | | M | M | 20,962 | <0.1 | <0.1 |
| | | | Avient Corporation | Non-Executive Director | | | | | M | | | |
| 1.6 | Kaisa Hietala | 2 | *Exxon Mobil Corporation* | Non-Executive Director | | | F | | | 10,500 | <0.1 | <0.1 |
| | | | Smurfit Kappa Group Plc | Non-Executive Director | | | M | | | | | |
| 1.8 | Steven Kandarian | 2 | *Exxon Mobil Corporation* | Non-Executive Director | | | | M | | 18,000 | <0.1 | <0.1 |
| | | | Jackson Financial, Inc. (Michigan) | Non-Executive Director | | ☑ | | | | | | |
| 1.9 | Alexander Karsner | 3 | *Exxon Mobil Corporation* | Non-Executive Director | | | | | M | 27,500 | <0.1 | <0.1 |
| | | | Applied Materials, Inc. | Non-Executive Director | | | | M | M | | | |
| | | | Alphabet Inc. | Executive Officer (non-director) | | | | | | | | |
| | | | Broadscale Acquisition Corp. | Non-Executive Director | | | | | | | | |
| 1.10 | Jeffrey Ubben | 3 | *Exxon Mobil Corporation* | Non-Executive Director | | | | | | 187,500 | <0.1 | <0.1 |
| | | | Enviva, Inc. | Non-Executive Director | | | | | | | | |
| | | | Fertiglobe Plc | Non-Executive Director | | | | | | | | |

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                                    **Meeting Date: 25 May 2022**
POLICY: Catholic                                                      Meeting ID: 1632904

*The number of boards for each director is the total of executive director and/ or non -executive director mandates.
Ownership values include shares held, stock awards that vest within 60 days of the disclosure date, and deferred stock units (DSUs). Stock options are excluded.

### DIRECTOR PAY AND ATTENDANCE OVERVIEW MOST RECENT FY

| Item # | Director Name | Board Position | Attendance (in %) | Total Compensation |
|--------|---------------|----------------|-------------------|--------------------|
| 1.11 | Darren Woods | ED, CEO, Chair | ≥75% | ** |
| 1.7 | Joseph (Jay) Hooley | NED, Audit (M) | ≥75% | USD 214,295 |
| 1.1 | Michael (Mike) Angelakis | NED, Audit (M) | ≥75% | USD 547,185 |
| 1.2 | Susan Avery | NED, Nom (M) | ≥75% | USD 214,295 |
| 1.3 | Angela Braly | NED, Comp (C) | ≥75% | USD 219,020 |
| 1.4 | Ursula Burns | NED, Audit (C) | ≥75% | USD 224,295 |
| 1.5 | Gregory (Greg) Goff | NED, Comp (M), Nom (M) | ≥75% | USD 552,538 |
| 1.6 | Kaisa Hietala | NED, Audit (M) | ≥75% | USD 552,538 |
| 1.8 | Steven Kandarian | NED, Comp (M) | ≥75% | USD 214,295 |
| 1.9 | Alexander Karsner | NED, Nom (M) | ≥75% | USD 552,538 |
| 1.10 | Jeffrey Ubben | NED | ≥75% | USD 547,185 |
| **Total** | | | | USD 3,838,184 |

Attendance rates take into account board and committee meetings.
ED for Executive Directors, NED for Non-Executive Directors
**For executive director data, please refer to Executive Pay Overview.

## Compensation Profile

### EXECUTIVE PAY OVERVIEW

| Executive | Title | Base Salary | Change in Pension, Deferred Comp, All Other Comp | Bonus & Non-equity Incentives | Restricted Stock | Option Grant | Total |
|-----------|-------|-------------|--------------------------------------------------|-------------------------------|------------------|--------------|-------|
| **D. Woods** | Chairman and CEO | 1,615 | 5,310 | 3,142 | 13,573 | 0 | 23,640 |
| **N. Chapman** | Senior Vice President | 955 | 5,558 | 1,932 | 6,717 | 0 | 15,162 |
| **K. Mikells** | Senior Vice President; CFO | 1,100 | 260 | 1,932 | 11,293 | 0 | 14,585 |
| **J. Williams Jr.** | Senior Vice President | 1,068 | 4,632 | 1,932 | 6,717 | 0 | 14,349 |
| **L. Mallon** | President, ExxonMobil Upstream Company | 849 | 3,280 | 1,429 | 4,861 | 0 | 10,419 |
| **Median CEO Pay** | ISS Selected Peer Group | 1,688 | 963 | 4,253 | 11,813 | 3,151 | **23,313** |
| | Company Defined Peers | 1,669 | 918 | 4,376 | 12,616 | 3,699 | **24,174** |

Source: ISS. Pay in $thousands. Total pay is sum of all reported pay elements, using ISS' Black -Scholes estimate for option grant-date values. Median total pay will not equal sum of pay elements medians. Company Defined Peers are as disclosed. More informa tion on ISS' peer group methodology is available at www.issgovernance.com/policy-gateway/us-compensation-policy-guidance/.

---

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

## OPTION VALUATION ASSUMPTIONS

| For CEO's last FY Grant | Company | ISS |
|---|---|---|
| Volatility (%) | N/A | N/A |
| Dividend Yield (%) | N/A | N/A |
| Term (yrs) | N/A | N/A |
| Risk-free Rate (%) | N/A | N/A |
| Grant date fair value per option | N/A | N/A |
| Grant Date Fair Value ($ in 000) | N/A | N/A |

The CEO did not receive stock options in the most recent fiscal year.

## CEO PAY MULTIPLES

| Compared to | Multiple |
|---|---|
| 2nd highest active executive | 1.56 |
| Average active NEO | 1.73 |
| ISS peer median | 1.01 |
| Company peer median | 0.98 |
| Median employee/CEO Pay Ratio* (FY21, FY20) | 125, 86 |

*As disclosed by the company. The company disclosed the median compensation of all employees to be $189,082.

## CEO TALLY SHEET

| CEO | D. Woods |
|---|---|
| CEO tenure at FYE: | 5 years |
| Present value of all accumulated pension: | $32,509,438 |
| Value of CEO stock owned (excluding options): | $14,088,508 |
| **Potential Termination Payments** | |
| Involuntary termination without cause: | N/A |
| Termination after a change in control: | N/A |

Source: DEF14A

## 3-YEAR GRANTED VS. REALIZABLE CEO PAY

3-year TSR: 2.72%



Source: DEF14A and ISS ($ in thousands)

Granted pay equals the sum of all CEO pay, as disclosed in the proxy statement for the applicable fiscal years, except that equity grant values may be based on ISS' valuation. Realizable pay equals the sum of all cash paid (as disclosed) during the same period, plus the value of all equity grants at the end of the period (based on earned value, if applicable, or re-calculated FV of target level equity awards not yet earned/vested). For periods that include multiple CEOs, values include pay to all CEOs during the period. For additional information, please visit www.issgovernance.com/policy-gateway/us-compensation-policy-guidance/.

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**

POLICY: Catholic

**Meeting Date: 25 May 2022**

Meeting ID: 1632904

## Dilution & Burn Rate

### DILUTION

|  | Dilution (%) |
|---|---|
| Exxon Mobil Corporation | 2.56 |
| Peer group median | 6.23 |
| Peer group weighted average | 5.61 |
| Peer group 75th percentile | 9.45 |

Dilution is the sum of the total amount of shares available for grant and outstanding under options and other equity awards (vested and unvested) expressed as a percentage of total basic common shares outstanding as of the record date. The dilution figure typically excludes employee stock purchase plans and 401(k) shares. The underlying information is based on the company's equity compensation table in the most recent proxy statement or 10-K.

### BURN RATE

|  | Unadjusted (%) | Adjusted (%) | Value-Adjusted (%) |
|---|---|---|---|
| 1-year | 0.20 | 0.41 | 0.20 |
| 3-year average | 0.21 | 0.41 | 0.21 |

Burn rate equals the number of shares granted in each fiscal year, including stock options, restricted stock (units), actual performance shares delivered under the long-term incentive plan or earned deferred shares, to employees and directors divided by weighted average common shares outstanding. The adjusted burn rate places a premium on grants of full-value awards using a multiplier based on the company's annual volatility.

The value-adjusted burn rate uses stock price to value full-value awards and Black Scholes to value stock options. For more information on these burn rate methodologies, please visit www.issgovernance.com/policy-gateway/voting-policies/.

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

**Quality**Score



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

## Climate Awareness Scorecard



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**

POLICY: Catholic

**Meeting Date: 25 May 2022**

Meeting ID: 1632904



**SDG Impact Rating**

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**    **Meeting Date: 25 May 2022**
POLICY: Catholic    Meeting ID: 1632904

For more information please visit ISS ESG SDG Impact Ratings. Norms Based Research (NBR) controversy content displayed in the SDG Impact Rating section of this report may differ from NBR controversy content displayed in other sections of the report. For more information on how Norms Based Research content is generated for inclusion in SDG Impact Ratings please refer to the SDG Impact Rating Methodology. If you have additional questions on the methodology, please visit ISS Help Center.

## Vote Results

### ANNUAL MEETING 26 MAY 2021

| Proposal | Board Rec | Catholic Rec | Disclosed Result | Support Including Abstains (%)[1] | Support Excluding Abstains (%)[2] |
|---|---|---|---|---|---|
| 1.1 Elect Director Michael J. Angelakis | For | Do Not Vote | Pass | 98.4 | 98.4 |
| 1.2 Elect Director Susan K. Avery | For | Do Not Vote | Pass | 96.7 | 96.7 |
| 1.3 Elect Director Angela F. Braly | For | Do Not Vote | Pass | 95.3 | 95.3 |
| 1.4 Elect Director Ursula M. Burns | For | Do Not Vote | Pass | 97.8 | 97.8 |
| 1.5 Elect Director Kenneth C. Frazier | For | Do Not Vote | Pass | 94.5 | 94.5 |
| 1.6 Elect Director Joseph L. Hooley | For | Do Not Vote | Pass | 96.6 | 96.6 |
| 1.7 Elect Director Steven A. Kandarian | For | Do Not Vote | Pass | 97.2 | 97.2 |
| 1.8 Elect Director Douglas R. Oberhelman | For | Do Not Vote | Fail | 97.2 | 97.2 |
| 1.9 Elect Director Samuel J. Palmisano | For | Do Not Vote | Fail | 93.2 | 93.2 |
| 1.10 Elect Director Jeffrey W. Ubben | For | Do Not Vote | Pass | 98.1 | 98.1 |
| 1.11 Elect Director Darren W. Woods | For | Do Not Vote | Pass | 94.5 | 94.5 |
| 1.12 Elect Director Wan Zulkiflee | For | Do Not Vote | Fail | 93.4 | 93.4 |
| 2 Ratify PricewaterhouseCoopers LLP as Auditors | For | Do Not Vote | Pass | 96.2 | 96.7 |
| 3 Advisory Vote to Ratify Named Executive Officers' Compensation | For | Do Not Vote | Pass | 87.1 | 88.6 |
| 4 Require Independent Board Chair | Against | Do Not Vote | Fail | 22.5 | 23.0 |
| 5 Reduce Ownership Threshold for Shareholders to Call Special Meeting | Against | Do Not Vote | Fail | 20.2 | 20.7 |
| 6 Issue Audited Report on Financial Impacts of IEA's Net Zero 2050 Scenario | Against | Do Not Vote | Fail | 48.2 | 49.4 |
| 7 Report on Costs and Benefits of Environmental-Related Expenditures | Against | Do Not Vote | Fail | 5.2 | 5.3 |
| 8 Report on Political Contributions | Against | Do Not Vote | Fail | 29.7 | 30.3 |
| 9 Report on Lobbying Payments and Policy | Against | Do Not Vote | Pass | 55.0 | 56.1 |
| 10 Report on Corporate Climate Lobbying Aligned with Paris Agreement | Against | Do Not Vote | Pass | 62.9 | 64.2 |
| 1.1 Elect Director Gregory J. Goff | For | For | Pass | 85.6 | 85.6 |
| 1.2 Elect Director Kaisa Hietala | For | For | Pass | 90.7 | 90.7 |
| 1.3 Elect Director Alexander A. Karsner | For | For | Pass | 73.1 | 73.1 |
| 1.4 Elect Director Anders Runevad | For | Withhold | Fail | 17.7 | 17.7 |
| 1.5 Management Nominee Michael J. Angelakis | For | For | Pass | 98.4 | 98.4 |
| 1.6 Management Nominee Susan K. Avery | For | For | Pass | 96.7 | 96.7 |
| 1.7 Management Nominee Angela F. Braly | For | For | Pass | 95.3 | 95.3 |
| 1.8 Management Nominee Ursula M. Burns | For | For | Pass | 97.8 | 97.8 |
| 1.9 Management Nominee Kenneth C. Frazier | For | For | Pass | 94.5 | 94.5 |
| 1.10 Management Nominee Joseph L. Hooley | For | For | Pass | 96.6 | 96.6 |
| 1.11 Management Nominee Jeffrey W. Ubben | For | For | Pass | 98.1 | 98.1 |
| 1.12 Management Nominee Darren W. Woods | For | For | Pass | 94.5 | 94.5 |
| 2 Ratify PricewaterhouseCoopers LLP as Auditors | For | For | Pass | 96.2 | 96.7 |
| 3 Advisory Vote to Ratify Named Executive Officers' Compensation | Against | For | Pass | 87.1 | 88.6 |

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**

**Meeting Date: 25 May 2022**

POLICY: Catholic

Meeting ID: 1632904

| | | | | | |
|---|---|---|---|---|---|
| 4 Require Independent Board Chair | None | For | Fail | 22.5 | 23.0 |
| 5 Reduce Ownership Threshold for Shareholders to Call Special Meeting | None | For | Fail | 20.2 | 20.7 |
| 6 Issue Audited Report on Financial Impacts of IEA's Net Zero 2050 Scenario | None | For | Fail | 48.2 | 49.4 |
| 7 Report on Costs and Benefits of Environmental-Related Expenditures | None | Against | Fail | 5.2 | 5.3 |
| 8 Report on Political Contributions | None | For | Fail | 29.7 | 30.3 |
| 9 Report on Lobbying Payments and Policy | None | For | Pass | 55.0 | 56.1 |
| 10 Report on Corporate Climate Lobbying Aligned with Paris Agreement | None | For | Pass | 62.9 | 64.2 |

Shaded results reflect a majority of votes cast FOR shareholder proposal or AGAINST management proposal or director election

[1]Support Including Abstains is defined as %FOR/(For + Against + Abstain), as expressed as a percentage.

[2]Support Excluding Abstains is defined as %FOR/(For + Against), as expressed as a percentage, provided if different from For + Against + Abstain.

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Exxon Mobil Corporation (XOM)                                                    Meeting Date: **25 May 2022**
POLICY: Catholic                                                                         Meeting ID: 1632904

## Meeting Agenda & Proposals

### Items 1.1-1.11. Elect Directors                                    AGAINST

**VOTE RECOMMENDATION**

A vote AGAINST incumbent nominees Darren Woods, Joseph (Jay) Hooley, Michael (Mike) Angelakis, Susan Avery, Angela Braly, Ursula Burns, Steven Kandarian, Kaisa Hietala, Alexander Karsner, Gregory (Greg) Goff, and Jeffrey Ubben is warranted ███████████████████████

A vote AGAINST CEO and Chair Darren Woods, Lead Director Joseph Hooley, and Public Issues and Contributions Committee Chair Susan Avery is warranted ████████████████████████████████████████
████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████

☐    Votes AGAINST CEO/Chair Darren Woods are further warranted ██████████████████
██████████████████████████████████████████████
████████████████████████████████

**BACKGROUND INFORMATION**

Policies: Board Accountability | Board Responsiveness | Director Competence | Director Independence | Election of Directors | Catholic Advisory Services Categorization of Directors | Vote No campaigns

**Vote Requirement:** The company has adopted a majority vote standard (of shares cast) for the election of directors with a plurality carve-out for contested elections, and has a director resignation policy in its governance guidelines.

## Discussion

Please see the Board Profile section above for more information on director nominees.

**ELECTION SUMMARY**

The company proposes the following (re)elections:

| Type of election | Nominees |
|---|---|
| Incumbent board members to be reelected | Darren Woods, Joseph (Jay) Hooley, Michael (Mike) Angelakis, Susan Avery, Angela Braly, Ursula Burns, Gregory (Greg) Goff, Kaisa Hietala, Steven Kandarian, Alexander Karsner, and Jeffrey Ubben |
| New board nominees to be elected by shareholders | No new board nominees on ballot |
| **Terms of candidates** | **Nominees** |
| One-year term | Darren Woods, Joseph (Jay) Hooley, Michael (Mike) Angelakis, Susan Avery, Angela Braly, Ursula Burns, Gregory (Greg) Goff, Kaisa Hietala, Steven Kandarian, Alexander Karsner, and Jeffrey Ubben |

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

CATHOLIC ADVISORY SERVICES COMPLIANCE TABLE

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**  
POLICY: Catholic

**Meeting Date: 25 May 2022**  
Meeting ID: 1632904



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



## Item 2. Ratify PricewaterhouseCoopers LLP as Auditors

### FOR

### VOTE RECOMMENDATION

A vote FOR this item is warranted ███████████████████████████

███████████

### BACKGROUND INFORMATION

Policies: Auditor Ratification

**Vote Requirement:** Majority of votes cast (abstentions not counted)

### Discussion

### AUDIT FIRM INFORMATION

The board recommends that PricewaterhouseCoopers LLP be reappointed as the company's independent audit firm.

| Audit firm name | PricewaterhouseCoopers LLP |
|---|---|
| Audit firm since (as disclosed) | 1934 |
| Audit opinion for the last fiscal year | Unqualified |
| Term to serve if reappointed | 1 year |

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

## FEES PAID DURING THE LAST FISCAL YEAR

| Audit firm name | PricewaterhouseCoopers LLP |
|---|---|
| Fees currency | USD |
| Total fees paid to the audit firm | 40,900,000 |
| **Audit fees** | **34,100,000** |
| **Audit-related fees** | **5,800,000** |
| Total transaction-related fees | 0 |
| Total tax fees | 1,000,000 |
| Other fees | 0 |
| **Total non-audit fees*** | **1,000,000** |
| Total non-audit fees as a percentage of total fees | 2.44% |

*Total non-audit fees include other fees, tax advice fees, and certain transaction-related fees. Non-audit fees will also include any tax-related fees not identified as tax compliance or tax preparation.

The auditor's report contained in the annual report is unqualified, meaning that in the opinion of the auditor, the company's financial statements are fairly presented in accordance with generally accepted accounting principles.

## Analysis



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

## Item 3. Advisory Vote to Ratify Named Executive Officers' Compensation

### FOR

VOTE RECOMMENDATION

A vote FOR this proposal is warranted, with caution. ████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

BACKGROUND INFORMATION

Policies: Advisory Votes on Executive Compensation

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

## Executive Compensation Analysis

**COMPONENTS OF PAY**

| ($ in thousands) | CEO | | | | CEO Peer Median | Other NEOs |
|---|---|---|---|---|---|---|
| | D. Woods | | D. Woods | D. Woods | | |
| | **2021** | **Change** | **2020** | **2019** | **2021** | **2021** |
| Base salary | 1,615 | 0.0% | 1,615 | 1,500 | 1,688 | 3,972 |
| Deferred comp & pension | 5,137 | | 5,349 | 7,071 | 0 | 13,551 |
| All other comp | 173 | -28.1% | 241 | 336 | 518 | 179 |
| Bonus | 3,142 | | 0 | 2,216 | 0 | 7,225 |
| Non-equity incentives | 0 | | 0 | 0 | 3,825 | 0 |
| Restricted stock | 13,573 | 57.7% | 8,606 | 12,373 | 11,813 | 29,588 |
| Option grant | 0 | | 0 | 0 | 3,151 | 0 |
| **Total** | **23,640** | **49.5%** | **15,810** | **23,496** | **23,995** | **54,515** |
| % of Net Income | 0.1% | | | | | 0.2% |
| % of Revenue | N/A | | | | | - |

### Non-Performance-Based Pay Elements (CEO)

| | |
|---|---|
| *Key perquisites ($)* | Personal aircraft use: 57,768; Personal/home security: 43,241; Auto: 31,492; Financial Planning: 12,347 |
| *Key tax gross-ups on perks ($)* | None |
| *Value of accumulated NQDC\* ($)* | 648,533 |
| *Present value of all pensions ($)* | 32,509,438 |
| *Years of actual plan service* | 29.3 |
| *Additional years credited service* | None |

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

*Non-qualified Deferred Compensation

## Disclosed Benchmarking Targets

| | |
|---|---|
| *Base salary* | None Disclosed |
| *Target short-term incentive* | None Disclosed |
| *Target long-term incentive (equity)* | None Disclosed |
| *Target total compensation* | 50th Percentile |

## Severance/Change-in-Control Arrangements (CEO unless noted)

| | |
|---|---|
| *Contractual severance arrangement* | None |
| *Non-CIC estimated severance ($)* | N/A |

*Change-in-Control Severance Arrangement*

| | |
|---|---|
| *Cash severance trigger\** | No Agreement |
| *Cash severance multiple* | N/A |
| *Cash severance basis* | N/A |
| *Treatment of equity* | Not disclosed |
| *Excise tax gross-up\** | No |
| *Estimated CIC severance ($)* | Not disclosed |

*All NEOs considered

## Compensation Committee Communication & Responsiveness

*Disclosure of Metrics/Goals*

| | |
|---|---|
| *Annual incentives* | Partial |
| *Long-term incentives* | Partial (metrics are disclosed but there are no quantified performance targets) |

*Pay Riskiness Discussion*

| | |
|---|---|
| *Process discussed?* | Yes |
| *Material risks found?* | No |

*Risk Mitigators*

| | |
|---|---|
| *Clawback policy\** | Yes |
| *CEO stock ownership guideline* | Stock ownership guidelines include unvested awards |
| *Stock holding period requirements* | Stock options: No disclosure / Restricted Stock: Holding period until end of employment |

*Must apply to cash as well as equity incentives and at least all NEOs.

*Pledging/Hedging of Shares*

| | |
|---|---|
| *Anti-hedging policy* | Company has a robust policy |
| *Anti-pledging policy* | The proxy statement does not disclose a robust policy |

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                                    **Meeting Date: 25 May 2022**
POLICY: Catholic                                                          Meeting ID: 1632904

*Compensation Committee Responsiveness*

| | |
|---|---|
| *MSOP vote results (F/F+A)* | 2021: 88.6%; 2020: 91.5%; 2019: 91.6% |
| *Frequency approved by shareholders* | Annual with 88.2% support |
| *Frequency adopted by company* | Annual (most recent frequency vote: 2017) |

*Repricing History*

| | |
|---|---|
| *Repriced/exchanged underwater options last FY?* | No |

## Pay for Performance Evaluation

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



## Short-Term Cash Incentives

| CEO STI Opportunities | FY 2021 (D. Woods) | | FY 2020 (D. Woods) | |
|---|---|---|---|---|
| | **Target** | **Maximum** | **Target** | **Maximum** |
| *STI targets ($)* | 0 | 0 | ND | 0 |
| *STI targets (calculated)* | ND | 0 | ND | ND |
| *STI targets (as disclosed)* | ND | | | |
| *ISS peer median* | 196% of base salary | | | |
| *Company peer median* | 198% of base salary | | | |

| Actual Payouts ($) | FY 2021 (D. Woods) | | FY 2020 (D. Woods) | |
|---|---|---|---|---|
| | Amount | % of base salary | Amount | % of base salary |
| *Bonus* | 3,142,000 | 195 | 0 | 0 |
| *Non-equity incentive* | 0 | 0 | 0 | 0 |
| *Total Bonus + Non-equity* | 3,142,000 | 195 | 0 | 0 |

| STI performance metrics/goals | Metric | Form | Weight | Threshold | Target | Maximum | Actual |
|---|---|---|---|---|---|---|---|
| | Year-over-year change in earnings | Absolute | 100% | ND | ND | ND | ND |

### Other Short-Term Incentive Factors

| | |
|---|---|
| *Performance results adjusted?* | N/A |
| *Discretionary component?* | Yes, award sizes are determined using committee discretion, though guided by an assessment of performance. |

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

| | |
|---|---|
| *Discretionary bonus?** | Yes |
| *Future performance metrics* | Not disclosed |

*Based on the Bonus column in the SCT; per SEC rules, amounts disclosed in this column were not based on pre-set goals.

## Long-Term Incentives

| | |
|---|---|
| *CEO's last FY LTI target (%)* | None disclosed |
| *NEOs' last FY award type(s)* | Time-based stock |
| *Last FY performance metrics/goals* | N/A (awards do not maintain performance vesting criteria); however, the committee does consider the metrics below in determining award size: |

| Metric | Threshold | Target | Maximum |
|---|---|---|---|
| Personnel Safety | ND | ND | ND |
| Environmental | ND | ND | ND |
| GHG Emissions | ND | ND | ND |
| ROCE | ND | ND | ND |
| Cash Flow from Operations and Asset Sales | ND | ND | ND |
| TSR | ND | ND | ND |
| Strategic Objectives | ND | ND | ND |

*Performance charts are provided for each metric (either compared to peers or based on ExxonMobil's absolute performance) on page 49 of the proxy.

### Long-Term Equity Grants

| CEO Equity Awards | FY 2021 | | | | FY 2020 | | | |
|---|---|---|---|---|---|---|---|---|
| | Shares (#) | % shares* | Value ($)* | % value | Shares (#) | % shares* | Value ($)* | % value |
| *Time-based shares* | 215,000 | 100 | 13,572,950 | 100 | 205,000 | 100 | 8,605,900 | 100 |
| *Time-based options* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Performance shares* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Performance options* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Total equity* | 215,000 | | 13,572,950 | | 205,000 | | 8,605,900 | |

| | |
|---|---|
| *Time-based equity vesting* | RSUs: Vest 50 percent after five years and 50 percent upon the later of 10 years from grant and retirement from the company |
| *Perf. measurement period* | N/A, awards do not have forward-looking performance vesting criteria |
| *CEO one-time equity award* | N/A |
| *CEO equity pay mix (by value)** | Performance-conditioned: 0%; Time-based: 100% |

*Performance shares, if any, are counted and valued at target.

### Other Long-Term Incentive Factors

| | |
|---|---|
| *Performance results adjusted?* | Not disclosed |
| *Discretionary component?* | Yes, while the size of the award is determined using compensation committee discretion, award determinations are informed by prior 10-year performance, progress against strategic objectives, and compensation benchmarking. |

Publication Date: 12 May 2022

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                                      **Meeting Date: 25 May 2022**
POLICY: Catholic                                                         Meeting ID: 1632904

Executive Summary

Analysis



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



| Item 4. Remove Executive Perquisites | FOR |
|---|---|

### VOTE RECOMMENDATION

A vote FOR this proposal is warranted. ████████████████████████████████████████████████████████████████████████████████████████████████████████

### BACKGROUND INFORMATION

Policies: <u>Disclosure/Setting Levels or Types of Compensation for Executives and Directors</u> | <u>Supplemental Executive Retirement Plans (SERPs)</u> | <u>Golden Coffins/Executive Death Benefits</u>

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

### PROPOSAL

Bernie J. Pafford has submitted a proposal requesting the board discontinue payments or reimbursements of perquisites provided for executives that are not provided to the general employee population. The proposal reads in the proxy statement exactly as follows:

"Resolved – Shareholders request that payments and/or reimbursements to current and former Named Executive Officers (NEOs) for personal expenses which are not allowed to US dollar paid salaried employees under the Company's policies and procedures be discontinued."

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our <u>Policy Gateway</u>.

**Exxon Mobil Corporation (XOM)**                                                                      **Meeting Date: 25 May 2022**
POLICY: Catholic                                                                                                            Meeting ID: 1632904

## PROPONENT'S SUPPORTING STATEMENT

While acknowledging that the total dollar value of executive perquisites is relatively small, the proponent believes that ExxonMobil's executive perquisites are provided as an exception to company policy and that giving these benefits to NEOs sends the wrong message to other employees. The proponent notes that NEOs receive, among other things, tax preparation assistance, financial planning services, residential security systems, and certain personal travel costs. The proponent believes that NEOs are compensated well enough to pay their expenses and points out that other employees who charge personal expenses to the company must reimburse the company or be subject to disciplinary action. The proponent notes that in 2020 the compensation committee discontinued certain tax and financial planning perquisites for future NEOs but did not eliminate the benefit for current NEOs. The proponent also states that there is a current third-party service that provides financial advice to regular employees and asks that NEOs use that service instead. Lastly, the proponent states that NEOs may use ExxonMobil headquarters office space with administrative support after retirement, even for activities that are not necessarily related to their prior employment, which is not provided to other retirees.

## BOARD'S STATEMENT

The board believes that the company's compensation and benefits programs are designed to support the core principles and business strategies and are market competitive for all employees. The board notes that executive and other employees participate in the same broad-based programs and in cases where programs differ, it is generally due to legacy participation in previously provided and/or terminated programs or based on "position-specific requirements." The board uses the financial planning program as an example because all employees can access a broad-based financial planning program, but the executive program was closed to new participants in January of 2021. The board also states that ExxonMobil provides security for employees based on a risk assessment that includes the employee's role and work location. The company does not consider security costs to be personal benefits because they believe these costs are necessary due to the employee's role within the company. The board also points out that the company requires the CEO to use the company aircraft for all travel for security reasons.

## Analysis



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

| Item 5. Amend Bylaws to Limit Shareholder Rights for Proposal Submission | AGAINST |
|---|---|

**VOTE RECOMMENDATION**

A vote AGAINST this proposal is warranted ███████████████████████████

████████████████████████████████████████████████

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

## Discussion

### PROPOSAL

Stephen Milloy has submitted a proposal seeking to limit the rights of what he terms "nuisance shareholders" to submit proposals at annual meetings. The proposal reads as follows:

"Resolved:  That the Company amend its bylaws to no longer permit shareholders to submit precatory (non-binding or advisory) proposals for consideration at annual shareholder meetings, unless the board of directors takes specific action to approve submission of such proposals."

### PROPONENT'S SUPPORTING STATEMENT

The proponent asserts that "many shareholders own stock in publicly-owned corporations for the sole purpose of advancing the shareholders' own social or political agendas, while simultaneously assailing the corporations' legitimate business operations." The proponent states that "climate activists are nuisance shareholders who have leveraged proposals over the years to the point where they now have a significant presence on the ExxonMobil board of directors," and goes on to suggest that such activists "may soon control the ExxonMobil board." He argues further that the submission of precatory shareholder proposals is a "primary tool of nuisance shareholders" which "can coerce management into making decisions not in the best interests of ExxonMobil and its bona fide shareholders," and that the "overarching purpose of these proposals is to harass, intimidate and otherwise force ExxonMobil management into actions that it would not normally undertake and that, in fact, may be harmful to the company and its bona fide shareholders." The proponent believes that this will inevitably reduce the company's profits and thereby prevent it from achieving its "actual social responsibility" of generating wealth.

### BOARD RESPONSE

The board states that it values input from shareholders and respects their right to have their perspectives heard through written and electronic communications with the board, and through shareholder proposals, which it recognizes "can be a constructive element of corporate governance." The board believes this proposal is unnecessary.

## Analysis

██████████████████████████████████████████████████████████████

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic



| Item 6. Set GHG Emissions Reduction targets Consistent Wi th Paris Agreement Goal | FOR |
|---|---|

VOTE RECOMMENDATION

A vote FOR this proposal is warranted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

Discussion

PROPOSAL

Follow This has submitted a precatory proposal asking that the company report on its plans to reduce its total contribution to climate change and align its operations with the Paris Agreement's goals.

The resolution specifically reads:

**"Resolved:** Shareholders request the Company to set and publish medium- and long-term targets to reduce the greenhouse gas (GHG) of the Company's operations and energy products (Scope 1, 2, and 3) consistent with the goal of the Paris Climate Agreement: to limit global warming to well below 2°C above pre -industrial levels and to pursue efforts to limit the temperature increase to 1.5°C."

PROPONENT'S STATEMENT

In its supporting statement, the proponent states that there is scientific consensus that global warming emissions need to be deeply cut in order to limit warming to safe levels, that investors are increasingly insisting on targets to cut emissions, and that companies in the energy sector are likely to face increasing legal risk related to climate change. The proponent cites as an example of potential legal risk the 2021 by a Dutch court for Shell to "severely reduce [its] worldwide emissions (Scope 1, 2, and 3) by 2030." The proponent believes the company "could lead and thrive in the energy transition" and encourages shareholder support for the proposal.

BOARD'S STATEMENT

In its opposing statement, the board states that it agrees with the proponent that the company could be a leader in the energy transition. The company recently published its Advancing Climate Solutions report that discusses initiatives the company is taking to reduce GHG emissions. The company has set a target to achieve net-zero operational (Scope 1 & 2) emissions by 2050. To support that ambition, the company has set medium-term targets to reduce Scope 1 & 2 emissions that will result in a GHG emissions intensity reduction of 20-30 percent and an absolute reduction of 20 percent by 2030 (compared to 2016 levels). The board states that the company plans to spend more than $15 billion by 2027 on low-carbon technologies such as carbon capture and storage, hydrogen, and biofuels. The board also highlights some of the problems that it finds in Scope 3 accounting: that there are some activities that may lower global emissions but would raise one company's Scope 3 emissions, that Scope 3 emissions may be counted by more than one company, and that one company lowering its Scope 3 emissions doesn't necessarily mean that global emissions will go down.

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

### BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For more information on climate change, see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism around this issue, view ISS' 2022 U.S. Environmental & Social Issues Proxy Season Preview (requires login to ISS Link).

ExxonMobil has not received a proposal asking for it to set GHG emissions reductions targets in recent years.

Analysis



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**  **Meeting Date: 25 May 2022**
POLICY: Catholic  Meeting ID: 1632904

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

## Item 7. Report on Low Carbon Business Planning

## FOR

### VOTE RECOMMENDATION

Votes FOR this shareholder proposal are warranted ███████████████████████████
█████████████████████████████████████████████████

### BACKGROUND INFORMATION

Policies: Climate Change/Greenhouse Gas (GHG) Emissions

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

Discussion

### PROPOSAL

Individual shareholders who are clients of Arjuna Capital have submitted a precatory proposal asking the company to report on how the company could change its business model to make money within the limits required by keeping global warming to more than 1.5 degrees C of global warming.

The resolution specifically reads:

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

"Resolved: With board oversight, shareholders request ExxonMobil issue a report (at reasonable cost, omitting proprietary information) describing how the company could alter its business model to yield profits within the limits of a 1.5 degree Celsius global temperature rise by substantially reducing its dependence on fossil fuels."

## PROPONENT'S STATEMENT

In its supporting statement, the proponents assert that "a global transition towards a low carbon economy places unprecedented risk on oil companies and the economy," yet the company has no business strategy consistent with limiting global temperature rise to 1.5 degrees C. The statement cites an IPCC assessment that oil industry emissions need to drop by 50 to 90 percent by 2050 to avoid "catastrophic consequences," that the U.S. Commodity Futures Trading Commissions asserts that climate change "poses a major risk to the stability of the U.S. financial system," and the United Nations Environment Programme Finance Initiative finds that half of companies' earnings are at risk from climate costs. The non-profit Carbon Tracker estimates that 80 of ExxonMobil's investments could be stranded if the world takes adequate action to limit temperature rise to "safe" levels. The proponents highlight that peer companies are investing more in clean energy, including wind, solar, and renewables storage. The World Benchmarking Alliance has reportedly estimated that companies need to dedicate over three-fourths of capital expenditure toward low-carbon projects, yet ExxonMobil has only committed to invest 3.3 percent through 2025. The proponents assert that the company is not pursuing a long-term competitive strategy. They suggest a report from the company could include a roadmap to change its energy mix, including buying renewable energy assets, internally expanding its renewable energy portfolio, and/or focusing capital expenditures on low-carbon capital projects.

## BOARD'S STATEMENT

In its opposing statement, the board states that the company already produces the information requested in its Advancing Climate Solutions report, it Energy Outlook, its Sustainability Report, and other publications and filings. The company states that it plans to spend $15 billion through 2027 to lower emissions in the company's operations and to grow lower-emissions opportunities in carbon capture and storage, hydrogen, and biofuels. The Advancing Climate Solutions report shows the company's analysis of its business and investment portfolio under the International Energy Agency's (IEA's) Net Zero Emissions by 2050 (NZE) scenario. The company's assessment—which assumes a higher price on carbon emissions as the IEA NZE scenario does—showed "significant growth potential exists in chemicals, lower-emission fuels, carbon capture and storage, and hydrogen."

## BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For more information on climate change, see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism around this issue, view ISS' 2022 U.S. Environmental & Social Issues Proxy Season Preview (requires login to ISS Link).

This is the first time ExxonMobil has received a request to change its business model to yield profits within the limits of a 1.5 degree Celsius global temperature rise by substantially reducing its dependence on fossil fuels.

Analysis



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

## Item 8. Report on Scenario Analysis Consistent with International Energy Agency's Net Zero by 2050

**FOR**

### VOTE RECOMMENDATION

A vote FOR this proposal is warranted ████████████████████████████████████████
████████████████████████████████████

### BACKGROUND INFORMATION

Policies: Climate Change/Greenhouse Gas (GHG) Emissions

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

Discussion

### PROPOSAL

Christian Brothers Investment Services has submitted a proposal asking the company to report on the potential financial impacts to the company of the IEA Net Zero (NZE) 2050 scenario.

Specifically, the resolution requests:

"RESOLVED: Shareholders request that ExxonMobil's Board of Directors seek an audited report assessing how applying the assumptions of the International Energy Agency's Net Zero by 2050 pathway would affect the assumptions, costs, estimates, and valuations underlying its financial statements, including those related to long-term commodity and carbon prices, remaining asset lives, future asset retirement obligations, capital expenditures and impairments. The Board should obtain and ensure publication of the report by February 2023, at reasonable cost and omitting proprietary information."

### PROPONENT'S STATEMENT

In its supporting statement, the proponent states that investors are increasingly concerned that the company's investment strategy will lead to stranded assets (impairments). For that reason, the proponent is asking the company to provide an assessment, assured by an independent auditor, that compares showing how applying the assumptions of the IEA NZE scenario would impact the company's financial statements. For example, the scenario assumes that no new fossil fuel development is needed and projects an oil price as low as $35/barrel in 2030 and $24/barrel in 2050. The proponent argues that ExxonMobil lags many of its peers who have released more transparent climate disclosures in their audited financial statements.

### BOARD'S STATEMENT

In its opposing statement, the board states that the company recently produced in its Advancing Climate Solutions report an audited analysis comparing its business strategy to the IEA NZE scenario. The company states the company's assessment showed the company "could continue to grow cash flows over time through reduced investments in oil and natural gas and increased investments in accretive projects in chemicals, carbon capture and storage, lower-emissions fuels, hydrogen, and carbon capture and storage." The company goes on to say that the IEA NZE scenario assumes that 24 million barrels of oil and 169 billion cubic feet of natural gas will still be needed to meet demand in 2050. It states that its analysis includes an analysis of the company's spending plan and a modeling of potential future cash flow and that it shows the resiliency of its business strategy.

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**     **Meeting Date: 25 May 2022**
POLICY: Catholic                         Meeting ID: 1632904

## BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For more information on climate change, see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism around this issue, view ISS' 2022 U.S. Environmental & Social Issues Proxy Season Preview (requires login to ISS Link).



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904



Analysis

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Exxon Mobil Corporation (XOM)
POLICY: Catholic



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



| Item 9. Report on Reducing Plastic Pollution | FOR |
|---|---|

VOTE RECOMMENDATION

A vote FOR this proposal is warranted, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

BACKGROUND INFORMATION

Policies: Recycling

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

Discussion

PROPOSAL

Andrew Behar has submitted a precatory proposal requesting that the company produce a report on shifting to recycled polymer for single use plastics.

Specifically, the "resolved clause" states:

"Resolved: Shareholders request that Exxon's Board issue an audited report addressing whether and how a significant reduction in virgin plastic demand, as set forth in *Breaking the Plastic Wave's* System Change Scenario to reduce ocean plastic pollution, would affect the Company's financial position and assumptions underlying its financial statements. The report should be at reasonable cost and omit proprietary information."

PROPONENTS' STATEMENT

In its statement supporting the proposal, the proponents explain the problems caused to the environment by virgin plastic use and the need to shift the current "linear take-make-waste production model" of single-use plastic (SUP). The proponent highlights the fact that the company was recently identified as the largest global producer of SUP-bound polymers (5.9 million metric tons in 2019, an estimated 50 percent of its total polymer production). The proponent cites a BP Energy Outlook report that found that a global SUP plastic ban by 2040 would reduce oil demand growth by 60 percent. This demand destruction for virgin plastics has the potential to result in stranded assets, according to the statement. The proponent suggests that the report asked for include quantification of the company's polymer production for SUP markets; a summary or list of the company's existing and planned investment that may be materially impacted by a scenario similar to the System Change Scenario, and any future plans or goals to shift away from virgin plastics.

BOARD'S STATEMENT

In its opposing statement, the board states that the report asked for by the proposal is unnecessary due to the company's work on plastic recycling goals and its established risk management processes. The board said the company is working with several partners to reduce plastic waste. It is a founding member of the Alliance to End Plastic Waste. It reportedly has plans to build recycling capacity capable of processing approximately 500,000 metric tons of plastics waste per year. The company works to eliminate plastic pellet pollution from its

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

manufacturing facilities. It also formed a joint venture with Agilyx Corp. called Cyclyz International that is focused on aggregating and pre-processing large volumes of plastic waste. The statement also highlights the benefits of lightweight plastics and their important role in lower-emission technologies.

BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For more information on extended producer responsibility and post-consumer packaging waste, see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism on environmental and social issues, refer to ISS' 2022 U.S. Environmental and Social Shareholder Proxy Season Preview (requires login to ISS Link).

This is the first year that ExxonMobil has received a resolution asking for a report on shifting the company's business model away from single use plastics.

Analysis



Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.



## Item 10. Report on Political Contributions and Expenditures

### FOR

VOTE RECOMMENDATION

A vote FOR this resolution is warranted

BACKGROUND INFORMATION

Policies: Political Spending & Lobbying Activities

**Vote Requirement:** Majority of votes cast (abstentions and broker non-votes not counted)

Discussion

PROPOSAL

The Unitarian Universalist Association and co-filers have filed a precatory proposal requesting that the company report on its political contributions.

Specifically, the resolution states:

**"Resolved,** that the shareholders of Exxon Mobil Corp. ('Exxon' or 'Company') hereby request the Company to prepare and semiannually update a report, which shall be presented to the pertinent board of directors committee and posted on the Company's website, disclosing the Company's:

(a) Policies and procedures for making electoral contributions and expenditures (direct and indirect) with corporate funds, including the board's role (if any) in that process; and

(b) Monetary and non-monetary contributions or expenditures that could not be deducted as an ordinary and necessary business expense under section 162(e)(1)(B) of the Internal Revenue Code, including (but not limited to) contributions or expenditures on behalf of candidates, parties, and committees and entities organized and operating under section 501(c)(4) of the Internal Revenue Code, as well as the portion of any dues or payments made to any tax-exempt organization (such as a trade association) used for an expenditure or contribution that, if made directly by the Company, would not be deductible under section 162(e)(1)(B) of the Internal Revenue Code.

The report shall be made available within 12 months of the annual meeting and identify all recipients and the amount paid to each recipient from Company funds. This proposal does not encompass lobbying spending."

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

SHAREHOLDERS SUPPORTING STATEMENT

In their supporting statement, the proponents say that they support transparency and accountability in corporate spending. The filers state that the company discloses some election related spending, but it does not disclose direct independent expenditures; payments to influence the outcome of ballot measures; or payments to trade associations or 501(c)(4)s that could be used for election-related purposes. Public records show that ExxonMobil has contributed nearly $20 million in corporate funds since the 2010 election cycle, but information on electoral spending through trade associations and 501(c)(4) groups are not publicly available unless the company discloses it. The filers say that this proposal asks that ExxonMobil disclose all of its electoral spending, direct and indirect. They say that would bring the company in line with peers AT&T, Phillips 66, and ConocoPhillips, which present this information on their websites.

BOARD'S STATEMENT

In its opposing statement, the board states that ExxonMobil is in full compliance with all applicable regulations, and that it publicly shares its corporate political spending policy and its direct contributions to candidates, parties, and committees. It states that the company is of the belief that the disclosure rules outlined by federal and state laws are adequate and equitable. Further, the board states that, pursuant to its Political Activities Guidelines, its corporate political contributions are subject to a strict internal review process that requires approval by the board's chairman. Both political contributions and contributions of its Political Action Committees (PACs) are reviewed annually with the Public Issues and Contributions Committee and the board and these procedures are verified through internal audits. Regarding contributions to third-party organizations, the board says that on its website, ExxonMobil publishes a list of all U.S. trade associations in which it or its affiliates are members and reports using a portion of the company's payments for lobbying. The board believes that, for these reasons, the company's current federal and state oversight and reporting are sufficiently transparent, and requests for further disclosure would be more appropriately addressed to Congress, the Executive Branch, and/or relevant state and local governments.

BACKGROUND AND RECENT SHAREHOLDER ACTIVISM

For more information on political contributions, see ISS' Environmental and Social Background Report. For an update on the most recent shareholder activism on environmental and social issues, refer to ISS' 2022 U.S. Environmental and Social Shareholder Proxy Season Preview (requires login to ISS Link).

According to the 2021 CPA-Zicklin Index of Corporate Political Disclosure and Accountability, which gauges a company's transparency around political spending, ExxonMobil received a score of 60 out of 100, placing it in the 2nd tier (out of five tiers).

ExxonMobil has received this proposal for the past three years. In 2021, it received 30.5-percent shareholder support. In 2020 and 2019. It received 3- percent and 26.1-percent shareholder support, respectively.

Analysis

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved.  This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**                    **Meeting Date: 25 May 2022**
POLICY: Catholic                                       Meeting ID: 1632904



Publication Date: 12 May 2022                                                  Page 54

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.

## Detailed Ownership Profile

back to Ownership and Control Overview

Percentages rounded down to 1 decimal. "▶" identifies shareholders considered strategic under ISS' definition.

| Type | Votes per Share | Outstanding |
|---|---|---|
| Common Stock | 1 | 4,225,673,726 |
| **Ownership - Common Stock** | **Number of Shares** | **% of Class** |
| The Vanguard Group | 355,607,673 | 8.4 |
| BlackRock, Inc. | 262,837,867 | 6.2 |
| State Street Corporation | 253,266,613 | 5.9 |
| Fidelity Management & Research Co. LLC | 71,245,644 | 1.6 |
| Geode Capital Management LLC | 70,815,006 | 1.6 |
| Norges Bank Investment Management | 52,041,575 | 1.2 |
| Northern Trust Investments, Inc.(Investment Management) | 48,860,767 | 1.1 |
| GQG Partners LLC | 32,397,153 | 0.7 |
| Charles Schwab Investment Management, Inc. | 30,619,880 | 0.7 |
| State Farm Investment Management Corp. | 30,520,300 | 0.7 |
| Capital Research & Management Co. (World Investors) | 30,240,300 | 0.7 |
| First Eagle Investment Management LLC | 23,812,283 | 0.5 |
| The Bank of New York Mellon Corp. (Investment Management) | 22,130,858 | 0.5 |
| Mellon Investments Corp. | 21,932,098 | 0.5 |
| Morgan Stanley Smith Barney LLC (Investment Management) | 21,553,176 | 0.5 |
| Franklin Advisers, Inc. | 21,520,125 | 0.5 |
| T. Rowe Price Associates, Inc. (Investment Management) | 18,747,010 | 0.4 |
| Dimensional Fund Advisors LP | 18,696,371 | 0.4 |
| ▶D.W. Woods | 169,496 | <0.1 |
| ▶J.P. Williams, Jr. | 137,241 | <0.1 |
| ▶N.A. Chapman | 136,842 | <0.1 |
| ▶K.A. Mikells | 10,050 | <0.1 |

Source(s): Proxy Statement,  © 2022 Factset Research Systems, Inc. All Rights Reserved. As of: 28 Feb 2022

## Additional Information

| | |
|---|---|
| Meeting Location | Virtual Meeting Only: www.virtualshareholdermeeting.com/XOM2022 |
| Meeting Time | 09:30 Central Time |
| Shareholder Proposal Deadline | December 8, 2022 |
| Solicitor | D.F. King & Co. |
| Security IDs | 30231G102(CUSIP) |

Copyright © 2022 Institutional Shareholder Services Inc.  All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report,  please see our Policy Gateway.

**Exxon Mobil Corporation (XOM)**
POLICY: Catholic

**Meeting Date: 25 May 2022**
Meeting ID: 1632904

ISS' experienced research team provides comprehensive proxy analyses and complete vote recommendations for approximately 44,000 meetings annually in around 115 markets worldwide. With a team of approximately 300 research professionals, ISS aims to cover every holding within a client's portfolio in both developed and emerging markets.

Our Research Analysts are located in offices worldwide, offering local insight and global breadth. Research office locations include Berlin, Brussels, London, Manila, Mumbai, Norman, Paris, San Francisco, Singapore, Sydney, Tokyo, Toronto, and Rockville, Maryland.

ISS has long been committed to engagement and transparency. For information on the policies applied in this research report, please see our Policy Gateway. Please use the ISS Help Center for questions on research reports, policy, and for requests for engagements.



*The issuer that is the subject of this analysis may have purchased self-assessment tools and publications from ISS Corporate Solutions, Inc. (formerly known as ISS Corporate Services, Inc. and referred to as "ICS"), a wholly-owned subsidiary of ISS, or ICS may have provided advisory or analytical services to the issuer in connection with the proxies described in this report. These tools and services may have utilized preliminary peer groups generated by ISS' institutional research group. No employee of ICS played a role in the preparation of this report. If you are an ISS institutional client, you may inquire about any issuer's use of products and services from ICS by emailing disclosure@issgovernance.com.*

This proxy analysis and vote recommendation has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. While ISS exercised due care in compiling this analysis, it makes no warranty, express or implied, regarding the accuracy, completeness or usefulness of this information and assumes no liability with respect to the consequences of relying on this information for investment or other purposes. In particular, the research and voting recommendations provided are not intended to constitute an offer, solicitation or advice to buy or sell securities nor are they intended to solicit votes or proxies.

In February 2021, Deutsche Börse AG ("DB") completed a transaction pursuant to which it acquired an approximate 80% stake in ISS HoldCo Inc., the holding company which owns ISS. The remainder of ISS HoldCo Inc. is held by a combination of Genstar Capital ("Genstar") and ISS management. Policies on non-interference and potential conflicts of interest related to DB and Genstar are available at https://www.issgovernance.com/compliance/due-diligence-materials.

The issuer that is the subject of this proxy analysis may be a client of ISS or ICS, or the parent of, or affiliated with, a client of ISS or ICS.

One or more of the proponents of a shareholder proposal at an upcoming meeting may be a client of ISS or ICS, or the parent of, or affiliated with, a client of ISS or ICS. None of the sponsors of any shareholder proposal(s) played a role in preparing this report.

ISS may in some circumstances afford issuers, whether or not they are clients of ICS, the right to review draft research analyses so that factual inaccuracies may be corrected before the report and recommendations are finalized. Control of research analyses and voting recommendations remains, at all times, with ISS.

ISS makes its proxy voting policy formation process and summary proxy voting policies readily available to issuers, investors and others on its public website: http://www.issgovernance.com/policy.

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part.

Copyright © 2022 Institutional Shareholder Services Inc. All Rights Reserved. This proxy analysis and the information herein may not be reproduced or disseminated in whole or in part. For information on the policies applied in this research report, please see our Policy Gateway.