# Foster Declaration Exhibit 7

Page 1

KANSAS SENATE CHAMBER PROCEEDINGS

DISCUSSION ON SB 375


Wednesday, February 18, 2026




https://www.youtube.com/live/Xh3us-lPtZY

(Excerpt 4:02:30 - 4:11:25)

Page 2

A P P E A R A N C E S

SENATORS:


Renee Erickson (R), District 30

Kellie Warren (R), District 11

Page 3

R E C O R D I N G

(Excerpt 4:02:30 - 4:11:25)

SEN. ERICKSON:  We will now turn our attention back to Senate Bill 375. The Chair will -- recognizes the Senator from Johnson, Senator Warren, to explain the bill.

SEN. WARREN:  Thank you, Madam Chair. And thank you for the Body's patience and to the Revisor for working on some amendments.

So this bill is the Proxy Advisor Transparency Act. So proxy advisors do hold tremendous sway in the U.S. market because investors, stockholders -- right -- shareholders, depend on proxy advisors for advice on how to vote their shares. Many investors use proxy advisors based on guidance and fiduciaries that vote proxy shares due to the potential effect on shareholder value, that your vote could impact how your company that you own shares in is going to perform and what they're going to do. So proxy advisors represent -- they're supposed to represent that they're trying to increase shareholder value. Right? And proxy advisors often, however,

Page 4

recommend votes against what the management of the company has recommended. And that's what this bill addresses because sometimes those recommendations from proxy advisors would harm shareholder value, such as asking shareholders who own stock in an airplane manufacturer to align their vote with, for instance, net zero goals to cap the maximum number of flights at, you know, 2019 levels or something; or would require the use of more fuel efficient, less emission emitting but more expensive fuel; or asking a restaurant chain to set emission targets, which then could impact farmers, which would then impact the supply chain, which would then increase the cost of input for the restaurant chain; or, for instance, asking an oil and gas company to set things like Paris Agreement aligned emissions targets, which in the end are all going to -- or could -- negatively impact the shareholder's bottom line because the bottom line of the company is negatively impacted.

So we heard testimony that proxy advisors do not conduct written financial analysis to assess the effect on shareholder value before they make these

Page 5

recommendations. States, however, can ensure that investors who use proxy advisors are given truthful, factual information related to the advisors' recommendations. And that's what the bill does. It does it by doing a couple of things. One, it would require the proxy advisors to either, first of all, disclose when a recommendation or policy to vote against company management is not based on a written financial analysis or, if the recommendation is based on a written financial analysis, to provide that to the companies and upon request to clients of the proxy advisor. So if you aren't going to be doing those things as a proxy advisor, the bill could be enforced by being considered a violation of the State's Unfair and Deceptive Acts and Practices without a private cause of action. So we don't want, you know, 3,000 shareholders suing an entity when this could be dealt with at -- by a complaint to the Attorney General.

So I do have an amendment, Madam Chair, that would strike the private cause of action from the bill. And I have turned it in. And it is number 3840.

SEN. ERICKSON:  Give us a moment to get it

Page 6

distributed. Would you like to explain your amendment or have it read?

SEN. WARREN:  Sure, I'm happy to explain it. Thank you. And like I said, it deletes the civil -- private civil cause of action under the Kansas Consumer Protection Act so that only the Attorney General could bring an action. And with that, I'd stand for questions.

SEN. ERICKSON:  Are there questions on the amendment? Seeing none, Senator, you may move your amendment.

SEN. WARREN:  Thank you, Madam Chair. I move the amendment.

SEN. ERICKSON:  Per the motion, all in favor say aye.

MEMBERS:  Aye.

SEN. ERICKSON:  Opposed, no.

MEMBER:  No.

SEN. ERICKSON:  Motion carries. We are back on the bill.

SEN. WARREN:  Thank you, Madam Chair. And, you know, we discussed this further amongst ourselves

in caucus this morning, and we were talking that well, you know, oftentimes there are groups who perform research or analysis on shareholder proposals. Right? They are often nonprofits. They're often religious institutions and other organizations who participate in providing this research to shareholders or their readership. Right? So the thought was to exclude those types of groups who aren't being compensated for being proxy advisors but are providing research to shareholders.

So I have an amendment to exempt them from the bill. And I have turned it in, and it is number 3843.

SEN. ERICKSON:  Give us a moment to get it distributed. Senator, would you like to explain your amendment or have it read?

SEN. WARREN:  Sure, I'm happy to explain it. And what it does is it would exempt from the bill charitable organizations under 501(c)(3) of the Internal Revenue Code; and it would exclude from the definition of proxy advisory service would not include a charitable organization if the charitable

Page 8

organization's gross annual revenue from proxy advisory services is less than $500,000. So the bill's really targeted at proxy advisory entities that are compensated for their advising shareholders about vote this way or vote that way who aren't 501(c)(3)s. And with that, Madam Chair, I would stand for questions on the amendment.

SEN. ERICKSON:  Are there questions for the carrier of the amendment? Seeing none, you may move your amendment.

SEN. WARREN:  Thank you, Madam Chair. I move the amendment.

SEN. ERICKSON:  Per the motion, all in favor say aye.

MEMBERS:  Aye.

SEN. ERICKSON:  Opposed, no. Motion carries. We are back on the bill. Senator from Johnson, Senator Warren.

SEN. WARREN:  Thank you, Madam Chair. So with the two amendments and the work done in Committee, the bill is in a good place to help address what's happening kind of at the proxy advisory level where

Page 9

proxy advisors are advising the shareholders, who are shareholders in the company seeking to maximize their profits, to vote against the management of the company. Management has a fiduciary duty to manage the company in a way that is profitable for shareholders. And sometimes the proxy advisors have an interest in directing shareholders to vote a way that would be for ideological purposes but would be contrary to the bottom line of the company. So with that, Madam Chair, I'd stand for questions.

SEN. ERICKSON:  Are there questions for the Senator from Johnson? Seeing none, you may close.

SEN. WARREN:  Thank you, Madam Chair. I close. I move that when the Committee rise and reports, it reports Senate Bill 462 (sic) as amended favorably for passage.

SEN. ERICKSON:  I believe it's 375, Senator.

SEN. WARREN:  Sorry. I've got many bills floating around on my desk.

SEN. ERICKSON:  That's okay.

SEN. WARREN:  But yes, that one. So I move that when the Committee rise and reports, it reports

Page 10

Senate Bill 375 as amended favorably for passage.

SEN. ERICKSON:  You have heard the motion. All in favor say aye.

MEMBERS:  Aye.

SEN. ERICKSON:  Opposed, no. Motion carries. We will now turn our attention to Senate Bill 334.

(Whereupon, discussion of SB 375 concluded.)

Page 11

CERTIFICATE OF TRANSCRIBER

I, RITA PELUSO, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

*Rita Peluso*

RITA PELUSO

**[11 - couple]**

**1**

**11** 2:6
**18** 1:4
**18266** 11:14

**2**

**2019** 4:8
**2026** 1:4

**3**

**3** 7:19 8:5
**3,000** 5:16
**30** 2:5
**334** 10:6
**375** 1:2 3:4
 9:17 10:1,7
**3840** 5:21
**3843** 7:13

**4**

**462** 9:15
**4:02:30** 1:9 3:2
**4:11:25** 1:9 3:2

**5**

**500,000** 8:2
**501** 7:19 8:5

**a**

**ability** 11:7
**accurate** 11:5
**act** 3:11 6:6
**action** 5:16,20
 6:5,7 11:8,12
**acts** 5:15

**address** 8:21
**addresses** 4:3
**advice** 3:14
**advising** 8:4
 9:1
**advisor** 3:10
 5:12,13
**advisors** 3:11
 3:14,15,20,22
 4:4,20 5:2,3,6
 7:9 9:1,6
**advisory** 7:21
 8:2,3,22
**agreement** 4:16
**airplane** 4:5
**align** 4:6
**aligned** 4:16
**amended** 9:15
 10:1
**amendment**
 5:19 6:1,10,11
 6:13 7:11,16
 8:7,9,10,12
**amendments**
 3:9 8:20
**analysis** 4:21
 5:9,10 7:3
**annual** 8:1
**asking** 4:5,10
 4:15
**assess** 4:21
**attention** 3:4
 10:6

**attorney** 5:18
 6:6 11:10
**audio** 11:3
**aye** 6:15,16
 8:14,15 10:3,4

**b**

**back** 3:4 6:19
 8:17
**based** 3:15 5:8
 5:9
**believe** 9:17
**best** 11:6
**bill** 3:4,6,10 4:2
 5:4,13,21 6:20
 7:12,18 8:17
 8:21 9:15 10:1
 10:6
**bill's** 8:2
**bills** 9:18
**body's** 3:8
**bottom** 4:18,18
 9:9
**bring** 6:7

**c**

**c** 2:1 3:1 7:19
 8:5
**cap** 4:7
**carrier** 8:9
**carries** 6:19
 8:16 10:5
**caucus** 7:1
**cause** 5:16,20
 6:5

**certificate** 11:1
**certify** 11:2
**chain** 4:11,13
 4:14
**chair** 3:4,7 5:19
 6:12,21 8:6,11
 8:19 9:9,13
**chamber** 1:1
**charitable** 7:19
 7:22,22
**civil** 6:4,5
**clients** 5:11
**close** 9:12,14
**code** 7:20
**committee** 8:20
 9:14,22
**companies** 5:11
**company** 3:18
 4:2,15,19 5:8
 9:2,4,5,9
**compensated**
 7:8 8:4
**complaint** 5:18
**concluded** 10:7
**conduct** 4:21
**considered**
 5:14
**consumer** 6:6
**contrary** 9:8
**cost** 4:13
**counsel** 11:7,10
**couple** 5:5

**[d - lptzy]**

**d**

**d** 3:1
**dealt** 5:17
**deceptive** 5:15
**definition** 7:21
**deletes** 6:4
**depend** 3:13
**desk** 9:19
**digital** 11:3
**directing** 9:7
**disclose** 5:7
**discussed** 6:22
**discussion** 1:2
  10:7
**distributed** 6:1
  7:15
**district** 2:5,6
**doing** 5:5,12
**due** 3:16
**duty** 9:4

**e**

**e** 2:1,1 3:1
**effect** 3:17 4:22
**efficient** 4:9
**either** 5:6
**emission** 4:9,11
**emissions** 4:16
**emitting** 4:10
**employed** 11:8
  11:11
**employee** 11:10
**enforced** 5:13

**ensure** 5:1
**entities** 8:3
**entity** 5:17
**erickson** 2:5
  3:3 5:22 6:9,14
  6:17,19 7:14
  8:8,13,16 9:11
  9:17,20 10:2,5
**excerpt** 1:9 3:2
**exclude** 7:7,20
**exempt** 7:11,18
**expensive** 4:10
**explain** 3:6 6:1
  6:3 7:15,17

**f**

**factual** 5:3
**farmers** 4:12
**favor** 6:14 8:13
  10:3
**favorably** 9:16
  10:1
**february** 1:4
**fiduciaries** 3:16
**fiduciary** 9:4
**financial** 4:21
  5:9,10
**financially**
  11:11
**first** 5:6
**flights** 4:7
**floating** 9:19
**foregoing** 11:4

**fuel** 4:9,10
**further** 6:22
  11:9

**g**

**g** 3:1
**gas** 4:15
**general** 5:18
  6:7
**give** 5:22 7:14
**given** 5:2
**goals** 4:7
**going** 3:19,19
  4:17 5:12
**good** 8:21
**gross** 8:1
**groups** 7:2,8
**guidance** 3:15

**h**

**happening** 8:22
**happy** 6:3 7:17
**harm** 4:4
**heard** 4:20 10:2
**help** 8:21
**hereto** 11:11
**hold** 3:11
**https** 1:8

**i**

**ideological** 9:8
**impact** 3:18
  4:12,12,17
**impacted** 4:19

**include** 7:21
**increase** 3:21
  4:13
**information**
  5:3
**input** 4:14
**instance** 4:6,14
**institutions** 7:5
**interest** 9:6
**interested**
  11:12
**internal** 7:20
**investors** 3:12
  3:15 5:2

**j**

**johnson** 3:5
  8:17 9:12

**k**

**kansas** 1:1 6:5
**kellie** 2:6
**kind** 8:22
**know** 4:8 5:16
  6:22 7:2
**knowledge**
  11:6

**l**

**level** 8:22
**levels** 4:8
**line** 4:18,18 9:9
**live** 1:8
**lptzy** 1:8

| m | o | proceeding | record  11:5 |
|---|---|---|---|

**m**

**madam**  3:7 5:19 6:12,21 8:6,11,19 9:9 9:13

**make**  4:22

**manage**  9:4

**management**  4:1 5:8 9:3,4

**manufacturer**  4:6

**market**  3:12

**maximize**  9:2

**maximum**  4:7

**member**  6:18

**members**  6:16 8:15 10:4

**moment**  5:22 7:14

**morning**  7:1

**motion**  6:14,19 8:13,16 10:2,5

**move**  6:10,12 8:9,11 9:14,21

**n**

**n**  2:1 3:1

**negatively**  4:17 4:19

**neither**  11:7

**net**  4:7

**nonprofits**  7:4

**number**  4:7 5:21 7:12

**o**

**o**  3:1

**oftentimes**  7:2

**oil**  4:15

**okay**  9:20

**opposed**  6:17 8:16 10:5

**organization**  7:22

**organization's**  8:1

**organizations**  7:5,19

**outcome**  11:12

**own**  3:18 4:5

**p**

**p**  2:1,1

**paris**  4:15

**participate**  7:5

**parties**  11:8,11

**passage**  9:16 10:1

**patience**  3:8

**peluso**  11:2,15

**perform**  3:19 7:2

**place**  8:21

**policy**  5:7

**potential**  3:17

**practices**  5:15

**prepared**  11:3

**private**  5:15,20 6:5

**proceeding**  11:4

**proceedings**  1:1 11:6

**profitable**  9:5

**profits**  9:3

**proposals**  7:3

**protection**  6:6

**provide**  5:10

**providing**  7:6,9

**proxy**  3:10,11 3:13,15,16,20 3:22 4:4,20 5:2 5:6,11,13 7:9 7:21 8:1,3,22 9:1,6

**purposes**  9:8

**q**

**questions**  6:8,9 8:6,8 9:10,11

**r**

**r**  2:1,5,6 3:1,1

**read**  6:2 7:16

**readership**  7:7

**really**  8:3

**recognizes**  3:5

**recommend**  4:1

**recommendat...**  5:7,9

**recommendat...**  4:3 5:1,4

**recommended**  4:2

**record**  11:5

**recording**  11:4

**related**  5:3 11:7

**relative**  11:10

**religious**  7:4

**renee**  2:5

**reports**  9:15,15 9:22,22

**represent**  3:20 3:21

**request**  5:11

**require**  4:9 5:6

**research**  7:3,6 7:9

**restaurant**  4:11 4:14

**revenue**  7:20 8:1

**revisor**  3:8

**right**  3:13,22 7:3,7

**rise**  9:14,22

**rita**  11:2,15

**s**

**s**  2:1 8:5

**sb**  1:2 10:7

**seeing**  6:10 8:9 9:12

**seeking**  9:2

**sen**  3:3,7 5:22 6:3,9,12,14,17 6:19,21 7:14 7:17 8:8,11,13

8:16,19 9:11 9:13,17,18,20 9:21 10:2,5

**senate**  1:1 3:4 9:15 10:1,6

**senator**  3:5,5 6:10 7:15 8:17 8:17 9:12,17

**senators**  2:3

**service**  7:21

**services**  8:2

**set**  4:11,15

**shareholder**  3:17,21 4:4,22 7:3

**shareholder's**  4:18

**shareholders**  3:13 4:5 5:17 7:6,10 8:4 9:1 9:2,5,7

**shares**  3:14,16 3:18

**sic**  9:15

**signature**  11:14

**skills**  11:6

**sorry**  9:18

**stand**  6:8 8:6 9:10

**state's**  5:14

**states**  5:1

**stock**  4:5

**stockholders**  3:13

**strike**  5:20

**suing**  5:17

**supply**  4:13

**supposed**  3:20

**sure**  6:3 7:17

**sway**  3:12

**t**

**taken**  11:9

**talking**  7:1

**targeted**  8:3

**targets**  4:11,16

**testimony**  4:20

**thank**  3:7,8 6:4 6:12,21 8:11 8:19 9:13

**things**  4:15 5:5 5:13

**thought**  7:7

**transcriber**  11:1

**transcript**  11:3 11:5

**transparency**  3:11

**tremendous**  3:11

**true**  11:5

**truthful**  5:2

**trying**  3:21

**turn**  3:3 10:6

**turned**  5:21 7:12

**two**  8:20

**types**  7:8

**u**

**u.s.**  3:12

**under**  6:5 7:19

**unfair**  5:14

**use**  3:15 4:9 5:2

**v**

**value**  3:17,22 4:4,22

**violation**  5:14

**vote**  3:14,16,17 4:6 5:7 8:4,5 9:3,7

**votes**  4:1

**w**

**want**  5:16

**warren**  2:6 3:5 3:7 6:3,12,21 7:17 8:11,18 8:19 9:13,18 9:21

**way**  8:5,5 9:5,7

**wednesday**  1:4

**work**  8:20

**working**  3:9

**written**  4:21 5:8,10

**www.youtub...**  1:8

**x**

**xh3us**  1:8

**z**

**zero**  4:7