# Foster Declaration Exhibit 9

Page 1

KANSAS HOUSE CHAMBER PROCEEDINGS

DISCUSSION ON SB 375


Wednesday, March 18, 2026




https://www.youtube.com/watch?v=eD9mrUCT6_Y

(Excerpt 24:53 - 30:27)

Page 2

A P P E A R A N C E S

REPRESENTATIVES:

William Sutton (R), District 43

Nick Hoheisel (R), District 97

Rui Xu (D), District 25

Allen Reavis (R), District 63

Page 3

R E C O R D I N G

(Excerpt 24:53 - 30:27)

SEN. HOFFMAN:  Next item of business is SB 375. For the purpose of carrying 375, the Chair recognizes Representative Hoheisel. We're waiting on you, Representative.

REP. HOHEISEL:  Thank you, Mr. Chair. I will pay my fine to the three amigos for making you guys wait on me and not pushing my button. There were committee amendments. I move adoption of committee report.

SEN. HOFFMAN:  You've heard the motion. All in favor signify by saying aye. Opposed no. Motion passes. The committee report is adopted. Please continue.

REP. HOHEISEL:  Thank you. Mr. Chair. SB 375 basically enacts the proxy, the Investment Advisors Act, And what this bill will do is, if a proxy advisor recommends a vote against management with having done a -- without having done the financial analysis, they have to say so clearly to the investors receiving the advice, to the Company's board, and to their own

Page 4

website. If they did do with financial analysis, they have to disclose that too and make that analysis available to the public. With that, Mr. Chair, I will stand for question.

SEN. HOFFMAN:  All right. For further -- the Chair recognizes Representative Xu.

REP. XU:  Thank you, Mr. Chair. This bill is not fine. If we take a big step back and look at what this bill actually does, it is the government mandating private business to essentially do a bunch more work, which could then come back and make government business more expensive. If we're requiring these proxy advisors to make sure that every time they go against management to prove that they did financial analysis, that's just going to make the process more expensive. And for example, KPERS does quite a bit of this using proxy advisors. And so that means, if the proxy advisors and raise their prices as a result of this, then that actually costs the state more money. So I rise in opposition to this bill. Thank You, Mr. Chair.

SEN. HOFFMAN:  For further discussion

Page 5

the Chair recognizes Representative Reavis.

REP. REAVIS:  Thank you, Mr. Chair. Would the carrier of the bill answer some questions?

REP. HOHEISEL:  Yes, sir, Representative.

REP. REAVIS:  Does Bill 375 deal with possible deceptive and fraudulent practices?

REP. HOHEISEL:  Yes.

REP. REAVIS:  Does it deal with transparency and public disclosures?

REP. HOHEISEL:  Yes.

REP. REAVIS:  Does it deal with the Kansas Attorney General's ability to investigate and enforce business in Kansas under the Consumer Protection Act?

REP. HOHEISEL:  Yes.

REP. REAVIS:  Then I have an amendment.

SEN. HOFFMAN:  Representative, have you turned in your amendment? All right. There is no amendment, so we are going to continue on. Does anybody else wish to speak on the bill? Seeing none, Representative Hoheisel, you may close. I'm sorry.

REP. HOHEISEL:  Thank you, Mr. Chair. I move

Page 6

when the Committee rise and reports it reports SB 375 favorable for passage.

SEN. HOFFMAN:  You've heard the motion by Representative Hoheisel to report Senate Bill 375 favorable. All those in favor say aye. Opposed no. Ayes appear to have it. Ayes do have it. Motion passes.

Page 7

CERTIFICATE OF TRANSCRIBER

I, RITA PELUSO, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

*Rita Peluso*

RITA PELUSO

**[18 - government]** Page 1

| 1 |
|---|
| **18** 1:4 |
| **18266** 7:14 |

| 2 |
|---|
| **2026** 1:4 |
| **24:53** 1:9 3:2 |
| **25** 2:7 |

| 3 |
|---|
| **30:27** 1:9 3:2 |
| **375** 1:2 3:4,4 3:16 5:5 6:1,4 |

| 4 |
|---|
| **43** 2:5 |

| 6 |
|---|
| **63** 2:8 |

| 9 |
|---|
| **97** 2:6 |

| a |
|---|
| **ability** 5:12 7:7 |
| **accurate** 7:5 |
| **act** 3:18 5:13 |
| **action** 7:8,12 |
| **actually** 4:9,19 |
| **adopted** 3:14 |
| **adoption** 3:10 |
| **advice** 3:22 |
| **advisor** 3:18 |
| **advisors** 3:17 4:13,17,18 |
| **allen** 2:8 |

**amendment** 5:15,17,18
**amendments** 3:10
**amigos** 3:8
**analysis** 3:20 4:1,2,15
**answer** 5:3
**anybody** 5:19
**appear** 6:6
**attorney** 5:12 7:10
**audio** 7:3
**available** 4:3
**aye** 3:13 6:5
**ayes** 6:6,6

| b |
|---|
| **back** 4:8,11 |
| **basically** 3:17 |
| **best** 7:6 |
| **big** 4:8 |
| **bill** 3:18 4:7,9 4:20 5:3,5,19 6:4 |
| **bit** 4:16 |
| **board** 3:22 |
| **bunch** 4:10 |
| **business** 3:3 4:10,12 5:13 |
| **button** 3:9 |

| c |
|---|
| **c** 2:1 3:1 |
| **carrier** 5:3 |
| **carrying** 3:4 |
| **certificate** 7:1 |
| **certify** 7:2 |
| **chair** 3:4,7,16 4:3,6,7,21 5:1,2 5:22 |
| **chamber** 1:1 |
| **clearly** 3:21 |
| **close** 5:20 |
| **come** 4:11 |
| **committee** 3:10 3:10,14 6:1 |
| **company's** 3:22 |
| **consumer** 5:13 |
| **continue** 3:15 5:18 |
| **costs** 4:19 |
| **counsel** 7:7,10 |

| d |
|---|
| **d** 2:7 3:1 |
| **deal** 5:5,8,11 |
| **deceptive** 5:6 |
| **digital** 7:3 |
| **disclose** 4:2 |
| **disclosures** 5:9 |
| **discussion** 1:2 4:22 |
| **district** 2:5,6,7 2:8 |

| e |
|---|
| **e** 2:1,1 3:1 |
| **ed9mruct6** 1:8 |
| **employed** 7:8 7:11 |
| **employee** 7:10 |
| **enacts** 3:17 |
| **enforce** 5:12 |
| **essentially** 4:10 |
| **example** 4:16 |
| **excerpt** 1:9 3:2 |
| **expensive** 4:12 4:16 |

| f |
|---|
| **favor** 3:13 6:5 |
| **favorable** 6:2,5 |
| **financial** 3:20 4:1,14 |
| **financially** 7:11 |
| **fine** 3:8 4:8 |
| **foregoing** 7:4 |
| **fraudulent** 5:6 |
| **further** 4:5,22 7:9 |

| g |
|---|
| **g** 3:1 |
| **general's** 5:12 |
| **go** 4:14 |
| **going** 4:15 5:18 |
| **government** 4:9,12 |

| | | | |
|---|---|---|---|
| **guys** 3:8 | **mandating** 4:10 | **private** 4:10 | **report** 3:11,14 6:4 |
| **h** | **march** 1:4 | **proceeding** 7:4 | **reports** 6:1,1 |
| **heard** 3:12 6:3 | **means** 4:17 | **proceedings** 1:1 7:6 | **representative** 3:5,6 4:6 5:1,4 |
| **hereto** 7:11 | **money** 4:20 | **process** 4:15 | 5:16,20 6:4 |
| **hoffman** 3:3,12 4:5,22 5:16 6:3 | **motion** 3:12,13 6:3,6 | **protection** 5:13 | **representatives** 2:3 |
| **hoheisel** 2:6 3:5 3:7,16 5:4,7,10 5:14,20,22 6:4 | **move** 3:10 5:22 | **prove** 4:14 | **requiring** 4:12 |
| | **n** | **proxy** 3:17,18 4:13,17,18 | **result** 4:18 |
| **house** 1:1 | **n** 2:1 3:1 | **public** 4:3 5:9 | **right** 4:5 5:17 |
| **https** 1:8 | **neither** 7:7 | **purpose** 3:4 | **rise** 4:20 6:1 |
| **i** | **nick** 2:6 | **pushing** 3:9 | **rita** 7:2,15 |
| **interested** 7:12 | **o** | **q** | **rui** 2:7 |
| **investigate** 5:12 | **o** 3:1 | **question** 4:4 | **s** |
| **investment** 3:17 | **opposed** 3:13 6:5 | **questions** 5:3 | **s** 2:1 |
| **investors** 3:21 | **opposition** 4:20 | **quite** 4:16 | **saying** 3:13 |
| **item** 3:3 | **outcome** 7:12 | **r** | **sb** 1:2 3:3,16 6:1 |
| **k** | **own** 3:22 | **r** 2:1,5,6,8 3:1,1 | **seeing** 5:19 |
| **kansas** 1:1 5:11 5:13 | **p** | **raise** 4:18 | **sen** 3:3,12 4:5 4:22 5:16 6:3 |
| **knowledge** 7:6 | **p** 2:1,1 | **reavis** 2:8 5:1,2 5:5,8,11,15 | **senate** 6:4 |
| **kpers** 4:16 | **parties** 7:8,11 | **receiving** 3:21 | **signature** 7:14 |
| **l** | **passage** 6:2 | **recognizes** 3:5 4:6 5:1 | **signify** 3:13 |
| **look** 4:8 | **passes** 3:14 6:7 | **recommends** 3:19 | **sir** 5:4 |
| **m** | **pay** 3:8 | **record** 7:5 | **skills** 7:6 |
| **make** 4:2,11,13 4:15 | **peluso** 7:2,15 | **recording** 7:4 | **sorry** 5:21 |
| **making** 3:8 | **please** 3:14 | **related** 7:7 | **speak** 5:19 |
| **management** 3:19 4:14 | **possible** 5:6 | **relative** 7:10 | **stand** 4:4 |
| | **practices** 5:6 | **rep** 3:7,16 4:7 5:2,4,5,7,8,10 5:11,14,15,22 | **state** 4:19 |
| | **prepared** 7:3 | | **step** 4:8 |
| | **prices** 4:18 | | |

**[sure - y]**                                                                    Page 3

| | | |
|---|---|---|
| **sure**  4:13 | **x** | |
| **sutton**  2:5 | **xu**  2:7 4:6,7 | |
| **t** | **y** | |
| **take**  4:8 | **y**  1:8 | |
| **taken**  7:9 | | |
| **thank**  3:7,16  4:7,20 5:2,22 | | |
| **three**  3:8 | | |
| **time**  4:13 | | |
| **transcriber**  7:1 | | |
| **transcript**  7:3,5 | | |
| **transparency**  5:8 | | |
| **true**  7:5 | | |
| **turned**  5:17 | | |
| **u** | | |
| **under**  5:13 | | |
| **using**  4:17 | | |
| **v** | | |
| **v**  1:8 | | |
| **vote**  3:19 | | |
| **w** | | |
| **wait**  3:9 | | |
| **waiting**  3:5 | | |
| **watch**  1:8 | | |
| **website**  4:1 | | |
| **wednesday**  1:4 | | |
| **william**  2:5 | | |
| **wish**  5:19 | | |
| **work**  4:11 | | |
| **www.youtub...**  1:8 | | |