# Foster Declaration Exhibit 10

Page 1

KANSAS SENATE CHAMBER PROCEEDINGS

DISCUSSION ON SB 325

Wednesday, March 25, 2026

https://www.youtube.com/watch?v=ozXIha43cJQ

(Excerpt 51:45 - 55:20)

Page 2

A P P E A R A N C E S

SENATORS:

Tim Shallenburger (R), District 13

Kellie Warren (R), District 11

Bill Clifford (R), District 39

Page 3

R E C O R D I N G

(Excerpt 51:45 - 55:20)

SEN. SHALLENBURGER:  Under the order of business motions to concur, Chair recognizes the senator from Johnson, Senator Warren, on Senate Bill 375.

SEN. WARREN:  Thank you, Mr. Vice President. This bill concerns proxy advisers. And if you remember, proxy advisors come into play when you've got shareholders, and shareholders are receiving advice on votes that their companies are asking them to make on decisions. The Directors of the company are already under a fiduciary duty that they owe to the shareholders, but what we're finding is proxy advisors are not. So what this bill does is it helps provide some accountability of the proxy advisors to the shareholders by requiring certain disclosures.

The House made one amendment to the bill as it came over to them from the Senate. And the one amendment, which we are seeking to concur on, is to exclude from the list of those who provide proxy advisor services. The bill already excludes charitable

Page 4

organizations, if they have a gross avenue -- gross annual revenue of less than $500,000 from their proxy advisory services. The amendment from the House would also exclude banks, savings and loan associations, or savings banks or an affiliate thereof, if such entity derives -- sorry -- derives less than 10 percent of such entity's gross annual revenue from proxy advisory services. So that was the one amendment that the House made, and the rest of the bill is in place.

And the bill really addresses making sure that these proxy advisors aren't making recommended votes that would actually be against company management that might actually hurt the company's profitability. So that includes issues of -- ESG type issues. But the bill passed out when it came through the Senate the first time 40-0.

Thank you, Mr. Chair. And with that, I move the Senate concur in House amendments to SB 375.

SEN. SHALLENBURGER:  Are there questions on Senate Bill 375? Chair recognizes Senator from Finney, Senator Finney (sic).

SEN. CLIFFORD:  Thank you, Mr. Vice

Page 5

President. It's quite a nice name. I premise --

SEN. SHALLENBURGER:  I have a block. I'm sorry.

SEN. CLIFFORD:  Thank you. I -- premising caucus, I checked with Alan Conroy, KPERS, and the bill does not impact the KPERS Trust Fund in any way, so I will be supportive of the motion to concur. Thank you, Mr. Vice President.

SEN. SHALLENBURGER:  Thank you, Senator Clifford.

Any further questions? Seeing none, we'll hold that for final action. We are now ready for final action. This roll call will take the following. The Conference Committee report on House Bill 2124, House Bill 2422, Senate Bill 325, and Senate Bill 23. And the motion to concur on Senate Bill 375. Clerk will read the titles.

Page 6

CERTIFICATE OF TRANSCRIBER

I, RITA PELUSO, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

*Rita Peluso*

RITA PELUSO

**1**

**10** 4:6
**11** 2:6
**13** 2:5
**18266** 6:14

**2**

**2026** 1:4
**2124** 5:14
**23** 5:15
**2422** 5:15
**25** 1:4

**3**

**325** 1:2 5:15
**375** 3:6 4:18,20
  5:16
**39** 2:7

**4**

**40-0** 4:16

**5**

**500,000** 4:2
**51:45** 1:9 3:2
**55:20** 1:9 3:2

**a**

**ability** 6:7
**accountability**
  3:16
**accurate** 6:5
**action** 5:12,13
  6:8,12
**actually** 4:12
  4:13

**addresses** 4:10
**advice** 3:11
**advisers** 3:8
**advisor** 3:22
**advisors** 3:9,14
  3:16 4:11
**advisory** 4:3,7
**affiliate** 4:5
**alan** 5:5
**amendment**
  3:18,20 4:3,8
**amendments**
  4:18
**annual** 4:2,7
**asking** 3:11
**associations**
  4:4
**attorney** 6:10
**audio** 6:3
**avenue** 4:1

**b**

**banks** 4:4,5
**best** 6:6
**bill** 2:7 3:5,8,15
  3:18,22 4:9,10
  4:15,20 5:6,14
  5:15,15,15,16
**block** 5:2
**business** 3:4

**c**

**c** 2:1 3:1
**call** 5:13

**caucus** 5:5
**certain** 3:17
**certificate** 6:1
**certify** 6:2
**chair** 3:4 4:17
  4:20
**chamber** 1:1
**charitable** 3:22
**checked** 5:5
**clerk** 5:16
**clifford** 2:7
  4:22 5:4,10
**come** 3:9
**committee** 5:14
**companies** 3:11
**company** 3:12
  4:12
**company's**
  4:13
**concerns** 3:8
**concur** 3:4,20
  4:18 5:7,16
**conference**
  5:14
**conroy** 5:5
**counsel** 6:7,10

**d**

**d** 3:1
**decisions** 3:12
**derives** 4:6,6
**digital** 6:3
**directors** 3:12

**disclosures**
  3:17
**discussion** 1:2
**district** 2:5,6,7
**duty** 3:13

**e**

**e** 2:1,1 3:1
**employed** 6:8
  6:11
**employee** 6:10
**entity** 4:5
**entity's** 4:7
**esg** 4:14
**excerpt** 1:9 3:2
**exclude** 3:21
  4:4
**excludes** 3:22

**f**

**fiduciary** 3:13
**final** 5:12,12
**financially** 6:11
**finding** 3:14
**finney** 4:21,21
**first** 4:16
**following** 5:13
**foregoing** 6:4
**fund** 5:6
**further** 5:11
  6:9

**g**

**g** 3:1

**[gross - sure]**

**gross** 4:1,1,7

**h**

**helps** 3:15
**hereto** 6:11
**hold** 5:12
**house** 3:18 4:3
  4:8,18 5:14,14
**https** 1:8
**hurt** 4:13

**i**

**impact** 5:6
**includes** 4:14
**interested** 6:12
**issues** 4:14,15

**j**

**johnson** 3:5

**k**

**kansas** 1:1
**kellie** 2:6
**knowledge** 6:6
**kpers** 5:5,6

**l**

**list** 3:21
**loan** 4:4

**m**

**made** 3:18 4:9
**make** 3:12
**making** 4:10,11
**management**
  4:13

**march** 1:4
**motion** 5:7,16
**motions** 3:4
**move** 4:17

**n**

**n** 2:1 3:1
**name** 5:1
**neither** 6:7
**nice** 5:1

**o**

**o** 3:1
**order** 3:3
**organizations**
  4:1
**outcome** 6:12
**owe** 3:13
**ozxiha43cjq**
  1:8

**p**

**p** 2:1,1
**parties** 6:8,11
**passed** 4:15
**peluso** 6:2,15
**percent** 4:6
**place** 4:9
**play** 3:9
**premise** 5:1
**premising** 5:4
**prepared** 6:3
**president** 3:7
  5:1,8

**proceeding** 6:4
**proceedings**
  1:1 6:6
**profitability**
  4:14
**provide** 3:15,21
**proxy** 3:8,9,14
  3:16,21 4:2,7
  4:11

**q**

**questions** 4:19
  5:11
**quite** 5:1

**r**

**r** 2:1,5,6,7 3:1,1
**read** 5:17
**ready** 5:12
**really** 4:10
**receiving** 3:10
**recognizes** 3:4
  4:20
**recommended**
  4:11
**record** 6:5
**recording** 6:4
**related** 6:7
**relative** 6:10
**remember** 3:9
**report** 5:14
**requiring** 3:17
**rest** 4:9
**revenue** 4:2,7

**rita** 6:2,15
**roll** 5:13

**s**

**s** 2:1
**savings** 4:4,5
**sb** 1:2 4:18
**seeing** 5:11
**seeking** 3:20
**sen** 3:3,7 4:19
  4:22 5:2,4,9
**senate** 1:1 3:5
  3:19 4:16,18
  4:20 5:15,15
  5:16
**senator** 3:5,5
  4:20,21 5:9
**senators** 2:3
**services** 3:22
  4:3,8
**shallenburger**
  2:5 3:3 4:19
  5:2,9
**shareholders**
  3:10,10,14,17
**sic** 4:21
**signature** 6:14
**skills** 6:6
**sorry** 4:6 5:3
**supportive** 5:7
**sure** 4:10

**[take - www.youtube.com]**

| t |
|---|
| **take**   5:13 |
| **taken**   6:9 |
| **thank**   3:7 4:17 4:22 5:4,7,9 |
| **thereof**   4:5 |
| **tim**   2:5 |
| **time**   4:16 |
| **titles**   5:17 |
| **transcriber**   6:1 |
| **transcript**   6:3,5 |
| **true**   6:5 |
| **trust**   5:6 |
| **type**   4:14 |

| u |
|---|
| **under**   3:3,13 |

| v |
|---|
| **v**   1:8 |
| **vice**   3:7 4:22 5:8 |
| **votes**   3:11 4:12 |

| w |
|---|
| **warren**   2:6 3:5 3:7 |
| **watch**   1:8 |
| **way**   5:6 |
| **wednesday**   1:4 |
| **www.youtub...**   1:8 |