# Foster Declaration Exhibit 11

Page 1

KANSAS HOUSE CHAMBER PROCEEDINGS

DISCUSSION AND VOTE SB 375


Thursday, April 9, 2026

7:05:50-7:09:20




https://www.youtube.com/watch?v=NDaL0NhuiTc

(Excerpt 7:05:50 - 7:09:20)

Page 2

A P P E A R A N C E S

The Speaker of the House

Rep. Nick Hoheisel (R), District 97

Rep. Rui Xu (D), District 25

Page 3

R E C O R D I N G

(Excerpt 7:05:50 - 7:09:20)

THE SPEAKER OF THE HOUSE:  The Governor's objection to Senate Bill 375 having been read, the time has now arrived for the House reconsideration of said bill. The Speaker recognizes Representative Hoheisel.

REP. HOHEISEL:  Thank you, Mr. Speaker.

SB 375 requires proxy advisor firms to disclose whether their recommendations against company management are based on an actual written financial analysis. If they aren't, they have to say so clearly to both the investors receiving the advice and the companies being targeted. If they are, they have to make the analysis available on request. Encouragement or -- I'm sorry -- enforcement of authority is given to the Attorney General under the Kansas Consumer Protection Act.

So, with that, Mr. Speaker, I move, notwithstanding the Governor's veto of SB 375, the bill be passed.

THE SPEAKER OF THE HOUSE:  Representative Xu.

Page 4

REP. XU:  Thank you, Mr. Speaker. I urge you to vote no on this. This is a government mandate on private businesses. Thank you.

THE SPEAKER OF THE HOUSE:  Representative, you may close.

REP. HOHEISEL:  Thank you, Mr. Speaker.

I did make it eight years without having the Governor veto a bill of mine; almost made it to the finish line, unfortunately not. The Governor's justification for vetoing this, she objected to the process this legislation followed, and that objection is not grounded in reality. This bill started in the Senate where it was thoroughly vetted and passed down the committee. It was amended and debated on the Senate floor, and it passed the Senate floor.

It came to the House where members took it seriously enough to amend it again, pass it out of committee, and pass it on the House floor. It then went back to the Senate where the Senate concurred on the House amendments. This followed the legislative process all the way throughout. At every step, elected members of both chambers had the opportunity to

Page 5

represent their constituents, and did so by margins of 32 to 8 in the Senate and 84 to 40 in the House. The process argument does not hold up.

So with that, I close and move my motion.

THE SPEAKER OF THE HOUSE:  The question arises on the motion of Representative Hoheisel that notwithstanding the Governor's veto, the bill be passed. The Clerk will open the roll and you may record your vote.

Has every member had the opportunity to record their vote?

The Clerk will close the roll. Does any member desire to explain his or her vote?

Does any member desire to change his or her vote?

Representative Chauncey votes aye.

Any further changes? Seeing none. With 87 having voted in favor and 36 against, the passage of Senate Bill 375, the same having received the required two-thirds majority, is hereby declared passed. The Clerk will record the vote.

Are there announcements? No announcements.

Page 6

Representative Rajas.

(Whereupon, discussion and vote on SB 375 concluded.)

Page 7

CERTIFICATE OF TRANSCRIBER

I, JESSICA BARRON, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

*Jessica Barron*

JESSICA BARRON

**[18266 - grounded]**

**1**

18266   7:14

**2**

2026   1:4
25   2:5

**3**

32   5:2
36   5:18
375   1:2 3:4,9
   3:20 5:19 6:2

**4**

40   5:2

**7**

7:05:50   1:9 3:2
7:05:50-7:09...
   1:5

**8**

8   5:2
84   5:2
87   5:17

**9**

9   1:4
97   2:4

**a**

ability   7:7
accurate   7:5
act   3:18
action   7:8,12
actual   3:11

advice   3:13
advisor   3:9
amend   4:17
amended   4:14
amendments
   4:20
analysis   3:12
   3:15
announcements
   5:22,22
april   1:4
argument   5:3
arises   5:6
arrived   3:5
attorney   3:17
   7:10
audio   7:3
authority   3:16
available   3:15
aye   5:16

**b**

back   4:19
barron   7:2,15
based   3:11
best   7:6
bill   3:4,6,21 4:8
   4:12 5:7,19
businesses   4:3

**c**

c   2:1 3:1
certificate   7:1
certify   7:2

chamber   1:1
chambers   4:22
change   5:14
changes   5:17
chauncey   5:16
clearly   3:12
clerk   5:8,12,21
close   4:5 5:4,12
committee   4:14
   4:18
companies   3:14
company   3:10
concluded   6:3
concurred   4:19
constituents
   5:1
consumer   3:17
counsel   7:7,10

**d**

d   2:5 3:1
debated   4:14
declared   5:20
desire   5:13,14
digital   7:3
disclose   3:10
discussion   1:2
   6:2
district   2:4,5

**e**

e   2:1,1 3:1
eight   4:7
elected   4:21

employed   7:8
   7:11
employee   7:10
encouragement
   3:15
enforcement
   3:16
excerpt   1:9 3:2
explain   5:13

**f**

favor   5:18
financial   3:11
financially   7:11
finish   4:9
firms   3:9
floor   4:15,15
   4:18
followed   4:11
   4:20
foregoing   7:4
further   5:17
   7:9

**g**

g   3:1
general   3:17
given   3:16
government
   4:2
governor   4:8
governor's   3:3
   3:20 4:9 5:7
grounded   4:12

**[hereto - thursday]**                                                                                    Page 2

**h**

**hereto**  7:11
**hoheisel**  2:4 3:7
    3:8 4:6 5:6
**hold**  5:3
**house**  1:1 2:3
    3:3,5,22 4:4,16
    4:18,20 5:2,5
**https**  1:8

**i**

**interested**  7:12
**investors**  3:13

**j**

**jessica**  7:2,15
**justification**
    4:10

**k**

**kansas**  1:1 3:17
**knowledge**  7:6

**l**

**legislation**  4:11
**legislative**  4:20
**line**  4:9

**m**

**made**  4:8
**majority**  5:20
**make**  3:15 4:7
**management**
    3:11
**mandate**  4:2

**margins**  5:1
**member**  5:10
    5:13,14
**members**  4:16
    4:22
**mine**  4:8
**motion**  5:4,6
**move**  3:19 5:4

**n**

**n**  2:1 3:1
**ndal0nhuitc**
    1:8
**neither**  7:7
**nick**  2:4
**notwithstandi...**
    3:20 5:7

**o**

**o**  3:1
**objected**  4:10
**objection**  3:4
    4:11
**open**  5:8
**opportunity**
    4:22 5:10
**outcome**  7:12

**p**

**p**  2:1,1
**parties**  7:8,11
**pass**  4:17,18
**passage**  5:18
**passed**  3:21
    4:13,15 5:8,20

**prepared**  7:3
**private**  4:3
**proceeding**  7:4
**proceedings**
    1:1 7:6
**process**  4:11,21
    5:3
**protection**  3:18
**proxy**  3:9

**q**

**question**  5:5

**r**

**r**  2:1,4 3:1,1
**rajas**  6:1
**read**  3:4
**reality**  4:12
**received**  5:19
**receiving**  3:13
**recognizes**  3:6
**recommendat...**
    3:10
**reconsideration**
    3:5
**record**  5:9,11
    5:21 7:5
**recording**  7:4
**related**  7:7
**relative**  7:10
**rep**  2:4,5 3:8
    4:1,6
**represent**  5:1
**representative**
    3:6,22 4:4 5:6

    5:16 6:1
**request**  3:15
**required**  5:19
**requires**  3:9
**roll**  5:8,12
**rui**  2:5

**s**

**s**  2:1
**sb**  1:2 3:9,20
    6:2
**seeing**  5:17
**senate**  3:4 4:13
    4:15,15,19,19
    5:2,19
**seriously**  4:17
**signature**  7:14
**skills**  7:6
**sorry**  3:16
**speaker**  2:3 3:3
    3:6,8,19,22 4:1
    4:4,6 5:5
**started**  4:12
**step**  4:21

**t**

**taken**  7:9
**targeted**  3:14
**thank**  3:8 4:1,3
    4:6
**thirds**  5:20
**thoroughly**
    4:13
**thursday**  1:4

**[time - years]**                                                    Page 3

| | |
|---|---|
| **time**  3:5 | **x** |
| **took**  4:16 | **xu**  2:5 3:22 4:1 |
| **transcriber**  7:1 | **y** |
| **transcript**  7:3,5 | **years**  4:7 |
| **true**  7:5 | |
| **two**  5:20 | |
| **u** | |
| **under**  3:17 | |
| **unfortunately** 4:9 | |
| **urge**  4:1 | |
| **v** | |
| **v**  1:8 | |
| **veto**  3:20 4:8 5:7 | |
| **vetoing**  4:10 | |
| **vetted**  4:13 | |
| **vote**  1:2 4:2 5:9 5:11,13,15,21 6:2 | |
| **voted**  5:18 | |
| **votes**  5:16 | |
| **w** | |
| **watch**  1:8 | |
| **way**  4:21 | |
| **went**  4:19 | |
| **written**  3:11 | |
| **www.youtub...** 1:8 | |